```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
     CIVIL DOCKET ENTRIES FOR CASE A05-0181--CV (RRB)
            "RICHARD TRZESNIOWSKI V SIGNATURE FLIGHT"

      Including terminated parties, excluding terminated counsel


   Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
  Magistrate Judge:
     Referral Rule:
             Filed: 08/01/05
            Closed: NO

      Jurisdiction: (4) Diversity (see citizenship of parties)
     PLF Diversity: (1) Citizen of This State
     DEF Diversity: (5) Incorporated and Principal Place of Business in Another State

    Nature of Suit: (190) Other contract actions
                   WRONGFUL TERMINATION & DISCRIMINATION
            Origin: (2) Removed from State Court
            Demand: 75
        Filing fee: Paid $250.00 on 08/01/05 receipt # 00126262
          Trial by:


Parties of Record:                          Counsel of Record:

PLF 1.1         TRZESNIOWSKI, RICHARD          Hal P. Gazaway
                                               8620 Boundary Avenue
                                               Anchorage, AK 99504
                                               907-338-8111
                                               FAX 907-338-8118

DEF 1.1         SIGNATURE FLIGHT SUPPORT CORP  David A. Devine
                                               Groh Eggers LLC
                                               3201 C Street, Suite 400
                                               Anchorage, AK 99503
                                               907-562-6474
                                               FAX 907-562-6044
```

```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
         CIVIL DOCKET ENTRIES FOR CASE A05-0181--CV (RRB)
                "RICHARD TRZESNIOWSKI V SIGNATURE FLIGHT"

                         For all filing dates
```

```
 Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
Magistrate Judge:
   Referral Rule:
          Filed: 08/01/05
         Closed: NO

    Jurisdiction: (4) Diversity (see citizenship of parties)
   PLF Diversity: (1) Citizen of This State
   DEF Diversity: (5) Incorporated and Principal Place of Business in Another State

  Nature of Suit: (190) Other contract actions
                  WRONGFUL TERMINATION & DISCRIMINATION
          Origin: (2) Removed from State Court
          Demand: 75
      Filing fee: Paid $250.00 on 08/01/05 receipt # 00126262
        Trial by:
```

```
Document #   Filed      Docket text

    1 -   1  08/01/05   DEF 1 Notice of Removal from Superior Court case not. 3AN-05-9509CI
                        w/att exh.

    2 -   1  08/03/05   RRB Minute Order to Petitioner Subsequent to Removal.  Petitioner to
                        file w/crt w/i 10 days copies of state court docs & svc list. cc: cnsl

    3 -   1  08/03/05   DEF 1 Answer to Complaint .

    4 -   1  08/05/05   RRB Minute Order re: initial case stat rpt/case S&P; Rule 16(b) rpt is
                        due w/i 28 days from svc of this ord. cc: cnsl

    5 -   1  08/12/05   DEF 1 Service List.

    6 -   1  08/12/05   DEF 1 Notice of compliance w/att exhs.

    7 -   1  08/18/05   DEF 1 Disclosure Statement.

    8 -   1  08/29/05   PLF 1; DEF 1 Scheduling & Planning Conference Report.

    9 -   1  09/02/05   RRB Scheduling and Planning Order setting pretrial deadlines: Original
                        discovery 09/29/06; Dispositive motions deadline 10/29/06; Estimate of
                        trial 10 days. cc: cnsl

   10 -   1  10/21/05   DEF 1 Preliminary Witness List.

   11 -   1  10/25/05   PLF 1 Initial Witness List.

   12 -   1  11/21/05   PLF 1 Notice of unavailability from 11/25/05 until 12/12/05.
```