HAL P. GAZAWAY, P.C.
8620 Boundary Avenue
Anchorage, Alaska 99504
(907) 338-8111
(907) 338-8118 facsimile

Attorney for Plaintiff

RECEIVED

APR 1 0 2006

CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

RICHARD TRZESNIOWSKI,         )
                              )
          Plaintiff,          )
                              )
     vs.                      )
                              )   No. A05-181 CIV (RRB)
SIGNATURE FLIGHT SUPPORT      )
CORPORATION,                  )
                              )
          Defendant.          )
                              )

**NOTICE OF UNAVAILABILITY**

COMES NOW Hal P. Gazaway, P.C., and hereby notifies the Court that he will be out of the State of Alaska, from Friday, April 14, 2006 until Monday, May 1, 2006.

Mr. Gazaway respectfully requests that no pleadings be filed that will require an answer before his return and that no hearings be set during that time.

HAL P. GAZAWAY, P.C.
ATTORNEY AT LAW
8620 BOUNDARY AVENUE
ANCHORAGE, ALASKA 99504
(907) 338-8111
(907) 338-8118 fax

DATED this 5th day of April, 2006.

HAL P. GAZAWAY, P.C.
Attorney for Plaintiff


_____
Hal P. Gazaway
Alaska Bar #7410077


CERTIFICATE OF SERVICE

I certify that the foregoing NOTICE OF UNAVAILABILITY was mailed / ~~faxed / hand delivered~~ to the following attorney(s) of record addressed as follows:

David A. Devine
GROH EGGERS, LLC
3201 C Street Suite 400
Anchorage, AK 99503

DATED this 10th day of April, 2006.


_____
Brenda J. Faust
Legal Assistant to Hal P. Gazaway, P.C.

HAL P. GAZAWAY, P.C.
ATTORNEY AT LAW
8620 BOUNDARY AVENUE
ANCHORAGE, ALASKA 99504
(907) 338-8111
(907) 338-8118 fax

TRZESNIOWSKI v SIGNATURE FLIGHT SUPPORT, Case NO. A05-181 CIV (RRB)
NOTICE OF UNAVAILABILITY
PAGE 2 of 2