David A. Devine (AK Bar No. 7906015)
GROH EGGERS, LLC
3201 "C" Street - Suite 400
Anchorage, AK  99503
Phone:  (907) 562-6474
Fax:      (907) 562-6044
Email: DevineD@groheggers.com
Attorneys for Defendant Signature Flight Support Corp.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| RICHARD TRZESNIOWSKI, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> SIGNATURE FLIGHT SUPPORT ) <br> CORPORATION ) <br> ) <br> Defendant. ) <br> _____ ) | No. A 05-181 CIV (TMB) <br><br><br> **JOINT STATUS REPORT** |

Pursuant to this Court's Order dated May 9, 2006, counsel for the parties have conferred and advise as follows:

**A.    Nature of the Case.**

1. The lead attorneys in this case are:

   Plaintiff:       Hal P. Gazaway

   Defendant:    David A. Devine

2. Basis for federal jurisdiction:   Diversity, 28 USC § 1332(a)(2)

3. Nature of the claims asserted in the complaint and any counterclaim:

    breach of employment contract
    breach of implied covenant of good faith and fair dealing

Law Offices of
GROH EGGERS, LLC
3201 C Street, Suite 400
Anchorage, Alaska 99503
Phone (907) 562-6474
Fax (907) 562-6044

       allegations of hostile work environment
       allegations of discrimination based on religious beliefs

4. All parties have been served

5. Principal legal and factual issues: the parties expect the following issues of fact and/or law to be presented in this matter:

    Employment contract terms
    Contract performance
    Good faith and fair dealing
    Allegations of hostile work environment
    Allegations of discrimination based on religious beliefs
    Liability for alleged breaches of contract and implied covenants
    Affirmative defenses
    Damages
    Mitigation of damages

**B.  Discovery and Motions.**

1. Brief description of completed discovery and any remaining discovery:

The parties have exchanged initial Rule 26 disclosures and preliminary witness lists. Defendant has scheduled, and plaintiff has agreed to appear for, a psychological evaluation of plaintiff with David Joseph Sperbeck, Ph.D. in Anchorage, Alaska. The psychological evaluation will take place from 10:00 A.M. to 5:00 P.M. on June 6, 2006. Plaintiff's deposition has been noticed in Anchorage, Alaska for June 7, 2006. Additional discovery is anticipated but has not yet been scheduled.

2. Pending and anticipated motions: No motions have been filed. Dispositive motions or motions in limine may be filed after more

Law Offices of
GROH EGGERS, LLC
3201 C Street, Suite 400
Anchorage, Alaska 99503
Phone (907) 562-6474
Fax (907) 562-6044

       discovery.

3. Previously entered rulings on substantive issues: None.

4. Previously filed status reports: None. The parties filed a joint Scheduling and Planning Conference Report on August 26, 2005 at Docket No. 8.

**C. Trial.**

1. Length and whether jury requested: Trial is anticipated to take ten (10) trial days. No jury has been or will be requested.

**D. Settlement Discussions.**

1. Status of Settlement Discussions: There have been no substantive settlement discussions. The parties will confer after discovery closes to determine whether a settlement conference will be requested.

Dated at Anchorage, Alaska this 23rd day of May, 2006.

        GROH EGGERS, LLC

        Attorneys for Defendant Signature

        By: s/ David A. Devine
            David A. Devine (AK Bar No. 7906015)
            GROH EGGERS, LLC
            3201 C Street, Suite 400
            Anchorage, AK 99503
            Phone: (907) 562-6474
            Fax: (907) 562-6044
            E-Mail: devined@groheggers.com

Law Offices of
GROH EGGERS, LLC
3201 C Street, Suite 400
Anchorage, Alaska 99503
Phone (907) 562-6474
Fax (907) 562-6044

I HEREBY CERTIFY that on May 23, 2006,
a copy of the foregoing was served by **first class mail** on:

Hal P. Gazaway, Esq.
8620 Boundary Avenue
Anchorage, AK   99504

Attorney for Plaintiff

 s/  David A. Devine

Law Offices of
GROH EGGERS, LLC
3201 C Street, Suite 400
Anchorage, Alaska 99503
Phone (907) 562-6474
Fax (907) 562-6044