HAL P. GAZAWAY, P.C.
8620 Boundary Avenue
Anchorage, Alaska 99504
(907) 338-8111
(907) 338-8118 facsimile

Attorney for Plaintiff

RECEIVED
JUL 1 1 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| RICHARD TRZESNIOWSKI,       )<br>                             )<br>          Plaintiff,        )<br>                             )<br>     vs.                     )<br>                             )   No. A05-181 CIV TMB (RRB)<br>SIGNATURE FLIGHT SUPPORT    )<br>CORPORATION,                 )<br>                             )<br>          Defendant.         )<br>                             ) | |

**PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF
TIME UNTIL JULY 14, 2006 TO FILE
EXPERT WITNESS DISCLOSURES PER FRCP 26(a)(2)**

COMES NOW plaintiff Richard Trzesniowski, by and through his counsel of record, and moves for an extension of time until July 14, 2006 to file his expert witness disclosures pursuant to Federal Rule of Civil Procedure, Rule 26(a)(2).

HAL P. GAZAWAY, P.C.
ATTORNEY AT LAW
8620 BOUNDARY AVENUE
ANCHORAGE, ALASKA 99504
(907) 338-8111
(907) 338-8118 fax

DATED this 10th day of July, 2006.

HAL P. GAZAWAY, P.C.
Attorney for Plaintiff

_/s/ Hal P. Gazaway_
Hal P. Gazaway
Alaska Bar #7410077

**CERTIFICATE OF SERVICE**

I certify that the foregoing UNOPPOSED MOTION FOR EXTENSION OF TIME was mailed / ~~faxed / hand delivered~~ to the following attorney(s) of record addressed as follows:

David A. Devine
GROH EGGERS, LLC
3201 C Street Suite 400
Anchorage, AK 99503

DATED this 10th day of July, 2006.

_/s/ Brenda J. Faust_
Brenda J. Faust
Legal Assistant to Hal P. Gazaway, P.C.

HAL P. GAZAWAY, P.C.
ATTORNEY AT LAW
8620 BOUNDARY AVENUE
ANCHORAGE, ALASKA 99504
(907) 338-8111
(907) 338-8118 fax

TRZESNIOWSKI v SIGNATURE FLIGHT SUPPORT, Case NO. A05-181 CIV (RRB)
UNOPPOSED MOTION FOR EXTENSION OF TIME
PAGE 2 of 2