HAL P. GAZAWAY, P.C.
8620 Boundary Avenue
Anchorage, Alaska 99504
(907) 338-8111
(907) 338-8118 facsimile

Attorney for Plaintiff

RECEIVED
JUL 1 1 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| RICHARD TRZESNIOWSKI, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. A05-181 CIV (TMB) |
| ) | |
| SIGNATURE FLIGHT SUPPORT ) | |
| CORPORATION, ) | |
| ) | |
| Defendant. ) | |

PLAINTIFF'S MOTION AND MEMORANDUM
TO AMEND HIS COMPLAINT

COMES NOW plaintiff Richard Trzesniowski, by and through his counsel of record, and moves for leave to file an amended complaint.

Plaintiff's grounds are that plaintiff file his initial compliant in State Court and did not include two federal causes of action. Plaintiff now seeks to add the two federal causes of

HAL P. GAZAWAY, P.C.
ATTORNEY AT LAW
8620 BOUNDARY AVENUE
ANCHORAGE, ALASKA 99504
(907) 338-8111
(907) 338-8118 fax

action. The first is under 42 U.S.C. 2000e-2(a)(1) for discriminatory practices due to his religion. This is similar to the current Count IV which plaintiff brought under the State Statute A.S. 18.80.220(a)(2).

The second is under the Family and Medical Leave Act, 29 U.S.C. 2601 *et seq*.

Defendant will not be prejudiced since trial has not been scheduled and discovery has not yet closed.

DATED this 11th day of July, 2006.

HAL P. GAZAWAY, P.C.
Attorney for Plaintiff

_____
Hal P. Gazaway
Alaska Bar #7410077

**CERTIFICATE OF SERVICE**

I certify that the foregoing MOTION AND MEMORANDUM TO FILE AMENDED COMPLAINT was mailed / ~~faxed / hand delivered~~ to the following attorney(s) of record addressed as follows:

David A. Devine
GROH EGGERS, LLC
3201 C Street Suite 400
Anchorage, AK 99503

DATED this 11th day of July, 2006.

_____
Brenda J. Faust
Legal Assistant to Hal P. Gazaway, P.C

TRZESNIOWSKI v SIGNATURE FLIGHT SUPPORT, Case NO. A05-181 CIV (RRB)
MOTION AND MEMORANDUM TO FILE AMENDED COMPLAINT
PAGE 2 of 2

HAL P. GAZAWAY, P.C.
ATTORNEY AT LAW
8620 BOUNDARY AVENUE
ANCHORAGE, ALASKA 99504
(907) 338-8111
(907) 338-8118 fax