David A. Devine (AK Bar No. 7906015)
GROH EGGERS, LLC
3201 "C" Street - Suite 400
Anchorage, AK  99503
Phone:  (907) 562-6474
Fax:     (907) 562-6044
Email: DevineD@groheggers.com
Attorneys for Defendant Signature Flight Support Corp.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| RICHARD TRZESNIOWSKI, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. A 05-0181 CV (TMB) |
| ) | |
| SIGNATURE FLIGHT SUPPORT ) | |
| CORPORATION ) | |
| ) | **ANSWER TO AMENDED COMPLAINT** |
| Defendant. ) | |
| _____) | |

COMES NOW the Defendant, Signature Flight Support Corporation (hereinafter "Signature"), and for its Answer to Plaintiff's Amended Complaint, admits, denies and alleges as follows:

General Denial

Signature denies each and every allegation in plaintiff's amended complaint that is not specifically admitted in this Answer below.

Answer to Amended Complaint

1. Signature denies that plaintiff is a resident of the State of Alaska as alleged in paragraph I of plaintiff's amended complaint, and Signature further avers that it is a

Delaware corporation whose principal place of business is in the state of Florida.

2.     For its answer to the allegations contained in paragraph II of plaintiff's amended complaint, Signature denies that it committed any unlawful acts in the Third Judicial District of the State of Alaska. Signature denies that jurisdiction and venue lie with the Superior Court for the Third Judicial District, State of Alaska, since Signature has removed this case to the United States District Court for the District of Alaska.

3.     Signature admits that plaintiff's date of hire was September 27, 1993.

4.     For its answer to the allegations contained in paragraph IV of plaintiff's amended complaint, Signature states that its employee handbook and the various provisions contained therein speak for themselves. Signature denies the allegation that plaintiff's employment contract provided for specific discipline regarding no call/no show. Signature further avers that plaintiff's employment was at-will.

5.     Signature admits that it offered plaintiff a customer service representative position to accommodate workers' compensation restrictions of: lifting limits of 20 pounds occasionally and 10 pounds frequently, avoid prolonged bending/squatting. Signature admits that plaintiff accepted that offer and returned to work on December 14, 2000. Signature is without sufficient knowledge or information to form a belief as to the remaining allegations contained in paragraph 5 of plaintiff's amended complaint and therefore denies the same.

6.     Signature is without knowledge or information regarding plaintiff's religious faith or practices. Signature denies the remaining allegations contained in

Law Offices of
GROH EGGERS, LLC
3201 C Street, Suite 400
Anchorage, Alaska 99503
Phone (907) 562-6474
Fax (907) 562-6044

paragraph 6 of plaintiff's amended complaint.

7. Signature is without knowledge or information regarding the religious faiths or practices of its employees, including plaintiff. Signature denies the allegations contained in paragraph 7 of plaintiff's amended complaint.

8. Signature is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph VIII of plaintiff's amended complaint and therefore denies the same.

9. Signature admits that on July 10, 2003, Kim Cleeves verified with plaintiff his return to work schedule of July 14, 2003 at 9:00 a.m. On July 10, 2003, plaintiff was also advised that he needed to bring a medical release to work with him when he reported to work on July 14, 2003, and plaintiff stated that he would do so. Signature denies the remaining allegations contained in paragraph IX of plaintiff's amended complaint.

10. Signature is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph X of plaintiff's complaint and therefore denies the same. Signature further alleges that (1) plaintiff did not report for work on July 14, 2003 as he had promised, and (2) plaintiff did not call or otherwise notify Signature that he would not be reporting for work as promised.

11. Signature admits that plaintiff's employment was properly terminated on July 14, 2003 after he failed to report for work as promised and did not call or notify Signature that he would not be reporting for work as promised.

12. For its answer to paragraph XII of plaintiff's amended complaint, Signature

Law Offices of
GROH EGGERS, LLC
3201 C Street, Suite 400
Anchorage, Alaska 99503
Phone (907) 562-6474
Fax (907) 562-6044

repeats, realleges and incorporates herein its answers to paragraphs I through XI of plaintiff's amended complaint.

13. Signature denies the allegations contained in paragraph XIII of plaintiff's amended complaint.

14. Signature denies the allegations contained in paragraph XIV of plaintiff's amended complaint.

15. For its answer to paragraph XV of plaintiff's amended complaint, Signature repeats, realleges and incorporates herein its answers to paragraphs I through XI of plaintiff's amended complaint.

16. The allegations contained in paragraph XVI of plaintiff's amended complaint are a purported statement of law to which Signature is not required to respond.

17. Signature denies the allegations contained in paragraph XVII of plaintiff's amended complaint.

18. For its answer to paragraph XVIII of plaintiff's amended complaint, Signature repeats, realleges and incorporates herein its answers to paragraphs I through XI of plaintiff's amended complaint.

19. Signature denies the allegations contained in paragraph XIX of plaintiff's amended complaint.

20. For its answer to paragraph XX of plaintiff's amended complaint, Signature repeats, realleges and incorporates herein its answers to paragraphs I through XI of plaintiff's  amended complaint.

