David A. Devine (AK Bar No. 7906015)
GROH EGGERS, LLC
3201 "C" Street - Suite 400
Anchorage, AK  99503
Phone:  (907) 562-6474
Fax:     (907) 562-6044
Email: DevineD@groheggers.com
Attorneys for Defendant Signature Flight Support Corp.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| RICHARD TRZESNIOWSKI, ) ) Plaintiff, ) ) vs. ) ) SIGNATURE FLIGHT SUPPORT ) CORPORATION ) ) Defendant. ) _____ ) | No. A 05-181 CV (TMB) **STIPULATION TO EXTEND PRETRIAL DEADLINES** |

COME NOW the Plaintiff, Richard Trzesniowski, and the Defendant, Signature Flight Support Corporation, by and through counsel, and hereby stipulate and agree as follows:

1. On July 11, 2006, Plaintiff filed an amended complaint that alleged two federal causes of action which plaintiff had not pled in his original complaint filed in State court.

2. Issues have arisen in this action and counsel and parties have had scheduling conflicts that have adversely affected the deadlines in the current Scheduling and Planning Order.

3. The parties have therefore agreed that the pretrial deadlines in this case should be extended by four months resulting in the following new pretrial deadlines:

| | |
|---|---|
| Plaintiff's Expert Reports: | October 30, 2006 |
| Defendant's Expert Reports: | November 28, 2006 |
| Final Witness Lists: | December 11, 2006 |
| Discovery Completion: | January 29, 2007 |
| All Motions Close: | February 27, 2007 |

Dated at Anchorage, Alaska this 13th day of September, 2006.

HAL P. GAZAWAY, P.C.

Attorney for Plaintiff Trzesniowski

By: s/ Hal P. Gazaway
    Hal P. Gazawy (AK Bar No. 7410077)

GROH EGGERS, LLC

Attorneys for Defendant Signature

By: s/ David A. Devine
    David A. Devine (AK Bar No. 7906015)

Law Offices of
GROH EGGERS, LLC
3201 C Street, Suite 400
Anchorage, Alaska 99503
Phone (907) 562-6474
Fax (907) 562-6044