David A. Devine (AK Bar No. 7906015)
GROH EGGERS, LLC
3201 "C" Street - Suite 400
Anchorage, AK 99503
Phone: (907) 562-6474
Fax:   (907) 562-6044
Email: DevineD@groheggers.com
Attorneys for Defendant Signature Flight Support Corp.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| RICHARD TRZESNIOWSKI,            )<br>                                                      )<br>             Plaintiff,               )<br>                                                      )<br>       vs.                                      )<br>                                                      )<br>SIGNATURE FLIGHT SUPPORT  )<br>CORPORATION                          )<br>                                                      )<br>             Defendant.              )<br>_____) | No. A 05-181 CV (TMB)<br><br><br><br><br><br><br><br><br>**PROPOSED ORDER**<br>**EXTENDING PRETRIAL DEADLINES** |

Pursuant to stipulation of the parties, IT IS ORDERED that pretrial deadlines in this case are extended by four months resulting in the following new pretrial deadlines:

        Plaintiff's Expert Reports:        October 30, 2006

        Defendant's Expert Reports:        November 28, 2006

        Final Witness Lists:        December 11, 2006

        Discovery Completion:        January 29, 2007

        All Motions Close:        February 27, 2007

Dated:_____                    _____
                                         Timothy M. Burgess
                                         United States District Judge