IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| RICHARD TRZESNIOWSKI, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 3:05-cv-0181 (TMB) |
| | ) | |
| SIGNATURE FLIGHT SUPPORT CORPORATION | ) ) | |
| | ) | |
| Defendant. | ) | **ORDER** |
| _____ | ) | **EXTENDING PRETRIAL DEADLINES** |

Law Offices of
GROH EGGERS, LLC
3201 C Street, Suite 400
Anchorage, Alaska 99503
Phone (907) 562-6474
Fax (907) 562-6044

Pursuant to stipulation of the parties, IT IS ORDERED that pretrial deadlines in this case are extended by four months resulting in the following new pretrial deadlines:

| | |
|---|---|
| Plaintiff's Expert Reports: | October 30, 2006 |
| Defendant's Expert Reports: | November 28, 2006 |
| Final Witness Lists: | December 11, 2006 |
| Discovery Completion: | January 29, 2007 |
| All Motions Close: | February 27, 2007 |

Dated: September 14, 2006    /s/ Timothy M. Burgess
                             Timothy M. Burgess
                             United States District Judge