# Signature
### FLIGHT SUPPORT

## TERMINATION FORM

STATUS __FT__ + STS    BASE LOC. CODE    ANC240

EMPLOYEE NAME    Richard Trzesniowski    EMPLOYEE NUMBER    61789

Last Day Worked    4/14/2003    Termination Code    70

Termination Date    7/14/2003

REASON / COMMENT    Job abandonment

| | | |
|---|---|---|
| Two weeks Notice? | ___ No _X_ | |
| Eligible for Rehire? | Yes ___ No _X_ | |
| Items to be Returned? | Yes ___ No _X_ | Date returned: _____ |
| Enrolled in Direct Dep? | Yes ___ No _X_ | |
| Vacation Hrs Owed? | Yes _X_ No ___ | Hours: 175 |
| Tuition Reimbursment Participant? | Yes ___ No _X_ | |
| Travel Advance Money Owed? | Yes ___ No _X_ | |
| | $ _____ (Amount) | |

PLEASE CHECK ALL APPLICABLE OPTIONS:

Keys    _____
Kronos Card    _____
Parking Card    _____       Amount to be deducted from gross earnings from items not returned
Cell Phone    _____       $ _____
Calling Card    _____
Beeper    _____
Lap Top Computer    _____
Palm Pilot    _____
Uniforms    _____       Are there an deductions to be deducted from gross earnings?
Other    _____       If yes, please list. _____

## S 00143

| | | | |
|---|---|---|---|
| Completed by: | Kim Cleeves | Date: | 7/15/2003 |
| Approved by: | /s/ Kim Cleeves | Date: | 7/15/03 |

For Corporate Use Only:       Processed Cycle: _____
P/R Processed by: _____
Date Processed: _____       Comments: _____
HRIS Processed by: _____
Date Processed: _____

HR0010 Rev. 7/01

EXHIBIT __A__
PAGE __1__ of __1__