IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

RECEIVED
OCT 1 7 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

RICHARD TRZESNIOWSKI,       )
                            )
            Plaintiff,      )
                            )
    vs.                     )
                            )
SIGNATURE FLIGHT SUPPORT    )
CORPORATION                 )
                            )
            Defendant.      )
_____)   No. A05-181 CV (TMB)

**MOTION FOR EXTENSION OF TIME**

COMES NOW plaintiff Richard Trzesniowki, by and through his counsel of record, Hal P. Gazaway, P.C. and pursuant to Federal Rule 56(f) requests a 30 day extension of time to oppose defendant's motion for partial summary judgment.

Plaintiff grounds this motion upon the additional time he will need to submit affidavits and other evidence to oppose defendant's motion.

Plaintiff's motion is supported by the accompanying affidavit of counsel.

DATED this 16th day of October, 2006.

HAL P. GAZAWAY, P.C.
Attorney for Plaintiff

Hal P. Gazaway
Alaska Bar No. 7410077

HAL P. GAZAWAY, P.C.
ATTORNEY AT LAW
8620 BOUNDARY AVENUE
ANCHORAGE, ALASKA 99504
(907) 338-8111
(907) 338-8118 fax

CERTIFICATE OF SERVICE
I certify that the foregoing
MOTION FOR EXTENSION OF TIME
was mailed to the following
attorney of record addressed as follows:

David A. Devine
GROH EGGERS, LLC
3201 C Street Suite 400
Anchorage, AK 99503

DATED this 16th day of October, 2006.

*Velda J. Rolando*
Velda J. Rolando
Legal Assistant to Hal P. Gazaway, P.C.

HAL P. GAZAWAY, P.C.
ATTORNEY AT LAW
8620 BOUNDARY AVENUE
ANCHORAGE, ALASKA 99504
(907) 338-8111
(907) 338-8118 fax

RICHARD TRZESNIOWSKI v SIGNATURE FLIGHT SUPPORT CORPORATION
No. A 05-181 CV (TMB)
MOTION FOR EXTENSION OF TIME
Page 2 of 2