David A. Devine (AK Bar No. 7906015)
GROH EGGERS, LLC
3201 "C" Street - Suite 400
Anchorage, AK  99503
Phone:  (907) 562-6474
Fax:      (907) 562-6044
Email: DevineD@groheggers.com

Attorneys for Defendant Signature Flight Support Corp.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| RICHARD TRZESNIOWSKI,    )<br>                          )<br>        Plaintiff,      )<br>                          )<br>    vs.                   )<br>                          )<br>SIGNATURE FLIGHT SUPPORT  )<br>CORPORATION              )<br>                          )<br>        Defendant.        )<br>_____) | No.  3:05-cv-0181 (TMB)<br><br><br><br><br><br><br>**AFFIDAVIT OF**<br>**LYNN M. SHAW** |

The Affiant, Lynn M. Shaw, being first duly sworn, deposes and states as follows:

1.I have knowledge of the facts stated in this affidavit and I make this affidavit based upon that knowledge.

2.I am employed by Signature Flight Support Corporation in the capacity of Regional Human Resources Manager.

3.Signature Flight Support Corporation operates in two facilities in Anchorage, Alaska: one on the south side of Ted Stevens International Airport and the other on the Lake Hood side.  In order to prepare this Affidavit, I directed my staff to research the payroll records of Signature Flight Support Corporation.  Currently,

Signature Flight Support Corporation employs a total of 26 employees at the two facilities. Signature Flight Support Corporation does not employ anyone at any other worksite within a 75-mile radius of Anchorage.

    4. In order to prepare this Affidavit, I also directed my staff to research the payroll records of Signature Flight Support Corporation for the year 2003. In 2003, like today, Signature Flight Support Corporation operated in two facilities in Anchorage: one on the south side of Anchorage International Airport and the other on the Lake Hood side. In 2003, Signature Flight Support Corporation employed a total of 32 employees between the two facilities. In 2003, Signature Flight Support did not employ anyone else at any other worksite within a 75-mile radius of Anchorage, Alaska.

_/s/ Lynn M. Shaw_
Lynn M. Shaw

STATE OF _Colorado_ )
                          ) ss.
COUNTY OF _Denver_ )

SUBSCRIBED AND SWORN to before me this _24th_ day of October, 2006.

_/s/ Jacqueline J. Wootton_
Notary Public in and for _Colorado_
My commission expires: _7/19/2009_

I HEREBY CERTIFY that on _October 30_, 2006,
a copy of the foregoing was served by **first class mail** on:

Hal P. Gazaway, Esq.
8620 Boundary Avenue
Anchorage, AK  99504

_s/ David A. Devine_

Affidavit of L. Shaw            *Trzesniowski v. Signature Flight Support*
Page 2 of 2                        Case No. 3:-05-cv-0181 (TMB)

Law Offices of
GROH EGGERS, LLC
3201 C Street, Suite 400
Anchorage, Alaska 99503
Phone (907) 562-6474
Fax (907) 562-6044