David A. Devine (AK Bar No. 7906015)
GROH EGGERS, LLC
2600 Cordova Street - Suite 110
Anchorage, AK  99503
Phone:  (907) 562-6474
Fax:     (907) 562-6044
Email: DevineD@groheggers.com

Attorneys for Defendant Signature Flight Support Corp.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| RICHARD TRZESNIOWSKI, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> SIGNATURE FLIGHT SUPPORT ) <br> CORPORATION ) <br> ) <br> Defendant. ) <br> _____ ) | No. 3:05-cv-0181 (TMB) <br><br><br><br> **NOTICE OF CHANGE OF ADDRESS** |

Law Offices of
GROH EGGERS, LLC
2600 Cordova Street, Suite 400
Anchorage, Alaska 99503
Phone (907) 562-6474
Fax (907) 562-6044

GROH EGGERS, LLC, attorneys for Defendant Signature Flight Support Corporation hereby gives notice of its change of address to the following:

>GROH EGGERS, LLC
>2600 Cordova Street, Suite 110
>Anchorage, AK 99503

It is requested that all pleadings, correspondence, and other material relative to the above-captioned case be served on said law firm at the above address.

Dated this 8th day of November, 2006.

>GROH EGGERS, LLC
>
>Attorneys for Defendant Signature
>
>By: s/ David A. Devine
>David A. Devine (AK Bar No. 7906015)
>GROH EGGERS, LLC
>2600 Cordova Street, Suite 110
>Anchorage, AK 99503
>Phone: (907) 562-6474
>Fax: (907) 562-6044
>E-Mail: devined@groheggers.com

I HEREBY CERTIFY that on November 8, 2006,
a copy of the foregoing was served by **first class mail** on:

Hal P. Gazaway, Esq.
8620 Boundary Avenue
Anchorage, AK   99504

Attorney for Plaintiff

 s/ David A. Devine

Law Offices of
GROH EGGERS, LLC
2600 Cordova Street, Suite 400
Anchorage, Alaska 99503
Phone (907) 562-6474
Fax (907) 562-6044