IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

RICHARD TRZESNIOWSKI,                )
                                     )
                Plaintiff,           )
                                     )
     vs.                             )
                                     )
SIGNATURE FLIGHT SUPPORT             )
CORPORATION                          )
                                     )
                Defendant.           )
_____)   No. A05-181 CV (TMB)

**MOTION FOR EXTENSION OF TIME**

COMES NOW plaintiff Richard Trzesniowki, by and through his counsel of record, Hal P. Gazaway, P.C. and pursuant to Federal Rule 56(f) requests until Friday, December 1, 2006 to file his opposition to defendant's motion for partial summary judgment on plaintiff's FMLA Claim and Religious Discrimination Claim.

Plaintiff's motion is supported by the accompanying affidavit of counsel.

DATED this 28TH day of November, 2006.

HAL P. GAZAWAY, P.C.
Attorney for Plaintiff

Hal P. Gazaway
Alaska Bar No. 7410077

CERTIFICATE OF SERVICE
I certify that the foregoing MOTION FOR EXTENSION
OF TIME was mailed / faxed / hand delivered to
the following attorney of record addressed as follows:

David A. Devine
GROH EGGERS, LLC
2600 Cordova Street Suite 110
Anchorage, AK 99503

DATED this 28 day of November, 2006.

*[signature: Brenda J. Faust]*
Brenda J. Faust
Legal Assistant to Hal P. Gazaway, P.C.

HAL P. GAZAWAY, P.C.
ATTORNEY AT LAW
8620 BOUNDARY AVENUE
ANCHORAGE, ALASKA 99504

(907) 338-8111
(907) 338-8118 fax

RICHARD TRZESNIOWSKI v SIGNATURE FLIGHT SUPPORT CORPORATION
No. A 05-181 CV (TMB)
MOTION FOR EXTENSION OF TIME
Page 2 of 2