IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

RECEIVED
NOV 2 8 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE ALASKA

RICHARD TRZESNIOWSKI,       )
                            )
            Plaintiff,      )
                            )
    vs.                     )
                            )
SIGNATURE FLIGHT SUPPORT    )
CORPORATION                 )
                            )
            Defendant.      )
_____)   No. A05-181 CV (TMB)

**AFFIDAVIT OF HAL P. GAZAWAY**

STATE OF ALASKA            )
                           ) ss.
THIRD JUDICIAL DISTRICT    )

Hal P. Gazaway, being first duly sworn upon oath, deposes and states:

1. I represent plaintiff Richard Trzesniowski in the above-captioned matter.

2. I request an additional five days, until Friday, December 1, 2006, to respond to defendant's motion for partial summary judgment regarding the FMLA and Religious Discrimination claims.

3. The secretary who has worked on this case, had been scheduled to work on it Friday, November 24, 2006. She unexpectedly took Friday off from work when her grandchild was born that day. She again took off from work on Monday, November

27, 2006, when the grandchild became sick and was readmitted to the hospital.

  4. My other secretary has been out with family celebrating the Thanksgiving weekend and unavailable.

  5. Monday, November 27, 2006, I received an emergency call that the pipes had frozen in one of my rental units. The tenants had moved out and left a kitchen window open over the weekend. I have had to spend much of the last two days dealing with frozen pipes and damage caused by frozen pipes.

  6. I have not received Mr. Trzesniowski's signed original affidavit from my client.

  FURTHER your affiant sayeth naught.

_____
Hal P. Gazaway

SUBSCRIBED and SWORN to before me this 28th day of November, 2006.

_____
Notary Public in and for Alaska
My Commission Expires: 3/29/07

HAL P. GAZAWAY, P.C.
ATTORNEY AT LAW
8620 BOUNDARY AVENUE
ANCHORAGE, ALASKA 99504
(907) 338-8111
(907) 338-8118 fax

RICHARD TRZESNIOWSKI v SIGNATURE FLIGHT SUPPORT CORPORATION
No. A 05-181 CV (TMB)
AFFIDAVIT OF HAL P. GAZAWAY
Page 2 of 3

CERTIFICATE OF SERVICE

I certify that the foregoing AFFIDAVIT OF HAL P. GAZAWAY was mailed / faxed / ~~hand-delivered~~ to the following attorney of record addressed as follows:

David A. Devine
GROH EGGERS, LLC
2600 Cordova Street Suite 110
Anchorage, AK 99503

DATED this 28th day of November, 2006.

_____
Brenda J. Faust
Legal Assistant to Hal P. Gazaway, P.C.

HAL P. GAZAWAY, P.C.
ATTORNEY AT LAW
8620 BOUNDARY AVENUE
ANCHORAGE, ALASKA 99504
(907) 338-8111
(907) 338-8118 fax

RICHARD TRZESNIOWSKI v SIGNATURE FLIGHT SUPPORT CORPORATION
No. A 05-181 CV (TMB)
AFFIDAVIT OF HAL P. GAZAWAY
Page 3 of 3