David A. Devine (AK Bar No. 7906015)
GROH EGGERS, LLC
2600 Cordova Street - Suite 110
Anchorage, AK  99503
Phone:  (907) 562-6474
Fax:      (907) 562-6044
Email: DevineD@groheggers.com

Attorneys for Defendant Signature Flight Support Corp.

Law Offices of
GROH EGGERS, LLC
2600 Cordova Street, Suite 110
Anchorage, Alaska 99503
Phone (907) 562-6474
Fax (907) 562-6044

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| RICHARD TRZESNIOWSKI, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| SIGNATURE FLIGHT SUPPORT | ) | No.  3:05-cv-0181 (TMB) |
| CORPORATION | ) | |
| | ) | **SIGNATURE'S NON-OPPOSITION** |
| Defendant. | ) | **TO PLAINTIFF'S REQUEST FOR** |
| _____ | ) | **EXTENSION OF TIME** |

COMES NOW the Defendant, Signature Flight Support Corporation (hereinafter "Signature"), by and through counsel, and advises the Court that it did not, and does not, oppose Plaintiff's motion for an extension of time until Friday, December 1, 2006 to file his oppositions to Signature's motions for partial summary judgment re religious discrimination and FMLA claims.

However, Signature notes that Plaintiff did not, in fact, file an opposition to either motion for summary judgment by the requested extended deadline.  Therefore, both motions should be granted forthwith.

Dated at Anchorage, Alaska this 5th day of December, 2006.

GROH EGGERS, LLC

Attorneys for Defendant Signature

By: s/ David A. Devine
      David A. Devine (AK Bar No. 7906015)
      GROH EGGERS, LLC
      2600 Cordova Street, Suite 110
      Anchorage, AK 99503
      Phone: (907) 562-6474
      Fax: (907) 562-6044
      E-Mail: devined@groheggers.com

I HEREBY CERTIFY that on December 5, 2006,
a copy of the foregoing was served by **first class mail** on:

Hal P. Gazaway, Esq.
8620 Boundary Avenue
Anchorage, AK   99504

Attorney for Plaintiff

 s/  David A. Devine

Law Offices of
GROH EGGERS, LLC
2600 Cordova Street, Suite 110
Anchorage, Alaska 99503
Phone (907) 562-6474
Fax (907) 562-6044