Hal P. Gazaway, P.C.
8620 Boundary Avenue
Anchorage, Alaska 99504
(907) 338-8111
(907) 338-8118 facsimile

Attorney for Plaintiff

RECEIVED
DEC 0 5 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

RICHARD TRZESNIOWSKI,       )
                            )
            Plaintiff,      )
                            )
    vs.                     )
                            )
SIGNATURE FLIGHT SUPPORT    )
CORPORATION                 )
                            )
            Defendant.      )
_____)  No. A05-181 CV (TMB)

**MOTION TO ACCEPT LATE FILED OPPOSITIONS**

COMES NOW plaintiff Richard Trzesniowki, by and through his counsel of record, Hal P. Gazaway, P.C. and requests this Court to accept his one-day late filed OPPOSITION TO DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT RE: FMLA CLAIM and OPPOSITION TO DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT RE: RELIGIOUS DISCRIMINATION AND HOSTILE WORK ENVIRONMENT.

Plaintiff's motion is supported by the accompanying affidavit of counsel.

DATED this 4th day of December, 2006.

                  HAL P. GAZAWAY, P.C.
                  Attorney for Plaintiff

                  Hal P. Gazaway
                  Alaska Bar No. 7410077

CERTIFICATE OF SERVICE
I certify that the foregoing MOTION TO ACCEPT LATE FILED OPPOSITIONS was mailed / ~~faxed / hand delivered~~ to the following attorney of record addressed as follows:

David A. Devine
GROH EGGERS, LLC
2600 Cordova Street Suite 110
Anchorage, AK 99503

~~DATED this~~ 4th day of December, 2006.

Brenda J. Faust
Legal Assistant to Hal P. Gazaway, P.C.

HAL P. GAZAWAY, P.C.
ATTORNEY AT LAW
8620 BOUNDARY AVENUE
ANCHORAGE, ALASKA 99504
(907) 338-8111
(907) 338-8118 fax

RICHARD TRZESNIOWSKI v SIGNATURE FLIGHT SUPPORT CORPORATION
No. A 05-181 CV (TMB)
MOTION FOR EXTENSION OF TIME
Page 2 of 2