Hal P. Gazaway, P.C.
8620 Boundary Avenue
Anchorage, Alaska 99504
(907) 338-8111
(907) 338-8118

Attorney for Plaintiff

RECEIVED
DEC 0 5 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| RICHARD TRZESNIOWSKI, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>SIGNATURE FLIGHT SUPPORT )<br>CORPORATION )<br>)<br>Defendant. )<br>_____ ) | No. A05-181 CV (TMB) |

**AFFIDAVIT OF HAL P. GAZAWAY**

STATE OF ALASKA        )
                       ) ss.
THIRD JUDICIAL DISTRICT)

      Hal P. Gazaway, being first duly sworn upon oath, deposes and states:

      1. I represent plaintiff Richard Trzesniowski in the above-captioned matter.

HAL P. GAZAWAY, P.C.
ATTORNEY AT LAW
8620 BOUNDARY AVENUE
ANCHORAGE, ALASKA 99504
(907) 338-8111
(907) 338-8118 fax

2.  I request that the Court accept my late filed OPPOSITION TO DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT RE: FMLA CLAIM and OPPOSITION TO DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT RE: RELIGIOUS DISCRIMINATION AND HOSTILE WORK ENVIRONMENT.

3.  My legal secretary went home Friday, December 1, 2006 at noon due to illness.  She was unable to work over the weekend.

4.  My other secretary has been shortening her hours to be with her family at the hospital with her grandchild and was unavailable Friday, December 1, 2006.

FURTHER your affiant sayeth naught.

_____
Hal P. Gazaway

SUBSCRIBED and SWORN to before me this 4th day of Dec November, 2006.

_____
[Notary seal: BRENDA J. FAUST, NOTARY PUBLIC, STATE OF ALASKA]

RICHARD TRZESNIOWSKI v SIGNATURE FLIGHT SUPPORT CORPORATION
No. A 05-181 CV (TMB)
AFFIDAVIT OF HAL P. GAZAWAY
Page 2 of 3

HAL P. GAZAWAY, P.C.
ATTORNEY AT LAW
8620 BOUNDARY AVENUE
ANCHORAGE, ALASKA 99504
(907) 338-8111
(907) 338-8118 fax

Notary Public in and for Alaska
My Commission Expires: 08/29/07

CERTIFICATE OF SERVICE

I certify that the foregoing AFFIDAVIT OF HAL P. GAZAWAY was mailed / faxed / hand delivered to the following attorney of record addressed as follows:

David A. Devine
GROH EGGERS, LLC
2600 Cordova Street Suite 110
Anchorage, AK 99503

DATED this _____ day of November, 2006.

Brenda J. Faust
Legal Assistant to Hal P. Gazaway, P.C.

HAL P. GAZAWAY, P.C.
ATTORNEY AT LAW
8620 BOUNDARY AVENUE
ANCHORAGE, ALASKA 99504
(907) 338-8111
(907) 338-8118 fax

RICHARD TRZESNIOWSKI v SIGNATURE FLIGHT SUPPORT CORPORATION
No. A 05-181 CV (TMB)
AFFIDAVIT OF HAL P. GAZAWAY
Page 3 of 3