HAL P. GAZAWAY, P.C.
8620 Boundary Avenue
Anchorage, Alaska 99504
(907) 338-8111
(907) 338-8118 facsimile

Attorney for Plaintiff



IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

RICHARD TRZESNIOWSKI,          )
                               )
            Plaintiff,         )
                               )
     vs.                       )
                               )   No. A05-181 CIV (RRB)
SIGNATURE FLIGHT SUPPORT       )
CORPORATION,                   )
                               )
            Defendant.         )
_____)

**PLAINTIFF'S OPPOSITION TO DEFENDANT'S
MOTION FOR PARTIAL SUMMARY JUDGMENT
RE: FMLA CLAIM**

Plaintiff opposes the motion for partial summary judgment filed by Signature Flight Support. The Affidavit of Lynn Shaw fails to accurately describe Signature's operations in Anchorage. Signature has another division on the Anchorage International Airport. In 1992, Signature merged with a company called Butler Aviation. Butler Aviation soon changed its name to Signature Flight Support-AFSC. According to documents filed with

the Department of Corporations, these businesses are all owned by the same parent company.

## FACTUAL BACKGROUND

In 1980, Grant Thompson began working for Van Dussen Aviation. Van Dussen Aviation had business operations on the Anchorage International Airport. Van Dussen Aviation operated as a fixed base operator or FBO.

At the same time, another company known as Butler Aviation sold jet fuel on the Anchorage International Airport. It conducted business from north of runway 6 Left across the street from Alaska Airlines' offices. Later it moved next to the north-south runway.

On November 25, 1992, Page Avjet Airport Service, Inc. changed its name to Signature Flight Support Operations. (Exhibit 1).

On November 25, 1992, the State of Alaska granted an Amended Certificate of Authority to Page Avjet Airport Service, Inc. to transact business as Signature Flight Support Corporation. (Exhibit 2)

On December 10, 1992, Butler Aviation amended its Articles of Incorporation to change its name to Signature Flight Support-AFSC, Inc. (Exhibit 3) Robert M. Evans signed both Exhibit 1 and Exhibit 3)

TRZESNIOWSKI v SIGNATURE FLIGHT SUPPORT, Case NO. A05-181 CIV (RRB)
OPPOSITION TO DEFENDANT'S MOTION FOR PARTIAL SUMMARY
JUDGMENT RE: FMLA CLAIM
PAGE 2 of 5

HAL P. GAZAWAY, P.C.
ATTORNEY AT LAW
8620 BOUNDARY AVENUE
ANCHORAGE, ALASKA 99504
(907) 338-8111
(907) 338-8118 fax

On January 6, 1993, Signature Flight Support authorized Signature Flight Support-AFSC, Inc. to use Signature's name in the State of Alaska. (Exhibit 4)

On December 31, 2003, the State of Alaska approved a merger of Signature Flight Support-AFSC, Inc. into Signature Flight Support Corporation. (Exhibit 5) Signature filed its Articles of Merger with the State on December 24, 2003.

Previously on January 4, 1994, Signature had filed its Biennial Report with the State of Alaska. (Exhibit 6) Under affiliated group at page 4, the corporation listed Signature Flight Support Anchorage, Inc. 22-2359673. On page 5 the corporation listed:

| | |
|---|---|
| Butler Aviation Technical Services, Inc. | 75-2423948 |
| Page Avjet Fuel Corporation | 59-3153797 |
| Page Airport Services, Inc. | 75-2520842 |

As discussed in the Affidavit of Grant Thompson, the employees would occasionally work temporary assignments for the other locations. They obtained jet fuel from other Signature locations. These different locations all operated under the name Signature.

The Affidavit of Lynn Shaw fails to list the employees of Signature Flight Support-AFSC, Inc. operating at the former Butler Aviation-Anchorage, Inc. location.

HAL P. GAZAWAY, P.C.
ATTORNEY AT LAW
8620 BOUNDARY AVENUE
ANCHORAGE, ALASKA 99504
(907) 338-8111
(907) 338-8118 fax

TRZESNIOWSKI v SIGNATURE FLIGHT SUPPORT, Case NO. A05-181 CIV (RRB)
OPPOSITION TO DEFENDANT'S MOTION FOR PARTIAL SUMMARY
JUDGMENT RE: FMLA CLAIM
PAGE 3 of 5

Attached to the Opposition as Exhibit 7 is an aerial photograph showing the three Signature locations. Attached to Richard Trzesniowski's Affidavit as Exhibit A is a list of the employees who worked with Richard at the East terminal and the executive terminal. This does not list the employees who worked in the old Butler Aviation Operations which sold jet fuel. That operation involved more than fifty (50) employees. (See Affidavit of Grant Thompson, ¶13) The total number of employees in all three of Signature's operations comes to more than eighty (80) employees.

Signature's motion for summary judgment should be denied.

DATED this 4th day of December, 2006.

HAL P. GAZAWAY, P.C.
Attorney for Plaintiff


_____
Hal P. Gazaway
Alaska Bar #7410077

CERTIFICATE OF SERVICE
I certify that the foregoing OPPOSITION TO DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT RE: FMLA CLAIM was mailed / ~~faxed / hand delivered~~ to the following attorney(s) of record addressed as follows:

David A. Devine
GROH EGGERS, LLC
2600 Cordova Suite 110
Anchorage, AK 99503

TRZESNIOWSKI v SIGNATURE FLIGHT SUPPORT, Case NO. A05-181 CIV (RRB)
OPPOSITION TO DEFENDANT'S MOTION FOR PARTIAL SUMMARY
JUDGMENT RE: FMLA CLAIM
PAGE 4 of 5

HAL P. GAZAWAY, P.C.
ATTORNEY AT LAW
8620 BOUNDARY AVENUE
ANCHORAGE, ALASKA 99504
(907) 338-8111
(907) 338-8118 fax

DATED this 7th day of December, 2006.

_____
Brenda J. Faust
Legal Assistant to Hal P. Gazaway, P.C.

TRZESNIOWSKI v SIGNATURE FLIGHT SUPPORT, Case NO. A05-181 CIV (RRB)
OPPOSITION TO DEFENDANT'S MOTION FOR PARTIAL SUMMARY
JUDGMENT RE: FMLA CLAIM
PAGE 5 of 5

HAL P. GAZAWAY, P.C.
ATTORNEY AT LAW
8620 BOUNDARY AVENUE
ANCHORAGE, ALASKA 99504
(907) 338-8111
(907) 338-8118 fax