EMPLOYEE HOME TELEPHONE #'S



| Name | Terminal | Phone # | Cell or Other # | Fax or Other # |
|---|---|---|---|---|
| **EAST TERMINAL** | | 243-4328 | 230-8409 | Fax 243-3693 |
| **EXECUTIVE TERMINAL** | | 243-7627 | 229-5399 (cell 2) | Fax 248-5381 |
| | | | | Acct. 243-7609 |
| Bedinger, Robert "Spot" | A/C Mechanic | 245-0941 | 223-7213 | |
| Brian, Brad | SET | 245-1563 | | |
| Broyles, Will | SET | 245-1563 | 615-512-5327 | |
| Clark, Deborah | EAST | 563-7116 | 227-7759 | |
| Cleeves, Kim | Office Manager | 248-8602 | 360-1052 | |
| Gates, Camille | HS&E Suprvsr | 243-9426 | | |
| Gere, Ron | SET | 243-3551 | 830-1999 | |
| Gorham, Clayton | EAST | 243-1903 | | |
| Hert, Derek (DJ) | SET | 222-3066 | | |
| Jones, Gene | EAST | 746-3214 | | 746-3215 |
| Lampert, Tara | SET | 646-7892 | | |
| Linda Ahumada | Janitorial | 349-2236 | 360-2130 (cell) | |
| Melgar, Minor | EAST | 646-9338 | | |
| Morgan, Chuck | A/C Mechanic | 563-9411 | 830-6402 (cell) | NBA Hangar 677-3649 |
| Music, Gary | EAST/SET | 243-2833 | 301-4792 | |
| Neher, Wayne | EAST | 272-6384 | 222-1120 | |
| O'Meara, Alyce | SET | 245-1995 | | |
| Oetker, Joe | Ops Manager | | 223-6308 (cell 1) | |
| Parades, Juan | EAST | 563-0595 | | |
| Smalls, Loretta | EAST | 569-0239 | | |
| Smith, Brett | SET | 245-1563 | 360-0825 | |
| Smith, Gene | EAST | 272-0970 | Do not give any info. on Gene | |
| Snavley, Rodger | SET | 563-8135 | | |
| Sperbeck, Duane | SET | 248-1760 | | |
| Thompson, Grant  *JoAnn* | EAST | 563-7370 | Cell 244 1462 | |
| Thompson, Hoppy | EAST | 344-9927 | 317-2896 | |
| Trzesniowski, Richard | SET | 562-3205 | | |
| Weaver, Greg | SET | 770-6221 | | |
| Wilson, Craig "Ditto" | A/C Mechanic | 245-3589 | 301-4614 | |
| Wood, Wally | SET | 243-7754 | 275-1164 | |
| York, Tim | SET | 868-7620 | | |

*Hannah Streever*

DO NOT GIVE OUT PHONE NUMBERS    Exhibit __A__    2/12/2003
Page __1__ of __1__