STATE OF ALASKA

## APPLICATION FOR AMENDED CERTIFICATE OF AUTHORITY

NOV 25 1992

Department of Commerce
& Economic Development

Pursuant to the provisions of Section 10.06.738 of the Alaska Corporations Code, the undersigned corporation applies for an amended certificate of authority to transact business in Alaska.

1. A certificate of authority was issued to this corporation by the Alaska Department of Commerce and Economic Development on __11-15-90__, authorizing it to transact business in Alaska under the name of __PAGE AVJET AIRPORT SERVICES, INC.__

2. The corporate name has been changed to __SIGNATURE FLIGHT SUPPORT CORPORATION__.

3. The name which it elects to use in Alaska is __SIGNATURE FLIGHT SUPPORT CORPORATION__.

4. The corporation desires to pursue in the transaction of business in Alaska other or additional purposes than those set forth in its prior application for certificate of authority, as follows:

Date: __11/13/92__

SIGNATURE FLIGHT SUPPORT CORPORATION
Name of Corporation

By __[signature]__
Robert M. Evans, ~~Its President or~~ Vice President
Sr.

and __[signature]__
Gene S. Boger, Its ~~Secretary or~~ Assistant Secretary

I, __Kandace Keenan__, a notary public, do hereby certify that on __November 13__, 19__92__, personally appeared before me __Robert M. Evans__ who being by me first duly sworn, declared that he/she is the __Sr. VP of SIGNATURE FLIGHT SUPPORT CORPORATION__ that he/she signed the foregoing document as __Sr. V.P.__ of the corporation, and that the statements therein contained are true.

KANDACE KEENAN
MY COMMISSION # CC 155603 EXPIRES
October 28, 1995
BONDED THRU TROY FAIN INSURANCE, INC.

__[signature]__
Notary Public
My Commission Expires: _____

**Instructions:**

1. Enter the corporate name currently on file in Alaska in No. 1.
2. If the corporate name has changed, a certificate of good standing under the new name must be submitted with the application.
3. If the corporate name has not changed, insert "No Change" in No. 2.
4. If the new corporate name is unavailable for use in Alaska, insert the name the corporation elects to use in No. 3.
5. A corporate name must contain the words "corporation," "company," "incorporated," "limited," or an abbreviation of one of these words.
6. If no other or additional purpose is proposed, insert "No Change" in No. 4.

**MAIL THE ORIGINAL AND AN EXACT COPY OF THE APPLICATION ALONG WITH THE $15.00 FILING FEE TO:**

Department of Commerce and Economic Development
Corporations Section
P.O. Box D-CORP
Juneau, Alaska 99811
(907) 465-2530

Exhibit __1__
Page __1__ of __1__

08-167 (6/83)
(ALASKA - 2402 - 7/2/89)