FILE NO.: 46792-F

# State of Alaska
## Department of Commerce and Economic Development
## Division of Banking, Securities and Corporations

# AMENDED CERTIFICATE
## OF
# AUTHORITY

The undersigned, as Commissioner of Commerce and Economic Development of the State of Alaska, hereby certifies that duplicate originals of an Application for an Amended Certificate of Authority to transact business in this state, duly signed and verified pursuant to the provisions of the Alaska Corporations Code, have been received in this office and are found to conform to law.

ACCORDINGLY, the undersigned, as Commissioner of Commerce and Economic Development, and by virtue of the authority vested in him by law, hereby issues this Amended Certificate of Authority to

PAGE AVJET AIRPORT SERVICES, INC.

and attaches hereto a duplicate original of the Application for such Amended Certificate changing the corporate name under which it transacts business in this state to

SIGNATURE FLIGHT SUPPORT CORPORATION



IN TESTIMONY WHEREOF, I execute this certificate and affix the Great Seal of the State of Alaska on November 25, 1992.

Exhibit 2
Page 1 of 1

Paul Fuhs
COMMISSIONER OF COMMERCE
AND ECONOMIC DEVELOPMENT

08-134 (Rev. 4/89)
5848M

Issued By: Corporations Section, P.O. Box D, Juneau, Alaska 99811, Telephone (907) 465-2530