(FILE AN ORIGINAL AND AN EXACT COPY)

ARTICLES OF AMENDMENT

to the

ARTICLES OF INCORPORATION

OF

BUTLER AVIATION - ANCHORAGE, INC.

Filed for Record
State of Alaska

DEC 31 1992

Department of Commerce
& Economic Development

Pursuant to the provisions of Section 10.06.510 of the Alaska Corporations Code, the undersigned corporation adopts the following Articles of Amendment to its Articles of Incorporation:

FIRST: The name of the corporation is __BUTLER AVIATION -__ __ANCHORAGE, INC.__

SECOND: The following amendment of the Articles of Incorporation was approved by the board and outstanding shares of the corporation on __October 23__, 19 __92__, in the manner prescribed by the Alaska Corporations Code:

The name of the Corporation is

SIGNATURE FLIGHT SUPPORT - AFSC, INC.

THIRD: The number of shares of the corporation outstanding at the time of such approval was __10,000__; and the number of shares entitled to vote thereon was __10,000__.

FOURTH: The designation and number of outstanding shares of each class entitled to vote thereon as a class were as follows:*

| Class | Number of Shares |
|---|---|
| None | |

(*If inapplicable, insert "None.")

(ALASKA - 2419 - 7/2/89)          -1-

Exhibit 3
Page 1 of 3

FIFTH: The number of shares voted for such amendment was __10,000__ ; and the number of shares voted against such amendment was _____.

SIXTH: The number of shares of each class entitled to vote thereon as a class voted for and against such amendment was:*

| Class | Number of Shares Voted |  |
|---|---|---|
|  | For | Against |
| None |  |  |

SEVENTH: The manner, if not set forth in such amendment, in which any exchange, reclassification, or cancellation of issued shares provided for in the amendment shall be effected, is as follows:**

No Change


Dated __December  10__, 19_92_.

SIGNATURE FLIGHT SUPPORT - AFSC, INC.
(Name of Corporation)

By _____
Its __Vice__ President

and _____
Its _____ Secretary


STATE OF __Florida__ )
                     ) SS:
COUNTY OF __Orange__ )


(*If inapplicable, insert "None.")
(**If inapplicable, insert "No change.")
(ALASKA - 2419)                    -2-

Exhibit __3__
Page __2__ of __3__

I, __Kandace Keenan__, a notary public, do hereby certify that on this __10th__ day of __December__, 19 __92__, personally appeared before me __Robert M. Evans__, who being by me first duly sworn, declared that he is the a __Vice President__ of __Signature Flight Support - AFSC, Inc.__ that he signed the foregoing documents as __Vice President__ of the corporation, and that the statements therein contained are true.

_____
Notary Public

SEAL

KANDACE KEENAN
MY COMMISSION # CC 155663 EXPIRES
October 23, 1995
BONDED THRU TROY FAIN INSURANCE, INC.

(ALASKA - 2419)            -3-

Exhibit 3
Page 3 of 3

FILE NO.: 24513-D

## State of Alaska
### Department of Commerce and Economic Development
### Division of Banking, Securities and Corporations

# CERTIFICATE
# OF
# AMENDMENT

The undersigned, as Commissioner of Commerce and Economic Development of the State of Alaska, hereby certifies that duplicate originals of Articles of Amendment to the Articles of Incorporation, duly signed and verified pursuant to the provisions of the Alaska Corporations Code, have been received in this office and are found to conform to law.

ACCORDINGLY, the undersigned, as Commissioner of Commerce and Economic Development, and by virtue of the authority vested in him by law, hereby issues this Certificate of Amendment to the Articles of Incorporation of

BUTLER AVIATION-ANCHORAGE, INC.

and attaches hereto a duplicate original of the Articles of Amendment changing the corporate name to

SIGNATURE FLIGHT SUPPORT - AFSC, INC.



IN TESTIMONY WHEREOF, I execute this certificate and affix the Great Seal of the State of Alaska on December 31, 1992.

*Paul Fuhs*

Paul Fuhs
COMMISSIONER OF COMMERCE
AND ECONOMIC DEVELOPMENT

08-129A (Rev. 9/88)
5842M-3

Issued By: Corporations Section, P.O. Box 110808, Juneau, Alaska 99811-0808, Telephone (907) 465-2530

Exhibit 3
Page 1 of 1