Signature Flight Support  Tel 407.438.1444  Robert M. Evans
Orlando International Airport  Fax 407.438.3114  Senior Vice President
9955 Benford Road
Orlando, Florida 32827

*Signature*
FLIGHT SUPPORT

January 6, 1993

**Via Facsimile**

Department of Commerce & Economic Development
Division of Banking, Securities & Corporations
Floor 9
Alaska State Office Building
333 Willoughby Avenue
Juneau, Alaska 99811

Dear Sir or Madame:

This is to advise that Signature Flight Support Corporation authorizes Signature Flight Support – AFSC, Inc. to use the Signature name in the State of Alaska.

If you have any questions regarding this matter, please contact me.

Very truly yours,

*R M Evans*

RME/kk