F● ● 46792-F

# State of Alaska
## Department of Community and Economic Development
## Division of Banking, Securities and Corporations

# CERTIFICATE
# OF
# MERGER
## Business Corporation

The undersigned, as Commissioner of Community and Economic Development of the State of Alaska, hereby certifies that Articles of Merger, duly signed and verified pursuant to the provisions of the Alaska Corporations Code, have been received in this office and have been found to conform to law.

ACCORDINGLY, the undersigned, as Commissioner of Community and Economic Development, and by virtue of the authority vested in me by law, hereby issues this Certificate of Merger of

### SIGNATURE FLIGHT SUPPORT – AFSC, INC.

### INTO

### SIGNATURE FLIGHT SUPPORT CORPORATION

and attaches hereto the original copy of the Articles of Merger.

IN TESTIMONY WHEREOF, I execute this certificate and affix the Great Seal of the State of Alaska on
**DECEMBER 31, 2003.**

*Edgar Blatchford*
Edgar Blatchford
Commissioner

Exhibit 5
Page 1 of 5

Filed for Record
State of Alaska
DEC 24 2003
Department of Community
and Economic Development

# ARTICLES OF MERGER

## OF

## SIGNATURE FLIGHT SUPPORT - AFSC, INC.

### WITH AND INTO

## SIGNATURE FLIGHT SUPPORT CORPORATION

To the Department of Community
and Economic Development
State of Alaska

Pursuant to the provisions of the Alaska Corporations Code governing the merger of a domestic wholly-owned subsidiary business corporation into its foreign parent business corporation, the foreign parent business corporation hereinafter named does hereby submit the following articles of merger.

1. Attached hereto as **Exhibit "A"** is the Agreement and Plan of Merger for merging SIGNATURE FLIGHT SUPPORT - AFSC, INC. into SIGNATURE FLIGHT SUPPORT CORPORATION as approved by resolution of the shareholders and Board of Directors of SIGNATURE FLIGHT SUPPORT – AFSC, INC. and SIGNATURE FLIGHT SUPPORT CORPORATION.

   1. SIGNATURE FLIGHT SUPPORT CORPORATION, which is a business corporation of the State of Delaware and is the owner of all of the outstanding shares of SIGNATURE FLIGHT SUPPORT - AFSC, INC., which is a business corporation of the State of Alaska, hereby merges SIGNATURE FLIGHT SUPPORT - AFSC, INC. into SIGNATURE FLIGHT SUPPORT CORPORATION pursuant to the provisions of the Alaska Corporations Code, and pursuant to the provisions of the laws of the jurisdiction of organization of SIGNATURE FLIGHT SUPPORT CORPORATION.

   2. The separate existence of SIGNATURE FLIGHT SUPPORT - AFSC, INC. shall cease when the merger becomes effective pursuant to the provisions of the Alaska Corporations Code; and SIGNATURE FLIGHT SUPPORT CORPORATION shall continue its existence as the surviving corporation pursuant to the provisions of the Delaware General Corporation Law.

   3. The articles of incorporation of SIGNATURE FLIGHT SUPPORT CORPORATION are not amended in any respect by the Agreement and

       Plan of Merger.

4. The issued shares of SIGNATURE FLIGHT SUPPORT - AFSC, INC. shall not be converted or exchanged in any manner, but each said share which is issued immediately before the merger becomes effective shall be surrendered and extinguished.

5. Each share of SIGNATURE FLIGHT SUPPORT CORPORATION outstanding immediately before the merger becomes effective is to be an identical outstanding or treasury share of SIGNATURE FLIGHT SUPPORT CORPORATION after the effective date of the merger.

6. No shares of SIGNATURE FLIGHT SUPPORT CORPORATION and no shares, securities, or obligations convertible into such shares are to be issued or delivered under the Agreement and Plan of Merger.

7. The Board of Directors and the proper officers of SIGNATURE FLIGHT SUPPORT CORPORATION are hereby authorized, empowered, and directed to do any and all acts and things, and to make, execute, deliver, file, and/or record any and all instruments, papers, and documents which shall be or become necessary, proper, or convenient to carry out or put into effect any of the provisions of the Agreement and Plan of Merger or of the merger herein provided for.

8. The merger herein provided for shall become effective in the State of Alaska at midnight on December 31, 2003.

2. The name of the subsidiary corporation, which is a business corporation organized under the laws of the State of Alaska, is SIGNATURE FLIGHT SUPPORT - AFSC, INC.

3. The name of the parent corporation, which is a business corporation organized under the laws of the State of Delaware, is SIGNATURE FLIGHT SUPPORT CORPORATION.

4. The number of outstanding shares of SIGNATURE FLIGHT SUPPORT - AFSC, INC. is 10,000, all of which are of one class, and all of which are owned by SIGNATURE FLIGHT SUPPORT CORPORATION.

5. SIGNATURE FLIGHT SUPPORT CORPORATION in its capacity as the holder of all of the outstanding shares of SIGNATURE FLIGHT SUPPORT - AFSC, INC. waived the mailing of a copy of the Plan of Merger to SIGNATURE FLIGHT SUPPORT CORPORATION as otherwise prescribed by the provisions of Section 10.06.556 of the Alaska Corporations Code.

6. The laws of the jurisdiction of organization of SIGNATURE FLIGHT SUPPORT CORPORATION permit a merger of a wholly-owned subsidiary business corporation of another jurisdiction into a parent business corporation of the jurisdiction of organization of SIGNATURE

\187000\24 - # 238770 v1

Exhibit 5
Page 3 of 5

FLIGHT SUPPORT CORPORATION; and the merger of SIGNATURE FLIGHT SUPPORT - AFSC, INC. into SIGNATURE FLIGHT SUPPORT CORPORATION is in compliance with the laws of the jurisdiction of organization of SIGNATURE FLIGHT SUPPORT CORPORATION.

7.   SIGNATURE FLIGHT SUPPORT CORPORATION does hereby agree that it may be served with process in the State of Alaska in a proceeding for the enforcement of an obligation of SIGNATURE FLIGHT SUPPORT - AFSC, INC.; does hereby irrevocably appoint the Commissioner of Community and Economic Development of the State of Alaska as its agent to accept service of process in any such proceeding; and does hereby set forth the following complete address to which the Commissioner of Community and Economic Development of the State of Alaska shall mail service of process in any such proceeding:

> 201 S. Orange Avenue
> Suite 1100
> Orlando, FL 32801

8.   SIGNATURE FLIGHT SUPPORT CORPORATION does hereby agree that it will promptly pay to the dissenting shareholders of SIGNATURE FLIGHT SUPPORT - AFSC, INC., if any, the amount to which they are entitled under the provisions of the Alaska Corporations Code.

*[Remainder of Page Intentionally Left Blank]*

\187000\24 - # 238770 v1

Exhibit 5
Page 4 of 5

Dated as of December 17, 2003.

        SIGNATURE FLIGHT SUPPORT CORPORATION,
        a Delaware corporation

        By: _____
             Elizabeth A. Haskins, President

        Attest: _____
             Joseph I. Goldstein, Secretary


        SIGNATURE FLIGHT SUPPORT – AFSC, INC.,
        an Alaska corporation

        By: _____
             Elizabeth A. Haskins, President

        Attest: _____
             Joseph I. Goldstein, Secretary

\187000\24 - # 238770 v1

Exhibit 5
Page 5 of 5