Report and tax are due on or before January 2

State of Alaska
Corporations Section
P.O. Box 110808
Juneau, Alaska 99811-0808
(907) 465-2530

**OFFICE USE ONLY**
Filed for Record
State of Alaska

**JAN 0 4 1994**

Department of Commerce
and Economic Development

**BIENNIAL REPORT**
As required by AS 10.06.805

FILE NO    46792 F

FOR PERIOD ENDING DECEMBER 31, 19

93
9~

1   Registered agent and registered office of record

SIGNATURE FLIGHT SUPPORT CORPORATION
C T CORPORATION SYSTEM
240 MAIN ST STE 800
JUNEAU            AK.      99801

1/4/94

CSS14988

200⁰⁰

**CORPORATION TAX DUE**

DOMESTIC (Formed in Alaska)
$100.00 plus $37.50 penalty if report is not postmarked on or before February 1*

FOREIGN (Not formed in Alaska)
$200.00 plus $47.50 penalty if report is not postmarked before February 1*

2.  Corporation organized under the laws of state/country of       : DELAWARE

3.  Address of principal corporation office in the state or country where incorporated      1309 Orange St
    Wilmington DE 19801

4.  Write a description of the business activities of the corporation in Alaska.

    Aircraft Services

    Were any changes in SIC code below requested since last:
    Pres 3920   Sec 3920   Other

5.  Total number of authorized shares corporation may issue, as indicated in articles of incorporation.

| No. of Shares | Class | Series | Par Value Per Share | No. of Shares | Class | Series | Par Value Per Share |
|---|---|---|---|---|---|---|---|
| 100 | C |  | .000 |  |  |  |  |

6.  List the total number of issued shares. If no shares issued, write N/A.

| No. of Shares | Class | Series | Par Value Per Share | No. of Shares | Class | Series | Par Value Per Share |
|---|---|---|---|---|---|---|---|
| N/A |  |  |  |  |  |  |  |

7.  Write the name, address and percentage of shares of each person owning AT LEAST 5% of the issued shares or of any class of shares. Attach list if necessary. If none, write N/A. (If shareholders are shown here, No. 6 must show issued shares.)

| Name | Address | City | State | Zip Code | % of Shares |
|---|---|---|---|---|---|
| N/A |  |  |  |  |  |

8a. Write the names and addresses of the directors. Attach list if necessary. If none, write N/A.

| Name | Address | City | State | Zip Code |
|---|---|---|---|---|
| See attached list. |  |  |  |  |

8b. Write the names and addresses of the officers. Attach list if necessary. If none, write N/A.

President:
Vice President:
Secretary:
Treasurer:       See attached list

9.  Write the name and address of each alien affiliate and the percentage, if any, of shares controlled by each. Describe the relationship between the alien affiliate and the corporation. Attach list if necessary. If no affiliates, write N/A.

    See attached

Before signing, you must respond to items numbered 2 through 9 or the report will not be filed. I understand that any officer or director who signs this form knowing it to contain information which is false in any material respect is subject to criminal prosecution under the provisions of AS 10.06.825.

12/30/93
Date

X _____
Signature

VP Finance
Title

**MAIL ORIGINAL, SIGNED REPORT WITH $$$$$$$ BEFORE THE JANUARY 2 DUE DATE**

08-191 (Rev. 8/92)

