

AFSC

SIGNATURE EAST

EXECUTIVE
TERMINAL

Exhibit 7
Page 1 of 1