HAL P. GAZAWAY, P.C.
8620 Boundary Avenue
Anchorage, Alaska 99504
(907) 338-8111
(907) 338-8118 facsimile

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| RICHARD TRZESNIOWSKI, )<br>)<br>        Plaintiff, )<br>)<br>    vs. )<br>)<br>SIGNATURE FLIGHT SUPPORT )<br>CORPORATION )<br>)<br>        Defendant. )<br>_____ ) | <br><br><br><br><br><br><br><br><br><br>No. A05-181 CV (TMB) |

**AFFIDAVIT OF GRANT THOMPSON**

STATE OF ALASKA        )
                       ) ss.
THIRD JUDICIAL DISTRICT )

      GRANT THOMPSON, being first duly sworn upon oath, deposes and states:

      1.   I make these statements of my own personal knowledge.

2. I worked for Signature Flight Support and its predecessor for 25 years.

3. By the summer of 2002 it was obvious to his coworkers that Richard Trzesniowski was being treated differently then other employees. Several of us told Richard to "watch out, they were going to fire him."

4. I never could understand why Management treated him differently. Richard is likable and easy going. Richard did more than his share of the work.

5. After Richard returned from his workman's compensation injury, he worked in customer service. He had to take a cut in pay to return to work.

6. Several other employees had on the job injuries or other situations which required them to return to work on limited duty. Each of these fellow employees told me their wages were not cut.

7. Tim York had hurt his ankle in an on the job injury. Signature had him come back to work as a customer service representative. It was the same job Richard Trzesniowski did in the East Terminal. Tim told me his pay was not reduced.

8. Gene Jones worked on the ramp and had cancer tumor

treatment. When he returned, Signature had him work at the desk as a customer service agent, the same as Richard Trzesniowski. He did not have a reduction in pay.

9. Gene Smith broke his leg working out on the ramp. When he returned to work, Signature Flight Service had him work at the customer service desk. Smittie told me his pay had not been reduced and even showed me his pay stub to confirm that.

10. None of these men would be what you would consider Christians.

11. I remember one time Richard had a book behind the desk. The book was some religious book that had something about God in the title.

12. Camille Gates told Richard he had to take the book home that it was not appropriate for work.

13. The workers were laughing about this because Kim had the foulest mouth at the airport.

14. Kevin Dutton had books at work to read during his slow time. These books were ground school books for a pilot's license. Management never told him his choice of books were inappropriate.

15. Other employees were going to college and brought their school books to work. Three of these employees named Jeff,

HAL P. GAZAWAY, P.C.
ATTORNEY AT LAW
8620 BOUNDARY AVENUE
ANCHORAGE, ALASKA 99504
(907) 338-8111
(907) 338-8118 fax

RICHARD TRZESNIOWSKI v SIGNATURE FLIGHT SUPPORT CORPORATION
No. A 05-181 CV (TMB)
AFFIDAVIT OF GRANT THOMPSON
Page 3 of 6

Andy, and Curt, would bring their homework and work on it during the day. Management never told them they could not bring their school books and do their homework. None of them were doing a Bible study or studying a Christian book. I remember one time Richard had a book behind the desk. The book was some religious book that had something about God in the title.

16. I and several others could bring in hunting and fishing magazines to read at work. To my knowledge, Management never told any one of us that the hunting and fishing magazines were not appropriate for work.

17. At one time, Richard Trzesniowski asked Signature Flight Support if his son could work for Signature Flight Support. Signature said relatives of the employee could not work for the company. At the time, the OPS manager, Duane Sperbeck's brother-in-law, Larry McMahan, worked for the company. Kim Cleeves, the Human Resource Director had her nephew, Scott Cleeves and niece work for Signature Flight Support.

18. In 2002, Richard Trzesniowski tried to take Sundays off so he could go to church. Management said he could not take Sundays off.

19. Brett Smith attended the Mormon Church. When he was scheduled to work on Sunday, Signature Flight Service would

HAL P. GAZAWAY, P.C.
ATTORNEY AT LAW
8620 BOUNDARY AVENUE
ANCHORAGE, ALASKA 99504
(907) 338-8111
(907) 338-8118 fax

RICHARD TRZESNIOWSKI v SIGNATURE FLIGHT SUPPORT CORPORATION
No. A 05-181 CV (TMB)
AFFIDAVIT OF GRANT THOMPSON
Page 4 of 6

let him off work to attend his church service.

20. During 2005, Jolene Carter started working for Signature. Ms. Carter said she was Mormon and asked for Sunday's off. The Operation Manager, Rick Steel, said that she would have Sundays off.

21. After Richard Trzesniowski was fired, I asked the General Manager, Dave Hall, "Why did you fire Richard Trzesniowski?" The General Manager said Richard did not show up for work.

22. Other employees have failed to show up on the day scheduled for work. None of them were fired. As a rule of thumb, the employees would receive three write-ups before they would be terminated. Some employees who failed to show up on the day scheduled to work included Brett, whose last name I do not recall. At this time, I cannot recall the names of others. I do not remember any of the employees who were no-show being fired.

FURTHER your affiant sayeth naught.

_____
GRANT THOMPSON

RICHARD TRZESNIOWSKI v SIGNATURE FLIGHT SUPPORT CORPORATION
No. A 05-181 CV (TMB)
AFFIDAVIT OF GRANT THOMPSON
Page 5 of 6

HAL P. GAZAWAY, P.C.
ATTORNEY AT LAW
8620 BOUNDARY AVENUE
ANCHORAGE, ALASKA 99504
(907) 338-8111
(907) 338-8118 fax

SUBSCRIBED and SWORN to before me this 29th day of November, 2006.

*Velda Rolando*
Notary Public in and for Alaska
My Commission Expires: 7/4/2010

CERTIFICATE OF SERVICE

I certify that the foregoing AFFIDAVIT OF GRANT THOMPSON was mailed / ~~faxed~~ / ~~hand delivered~~ to the following attorney of record addressed as follows:

David A. Devine
GROH EGGERS, LLC
2600 Cordova Street Suite 110
Anchorage, AK 99503

DATED this 4th day of November, 2006.

Brenda J. Faust
Legal Assistant to Hal P. Gazaway, P.C.

HAL P. GAZAWAY, P.C.
ATTORNEY AT LAW
8620 BOUNDARY AVENUE
ANCHORAGE, ALASKA 99504
(907) 338-8111
(907) 338-8118 fax