Hal P. Gazaway, P.C.
8520 Boundary Avenue
Anchorage, AK 99504
(907) 338-8111
(907) 338-8118 facsimile

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| RICHARD TRZESNIOWSKI, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| SIGNATURE FLIGHT SUPPORT ) | |
| CORPORATION ) | |
| ) | |
| Defendant. ) | |
| ) | No. A05-181 CV (TMB) |

**AFFIDAVIT OF RICHARD TRZESNIOWSKI**

STATE OF NEW MEXICO    )
                       ) ss.
County of Otero        )

RICHARD TRZESNIOWSKI, being first duly sworn upon oath, deposes and states:

1. I am the plaintiff in the above-captioned matter and make these statements of my own personal knowledge.

2. During the time I worked for Signature Flight Support, I was continually teased and belittled for my faith.

3. Contrary to the arguments in the Memorandum by Signature Flight Support, the teasing because I chose to remain celibate because of my faith did not end when I married in July 1996. My wife did not like Alaska and left in October 1997. After she left, I again chose to remain celibate. The teasing continued throughout the rest of my employment with Signature.

4. The pinups of naked and scantily clad women stopped in 2000 when I called the company in Orlando.

5. Part of the problem had been a practice of employees at Signature to send dirty jokes over the company email system. They would leave dirty jokes on the counter.

6. In December 2000, I returned to work from my on-the-job back injury. My doctor placed work restrictions on me.

7. The Company transferred me to Customer Service and reduced my pay.

8. Other employees who had worked for the company and received reassignments to Customer Service did not have their pay reduced. These included Jene Jones, Gene Smith and Tim York.

9. I worked in Customer Service on the South ramp from December 2000 until December 2002. This whole time I would be subjected to dirty jokes.

10. In the summer of 2002, I had a book on my desk called *Dialogues with God* by Mark Vickler. Duane Sperbeck and Camille Gates told me that was inappropriate reading material for

RICHARD TRZESNIOWSKI v SIGNATURE FLIGHT SUPPORT CORPORATION
No. A 05-181 CV (TMB)
AFFIDAVIT OF RICHARD TRZESNIOWSKI
Page 2 of 6

work. At the same time, other employees handed out emails with dirty jokes and left these dirty jokes on the counter. Other employees who had personal reading material were never told their's was inappropriate and not allowed. Several of the employees were going to school and would do their homework between planes. One example would be Mike Gatlin. Another received his pilot's license. He would work on his homework at Signature. Many people brought hunting magazines to work to read. Camille Gates, Duane Sperbeck, Kim Cleeves, Will Broyles and Joe Deker all treated me differently than the other employees.

11. Several of my coworkers observed how these supervisors treated me differently and commented on this difference in treatment. Grant Thompson, Ediver Thompson, Gary Music and Shawn Callighan all commented how I was being treated differently and things were going on behind my back.

12. During the summer of 2002, I asked Kristine Kirschbaum to be allowed to have Sunday mornings off. My church had services on Sunday mornings and I had not been able to attend any services for four months. Kristine Kirschbaum said I could not be scheduled not to work on Sunday mornings. I would work sometimes 13 days with one day off and then continue again for as many as up to 13 days at a time. I worked these 13 day schedules or two shifts for five months straight on the East Ramp.

RICHARD TRZESNIOWSKI v SIGNATURE FLIGHT SUPPORT CORPORATION
No. A 05-181 CV (TMB)
AFFIDAVIT OF RICHARD TRZESNIOWSKI
Page 3 of 6

13. In December 2002, Camille Gates came to me one day and told me to come with her, Kristine Kirschbaum, the General Manager wanted to see me. She approached me like I was in trouble. I got into the van with Ms. Gates.

14. When we got to the Executive Terminal, Kim Cleeves came down. She said I had been transferred to the Executive Terminal.

15. In the Executive Terminal, I worked more with computers. I did not receive any formal training on the computers and did not know how to work with them very well.

16. At the Executive Terminal, I only had 2 or 3 co-workers. They were much younger than I. They would talk amongst themselves and ignore me.

17. After transferring to the Executive Terminal during the winter of 2003, I asked Kim Cleeves for more training on using computers. She asked one of my coworkers to show me how to use the computer. He got on the computer and punched some numbers real fast. I could not see what he did and did not understand how to do what he had just shown me.

18. I had two subsequent discussions with Kristen Kirschbaum. I told her I did not have adequate training to use the computers. I explained how I was not being trained adequately by the young man Kim Cleeves had asked to instruct me. I explained I was not receiving training on these computers by

RICHARD TRZESNIOWSKI v SIGNATURE FLIGHT SUPPORT CORPORATION
No. A 05-181 CV (TMB)
AFFIDAVIT OF RICHARD TRZESNIOWSKI
Page 4 of 6

HAL P. GAZAWAY, P.C.
ATTORNEY AT LAW
3520 BOUNDARY AVENUE
ANCHORAGE, ALASKA 99504
(907) 338-9111
(907) 338-9113 fax

P.05    9075529296    GAZAWAY    NOV-20-06 01:27 PM

young people who had grown up with computers and had no knowledge or aptitude for training.

19. During these two discussions I explained the young customer service representatives I worked with in the Executive Terminal would ignore me. When they did speak to me they would be condescending and cold. Ms. Kirschbaum denied this and said these co-workers were being very patient with me from what she observed when she came down. I told her, "when you come down, they change and are helpful. As soon as you go back up, their attitudes change."

20. I explained the problem was I had worked in the field all my life. I was totally computer illiterate. They were not showing me even basic enough skills for me to understand and learn what I needed to do.

21. I called Camille Gates on July 13, 2003 and told her I planned to come back to work on July 14, 2003. She said I could not come back to work without a current doctor's letter.

FURTHER your affiant sayeth naught.

_Richard Trzesniowski_
Richard Trzesniowski

SUBSCRIBED and SWORN to before me this 20th day of

RICHARD TRZESNIOWSKI v SIGNATURE FLIGHT SUPPORT CORPORATION
No. A 05-181 CV (TMB)
AFFIDAVIT OF RICHARD TRZESNIOWSKI
Page 5 of 6

HAL P. GAZAWAY, P.C.
ATTORNEY AT LAW
3526 BOUNDARY AVENUE
ANCHORAGE, ALASKA 99504
(907) 338-8111
(907) 338-6115 fax

November, 2006.

_____
Notary Public in and for New Mexico
My Commission Expires: 01·18·2008



CERTIFICATE OF SERVICE
I certify that the foregoing
AFFIDAVIT OF RICHARD TRZESNIOWSKI
was mailed to the following
attorney of record addressed as follows:

David A. Devine
GROH EGGERS, LLC
3201 C Street Suite 400
Anchorage, AK 99503

DATED this 4 day of December, 2006.

_____
Verda J. Rolando
Legal Assistant to Hal P. Gazaway, P.C.

HAL P. GAZAWAY, P.C.
ATTORNEY AT LAW
8820 BOUNDARY AVENUE
ANCHORAGE, ALASKA 99504
(907) 338-9111
(907) 338-1115 fax

RICHARD TRZESNIOWSKI v SIGNATURE FLIGHT SUPPORT CORPORATION
No. A 05-181 CV (TMB)
AFFIDAVIT OF RICHARD TRZESNIOWSKI
Page 6 of 6