*Two of Eight*



# First Care
## MEDICAL CENTERS

## WORK STATUS FORM

Name **RICHARD TRZESNIOWSKI**

Date first seen at *First Care* **5/11/63**
Time In _____
Time Out _____

### Work Status
____ May resume regular work activities immediately.
____ May resume modified work activities immediately (see work limitations below).
✓ Temporarily unable to resume any type of work activity because such activity could place (him/her), or co-workers at risk. The period of disability is from **5/11/03** through **5/14/03**
____ To be determined by referral physician.
____ May resume regular work on _____
____ May resume modified work (see work limitations below) on _____
✓ Presently unable to determine return to work date...to be determined at subsequent *First Care* visit.

### WORK LIMITATIONS
____ Lifting, pulling, pushing not to exceed _____ pounds.
____ Bending, twisting not to exceed _____ times per hour.
____ Sitting job only _____ No climbing or overhead work.
____ No operation of moving equipment.
____ Right hand work only. ____ Left hand work only.
____ Keep wound clean and dry.
____ Other (be specific) _____

### FOLLOW-UP CARE/ REFERRAL
____ Discharged from care.
✓ Return to *First Care* on **5/14/03**
____ Referred for follow-up care to _____
____ Appointment scheduled on _____
____ Unable to schedule appointment, employee instructed to schedule follow-up appointment at earliest possible date.

### COMMENTS
_____
_____

_[signature]_ M.D.                **5/11/03**
**FirstCare** Physician's Signature       Today's Date

☑ Spenard 248-1122         EXHIBIT **5**         Exhibit **1**
☐ Huffman 345-1199         Page **2** of **8**    Page **1** of **3**

1301 Huffman Rd., Ste. #100, Anchorage, AK 99515 • Business Office (907) 345-2050
Spenard (907) 248-1122 • Huffman (907) 345-1199



# First Care
## MEDICAL CENTERS

*Three of Eight*

FAXED TO:

## WORK STATUS FORM

Name __TRZESNIOWSKI, RICHARD__

Date first seen at *First Care* __5/11/63__
Time In _____
Time Out _____

**Work Status**
___ May resume regular work activities immediately.
___ May resume modified work activities immediately (see work limitations below).
_✓_ Temporarily unable to resume any type of work activity because such activity could place (him)/her, or co-workers at risk. The period of disability is from __5/14/63__ through __present__
_✓_ To be determined by referral physician. — __Going to ER, AK Regional Today__
___ May resume regular work on _____
___ May resume modified work (see work limitations below) on _____
___ Presently unable to determine return to work date...to be determined at subsequent *First Care* visit.

**WORK LIMITATIONS**
___ Lifting, pulling, pushing not to exceed _____ pounds.
___ Bending, twisting not to exceed _____ times per hour.
___ Sitting job only _____ No climbing or overhead work.
___ No operation of moving equipment.
___ Right hand work only. ___ Left hand work only.
___ Keep wound clean and dry.
___ Other (be specific) _____

**FOLLOW-UP CARE/ REFERRAL**
___ Discharged from care.
___ Return to *First Care* on _____
_✓_ Referred for follow-up care to __ER - AK Regional__
___ Appointment scheduled on _____
___ Unable to schedule appointment, employee instructed to schedule follow-up appointment at earliest possible date.

**COMMENTS**
_____

_____ M.D.      __5/16/63__
FirstCare Physician's Signature     Today's Date

☐ Spenard 248-1122
☐ Huffman 345-1199

EXHIBIT __5__
Page __3__ of __8__

Exhibit __1__
Page __2__ of __3__

1301 Huffman Rd., Ste. #100, Anchorage, AK 99515 • Business Office (907) 345-2050
Spenard (907) 248-1122 • Huffman (907) 345-1199

AUG-4-03 MON 13:12   ANCH JOB CENTER MIDTOWN   FAX NO. 907 269 4789

Return complete form to the Employee
or fax to Aetna Customer Service at 1-877-693-7258

The patient is responsible for completion of this form without any expense to the company

## SHORT TERM DISABILITY APPLICATION (ATTENDING PHYSICIAN)

| Patient's Name | Patient's date of birth (mm/dd/yyyy) |
|---|---|
| RICHARD F. TRZEJNIOWSKI | 06/07/1951 |

| Patient's Phone Number | Social Security Number |
|---|---|
| 907-562-3205 | 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 |

| Date of illness (first symptom, illness, or injury) | Date first seen and treated by you for this condition | Date of disability | Weight |
|---|---|---|---|
| 5/5/03 | 5/11/03 | 5/5/03 | 154 |

| If patient has had similar illness or injury, give dates | Do you feel that the condition is due to the patient's employment? No ✓  Yes ___ Please explain. |
|---|---|
| | |

| Diagnosis- Include ICD9, DSM | Symptoms |
|---|---|
| VIRAL SYNDROME | Fever, Headache, myalgia, sore throat, cough, weight loss (>20lb) |

| For pregnancy- please give expected delivery date | Actual delivery date ___  Vaginal delivery ___ C-Section ___ | Next office visit 5/30/03 |
|---|---|---|

| For services related to hospitalization, give hospitalization dates  Admitted / / discharged / / | Name and phone number of referring physician |
|---|---|

Treatment plan (surgery, medications, physical therapy referral, etc)
REST, FLUIDS, ANTIPYRETICS

Please describe specific restrictions and limitations
HAS BEEN UNABLE TO WORK SINCE ONSET OF SYMPTOMS. STILL UNABLE TO WORK.

| When is patient able to return to work? Full time ___ Part time ___ | If patient is able to return to work part time; how many hours per week can the patient work? |
|---|---|

Additional remarks
ESTIMATE UNABLE TO RETURN TO WORK FOR ANOTHER 2-4 WEEKS

| Attending Physician's Name (please print) | Phone Number |
|---|---|
| LARRY T. INGLE, MD | 907-248-1122 |

| Address | Fax Number |
|---|---|
| FIRST CARE  376 WOODLAND DRIVE  ANCHORAGE, AK 99517 | 907-248-4168  Tax I.D. Number |

| Attending Physician's Signature | Date |
|---|---|
| Larry J. Ingle, MD | 5/25/03 |

03/30/00

Exhibit 1
Page 3 of 3