Signature Flight Support
6231 South Airpark Place
Anchorage, AK 99502



July 14, 2003

Richard Trzesniowski    Via Certified Mail # 7000 0520 0021 4661 2534
3205 Doil Drive
Anchorage, AK 99503

Dear Richard:

You were scheduled to return to work, Monday July 14th at 9:00 a.m. When you spoke to Kim Cleeves on July 10th, she verified the date and time with you. You have not made any attempt to contact this office to make arrangements that differ from the schedule.

Your failure to return to work as scheduled is considered job abandonment. Effective July 14, 2003 at 10:00 a.m., your employment with Signature Flight Support, has been terminated.

If you have any questions regarding this termination, do not hesitate to contact Joe Oetker or myself.

Regards,

Derek Hert
Customer Service Supervisor
243-7627

Exhibit 2
Page 1 of 1

A Member of the BBA