or fax to Aetna Customer Service at 1-877-693-7258

The patient is responsible for completion of this form without any expense to the company

Six of Eight

## SHORT TERM DISABILITY APPLICATION (ATTENDING PHYSICIAN)

| Patient's Name | Patient's date of birth (mm/dd/yyyy) |
|---|---|
| Richard F Trzesniowski | 06/07/1951 |

| Patient's Phone Number | Social Security Number |
|---|---|
| 907 562-3205 | 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 |

| Date of illness (first symptom, illness, or injury) | Date first seen and treated by you for this condition | Date of disability | Weight |
|---|---|---|---|
| 5/5/03 | 5/11/03 | 5/5/03 | 154 |

| If patient has had similar illness or injury, give dates | Do you feel that the condition is due to the patient's employment? No ✓ Yes ___ Please explain. |
|---|---|
| | |

| Diagnosis- Include ICD9, DSM  078.5 | Symptoms |
|---|---|
| Viral syndrome - CMV  079.99 | fever, headache, sore throat, cough, weight loss (>20 lbs) |

For pregnancy- please give expected delivery date ___
Actual delivery date ___
Vaginal delivery ___ C-Section ___
Next office visit ___

For services related to hospitalization, give hospitalization dates
Admitted / / discharged / /

Name and phone number of referring physician

**Treatment plan** (surgery, medications, physical therapy referral, etc)

rest, fluids, anti pyretics

**Please describe specific restrictions and limitations**

Has been unable to work since onset of symtoms, still unable to work

When is patient able to return to work?
Full time 7/14/03  Part time ___

If patient is able to return to work part time; how many hours per week can the patient work?

**Additional remarks**

has not worked since May 5,'03 until present will return to work July 14th, '03

| Attending Physician's Name (please print) | Phone Number |
|---|---|
| Larry T. Ingle, MD | 907 248-1122 |

| Address | Fax Number |
|---|---|
| First Care | 907 248-4168 |
| 3710 Woodland Dr., Anch, AK 99517 | Tax I.D. Number  92-0104551 |

| Attending Physician's Signature | Date |
|---|---|
| [signature] | 6/29/03 |

03/30/00

The patient is responsible for completion of this form without any expense to the company

## SHORT TERM DISABILITY APPLICATION (ATTENDING PHYSICIAN)

| Patient's Name | Patient's date of birth (mm/dd/yyyy) |
|---|---|
| Richard F Trzesniowski | 06/07/1951 |

| Patient's Phone Number | Social Security Number |
|---|---|
| 907 562-3205 | 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 |

| Date of illness (first symptom, illness, or injury) | Date first seen and treated by you for this condition | Date of disability | Weight |
|---|---|---|---|
| 5/5/03 | 5/11/03 | 5/5/03 | 154 |

| If patient has had similar illness or injury, give dates | Do you feel that the condition is due to the patient's employment? No ✓ Yes ___ Please explain. |
|---|---|
|  |  |

**Diagnosis- Include ICD9, DSM** 078.5
Viral syndrome - CMV
079.99

**Symptoms** fever, headache, sore throat, cough, weight loss (>20 lbs)

For pregnancy- please give expected delivery date
Actual delivery date ___
Vaginal delivery ___ C-Section ___

Next office visit

For services related to hospitalization, give hospitalization dates
Admitted / / discharged / /

Name and phone number of referring physician

**Treatment plan (surgery, medications, physical therapy referral, etc)**
rest, fluids, antipyretics

**Please describe specific restrictions and limitations**
Has been unable to work since onset of symtoms, still unable to work

**When is patient able to return to work?**
Full time 7/14/03  Part time ___

If patient is able to return to work part time; how many hours per week can the patient work?

**Additional remarks**
has not worked since May 5, '03 until present
will return to work July 14th, '03

| Attending Physician's Name (please print) | Phone Number |
|---|---|
| Larry T. Ingle, MD | 907 248-1122 |

| Address | Fax Number |
|---|---|
| First Care | 907 248-4168 |
| 3710 Woodland Dr., Anch, AK 99517 | Tax I.D. Number 92-0104551 |

| Attending Physician's Signature | Date |
|---|---|
| Larry T. Ingle, MD | 6/29/03 |

03/30/00

Exhibit 3
Page 2 of 2