Law Offices of
GROH EGGERS, LLC
3201 C Street, Suite 400
Anchorage, Alaska 99503
Phone (907) 562-6474
Fax (907) 562-6044

21.     Signature denies the allegations contained in paragraph XXI of plaintiff's amended complaint.

22.     Signature denies the allegations contained in paragraph XXII of plaintiff's amended complaint.

23.     For its answer to paragraph XXIII of plaintiff's amended complaint, Signature repeats, realleges and incorporates herein its answers to paragraphs I through XI of plaintiff's amended complaint.

24.     Signature denies the allegations contained in paragraph XXVI [sic] of plaintiff's amended complaint.

## AFFIRMATIVE DEFENSES

### First Affirmative Defense

Plaintiff's amended complaint, or various causes of action contained therein, fails to state a claim upon which relief may be granted.

### Second Affirmative Defense

Plaintiff is estopped from asserting some or all of the causes of action contained in his amended complaint.

### Third Affirmative Defense

Plaintiff has waived the right to assert some or all of the causes of action contained in his amended complaint.

### Fourth Affirmative Defense

Plaintiff is precluded from maintaining an action for some or all of the causes of

Law Offices of
GROH EGGERS, LLC
3201 C Street, Suite 400
Anchorage, Alaska 99503
Phone (907) 562-6474
Fax (907) 562-6044

action contained in his amended complaint pursuant to the doctrine of laches, or pursuant to applicable statutes of limitation.

### Fifth Affirmative Defense

Plaintiff did not timely file a claim with the Equal Employment Opportunity Commission ("EEOC"), which is a necessary precondition to a lawsuit based upon federal law. See 42 U.S.C. § 2000e-5(e)(1).

### Sixth Affirmative Defense

Plaintiff has failed to mitigate his damages.

### Seventh Affirmative Defense

The damages, if any, allegedly sustained by Plaintiff, were caused, in whole or in part, by the negligent or wrongful acts of persons other than Signature.

### Eighth Affirmative Defense

Some or all of the damages, if any, allegedly sustained by Plaintiff were caused in whole or in part by Plaintiff's own pre-existing conditions or susceptibilities.

### Ninth Affirmative Defense

Some or all of the damages, if any, allegedly sustained by Plaintiff were caused in whole or in part by persons other than Signature, or by events other than those complained of by Plaintiff in his amended complaint.

### Tenth Affirmative Defense

Plaintiff failed to pursue or exhaust his contractual or administrative remedies.

Law Offices of
GROH EGGERS, LLC
3201 C Street, Suite 400
Anchorage, Alaska 99503
Phone (907) 562-6474
Fax (907) 562-6044

### Eleventh Affirmative Defense

Signature had legitimate, non-discriminatory reasons for its termination of Plaintiff's at-will employment.

### Twelfth Affirmative Defense

Plaintiff failed to properly or adequately perform the duties of his position.

### Thirteenth Affirmative Defense

Plaintiff engaged in conduct that could have been an additional ground for termination if considered by Signature on or before July 14, 2003.

### Fourteenth Affirmative Defense

No conduct alleged by Plaintiff involves severe or pervasive conduct.

### Fifteenth Affirmative Defense

No conduct alleged by Plaintiff involved working conditions that a reasonable person would find intolerable.

### Sixteenth Affirmative Defense

Plaintiff breached his obligations and responsibilities under his at-will employment agreement, including his breach of the implied covenant of good faith and fair dealing.

### Seventeenth Affirmative Defense

Signature is entitled to all the benefits and protections of Title 9, Alaska Statutes, Chapter 17.

### Eighteenth Affirmative Defense

Some or all of the damages, if any, allegedly sustained by the Plaintiff were caused

Law Offices of
GROH EGGERS, LLC
3201 C Street, Suite 400
Anchorage, Alaska 99503
Phone (907) 562-6474
Fax (907) 562-6044

in whole or in part by Plaintiff's own negligence or misconduct.

## RESERVATION OF AFFIRMATIVE DEFENSES

Signature hereby expressly reserves, and does not waive, its right to assert any and all additional affirmative defenses, counterclaims, and third party claims at such time and to such extent as discovery and factual development may establish a basis therefor.

WHEREFORE, having fully answered plaintiff's amended complaint, Signature prays for a judgment in its favor dismissing plaintiff's amended complaint with prejudice, and for an award of its costs and attorney's fees defending this action, and for such other and further relief as the Court may deem just and equitable.

Dated at Anchorage, Alaska this 24th day of August, 2006.

> GROH EGGERS, LLC
>
> Attorneys for Defendant Signature
>
> By: s/ David A. Devine
> David A. Devine (AK Bar No. 7906015)
> GROH EGGERS, LLC
> 3201 C Street, Suite 400
> Anchorage, AK 99503
> Phone: (907) 562-6474
> Fax: (907) 562-6044
> E-Mail: devined@groheggers.com

I HEREBY CERTIFY that on August 24, 2006,
a copy of the foregoing was served by **first class mail** on:

Hal P. Gazaway, Esq.
8620 Boundary Avenue
Anchorage, AK   99504

Attorney for Plaintiff

 s/  David A. Devine

Law Offices of
GROH EGGERS, LLC
3201 C Street, Suite 400
Anchorage, Alaska 99503
Phone (907) 562-6474
Fax (907) 562-6044

Answer to Amended Complaint                           *Trzesniowski v. Signature Flight Support*
Page 8 of 8                                           Case No. A-05-181 CV (TMB)