Exhibit   4
Page ___ 1 ___ of ___ 6 ___

ab792

Signature Flight Support Corporation
FEIN#59-3030932
Corporate Officers

| Name | Soc. Sec. No. / Title | Home Address |
|---|---|---|
| Paul D. Mounier | 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<br>President | 6330 Deacon Court<br>Orlando, FL 34786 |
| Nicholas M. Williams | 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<br>Exec. VP-Finance &<br>Administration | 9006 Great Heron Cr.<br>Orlando, FL 32836 |
| Richard L. Stoun | 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<br>Sr. VP-Finance &<br>Secretary | 8427 Caurus Court<br>Orlando, FL 32808 |
| Robert M. Evans | 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<br>Sr. VP-Administration &<br>Asst. Secretary | 1808 Kaluna Court<br>Orlando, FL 32806 |
| Warren E. Boin | 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<br>Senior Vice President | 3106 Butter Bay Drive<br>Orlando, FL 32786 |
| Louis A. Sorrentino | 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<br>Senior Vice President | 955 Gran Paseo Drive<br>Orlando, FL 32808 |
| Jeffrey P. Hartman | 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<br>VP-Controller &<br>Treasurer | 1021 Nottingham St.<br>Orlando, FL 32803 |
| Joseph A. Ragosy | 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<br>Vice President | 664 Kelly Green Dr.<br>Oviedo, FL 32765 |
| Larry F. Baker | 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<br>Vice President | 1348 Deer Lake Circle<br>Apopka, FL 32712 |
| Arnold DeLuca | 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<br>Vice President | 8052 Courtleigh Dr.<br>Orlando, FL 32835 |
| Blake C. Fish | 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<br>Vice President | 2150 Sheffield Lane<br>Geneva, FL 60134 |
| Jeffrey A. Kincade | 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<br>Vice President | 833 Mattitock Cr.<br>Orlando, FL 32829 |

Page 1

Exhibit 6
Page 2 of 6

46792

| | | |
|---|---|---|
| Steve W. Lee | 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 | 1925 Cheyenne |
| | Vice President | Carrollton, TX  75010 |
| Mary M. Miller | 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 | 1610 W. Abingdon Dr. #3 |
| | Vice President | Alexandria, VA  22314 |
| Bruce S. Van Allen | 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 | 2100 Iverness Dr. |
| | Vice President | Henderson, NV  89014 |
| David L. Vaughan | 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 | 114 Spy Glass Dr. |
| | Vice President | Arnold, MD  21012 |
| Gary D. Watson | 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 | 3720 Molona Dr. |
| | Vice President | Orlando, FL  32781 |
| Gene S. Soger | 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 | 2919 Sahanas Drive |
| | Vice President | Orlando, FL  32837 |

Exhibit ___6___
Page ___3___ of ___6___

46792

SIGNATURE FLIGHT SUPPORT CORPORATION                    59-3030932

NAME & ADDRESS OF EACH AFFILIATED GROUP
-----------------------------------------------------------------
•SIGNATURE FLIGHT SUPPORT - BOSTON, INC.                22-2045325
•SIGNATURE FLIGHT SUPPORT - ATLANTIC CITY, INC.         22-2288523
•SIGNATURE FLIGHT SUPPORT - TRENTON, INC.               22-1837029
•SIGNATURE FLIGHT SUPPORT - LAGUARDIA, INC.             22-2045324
•SIGNATURE FLIGHT SUPPORT - NEWARK, INC.                22-1156300
•SIGNATURE FLIGHT SUPPORT - BALTIMORE/WASHINGTON, INC.  52-0554902
•SIGNATURE FLIGHT SUPPORT - WASHINGTON NATIONAL, INC.   22-2288522
•SIGNATURE FLIGHT SUPPORT - TETERBORO, INC.             22-2417318
•SIGNATURE FLIGHT SUPPORT - RENO, INC.                  22-2028747
•SIGNATURE FLIGHT SUPPORT - LOS ANGELES, INC.           22-2032688
•SIGNATURE FLIGHT SUPPORT - SERVICES, INC.              22-2620059
•SIGNATURE FLIGHT SUPPORT - SEATTLE, INC.               22-2449224
•SIGNATURE FLIGHT SUPPORT - PALM BEACH, INC.            22-2046265
•SIGNATURE FLIGHT SUPPORT - HAWAII, INC.                22-2316193
•SIGNATURE FLIGHT SUPPORT - O'HARE, INC.                22-2049705
•SIGNATURE FLIGHT SUPPORT - PAL-WAUKEE, INC.            22-2589567
•SIGNATURE FLIGHT SUPPORT - SALT LAKE CITY, INC.        22-2207045
•SIGNATURE FLIGHT SUPPORT - MINNEAPOLIS, INC.           22-2270602
•SIGNATURE FLIGHT SUPPORT - MIDWAY, INC.                22-2049704
•SIGNATURE FLIGHT SUPPORT - LOUISVILLE, INC.            22-2205230
•SIGNATURE FLIGHT SUPPORT - MIEGS, INC.                 36-2481775
•SIGNATURE FLIGHT SUPPORT - WISCONSIN, INC.             22-2366929
•SIGNATURE FLIGHT SUPPORT - MISSOURI, INC.              22-2366934
•SIGNATURE FLIGHT SUPPORT - ROCHESTER, INC.             22-2758242
•SIGNATURE FLIGHT SUPPORT - PENNSYLVANIA, INC.          22-2366927
•SIGNATURE FLIGHT SUPPORT - LOUISIANA, INC.             22-2366932
•SIGNATURE FLIGHT SUPPORT - INDIANA, INC.               22-2366935
•SIGNATURE FLIGHT SUPPORT - SAN FRANCISCO, INC.         22-2046263
•SIGNATURE FLIGHT SUPPORT - BAKERSFIELD, INC.           22-2417316
•SIGNATURE FLIGHT SUPPORT - ARIZONA, INC.               22-2445570
•SIGNATURE FLIGHT SUPPORT - WYOMING, INC.               22-2366931
•SIGNATURE FLIGHT SUPPORT - MIAMI, INC.                 59-0855512
•SIGNATURE FLIGHT SUPPORT - ATLANTA, INC.               22-2867689
•SIGNATURE FLIGHT SUPPORT - SAVANNAH, INC.              22-2323308
•SIGNATURE FLIGHT SUPPORT - ALABAMA, INC.               22-2366930
•SIGNATURE FLIGHT SUPPORT - CHARLOTTE, INC.             22-2456754
•SIGNATURE FLIGHT SUPPORT - DETROIT, INC.               22-2046266
•SIGNATURE FLIGHT SUPPORT - MICHIGAN, INC.              38-1260761
•SIGNATURE FLIGHT SUPPORT - TULSA, INC.                 22-2365352
•SIGNATURE FLIGHT SUPPORT - ANCHORAGE, INC.             22-2359673
•SIGNATURE FLIGHT SUPPORT - BUFFALO, INC.               22-2613033
•SIGNATURE FLIGHT SUPPORT - OHIO
 CONSOLIDATED TICKET SERVICES, INC.                     22-1617038
 AIRCRAFT & AIRPORT SERVICES, INC.                      22-1979946
 BUTLER COMMUTER SERVICES, INC.                         22-2588165
 BUTLER AVIATION INTERNATIONAL, INC.                    22-2028943
 BUTLER AVIATION TRAINING SERVICES, INC.                75-2409216

Exhibit _____ 6
Page ___ 4 __ of __ 6

46792

SIGNATURE FLIGHT SUPPORT CORPORATION                    59-3030932

NAME AND ADDRESS OF EACH MEMBER OF AFFILIATED GROUP, continued
---------------------------------------------------------------
BUTLER AVIATION TECHNICAL SERVICES, INC.           75-2423948
BUTLER AIRCRAFT SALES & SERVICE, INC.              75-2420107
PAGE AVJET FUEL CORPORATION                        59-3153791
PAGE AIRPORT SERVICES, INC.                        75-2520842


THE ADDRESS FOR ALL CORPORATIONS IS      


*    PLEASE NOTE THAT ABOVE MARKED CORPORATIONS HAVE CHANGED THEIR
     NAME FROM "BUTLER AVIATION - CITY OF OPERATIONS, INC." TO
     "SIGNATURE FLIGHT SUPPORT - CITY OF OPERATIONS, INC."

Exhibit _6_
Page _5_ of _6_

46792

Signature Flight Support Corporation is a Delaware corporation with offices at 201 S. Orange Ave Suite 201, Orlando, FL 32801.

The Directors of Signature Flight Support Corporation are as follows:

Paul D. Meunier

Signature Flight Support Corporation
201 S. Orange Ave., Suite 1100
Orlando, FL 32801

Peter E. Clappison
George E. Howard

BBA Group PLC
Whitechapel Road
Cleckheaton
West Yorkshire BD19 6HP

David G. Offensend
Anthony R. Scotto

Oak Hill Partners, Inc.
Park Avenue Tower
65 East 55th Street
New York, NY 10022

Exhibit ____6____
Page ____6____ of ____6____