

# First Care
## MEDICAL CENTERS

## WORK STATUS FORM

Name __RICHARD TRZESNIOWSKI__

Date first seen at *First Care* __5/11/63__
Time In _____
Time Out _____

**Work Status**
___ May resume regular work activities immediately.
___ May resume modified work activities immediately (see work limitations below).
_✓_ Temporarily unable to resume any type of work activity because such activity could place (him/her, or co-workers at risk. The period of disability is from __5/15/03__ through __7/13/03__
___ To be determined by referral physician.
_✓_ May resume regular work on __7/14/03__.
___ May resume modified work (see work limitations below) on _____.
___ Presently unable to determine return to work date...to be determined at subsequent *First Care* visit.

**WORK LIMITATIONS**
___ Lifting, pulling, pushing not to exceed _____ pounds.
___ Bending, twisting not to exceed _____ times per hour.
___ Sitting job only _____ No climbing or overhead work.
___ No operation of moving equipment.
___ Right hand work only. _____ Left hand work only.
___ Keep wound clean and dry.
___ Other (be specific) _____

**FOLLOW-UP CARE/ REFERRAL**
_✓_ Discharged from care.
___ Return to *First Care* on _____.
___ Referred for follow-up care to _____.
   ___ Appointment scheduled on _____.
   ___ Unable to schedule appointment, employee instructed to schedule follow-up appointment at earliest possible date.

**COMMENTS**
_____
_____
_____

__Larry J. [signature]__ M.D.          __7/20/03__
**FirstCare** Physician's Signature       Today's Date

☐ Spenard 248-1122                    Exhibit __4__
☐ Huffman 345-1199                    Page __2__ of __2__

1301 Huffman Rd., Ste. #100, Anchorage, AK 99515 • Business Office (907) 345-2050
Spenard (907) 248-1122 • Huffman (907) 345-1199



# FIRST CARE
## MEDICAL CENTERS

3710 Woodland Dr. Ste. 1100
Anchorage, AK 99517

| Patient Name Trzesniewski Richard | Complaint: consultation | Room # 4 | Doctor: Trzk |
| --- | --- | --- | --- |
| | Current Meds: | | Time 2220 |
| | | | Temp Ref |
| DOB 6/7/51   Last Tetanus: | | | Pulse fused |
| Age        LMP | | | Resp. |
| ALLERGIES: | | | BP |
| Chief complaint / Nurses notes | Wants to talk to Dr. | | WT 156  may 31 |
| | | | SaO2% |

Would you like a call back?    yes or no            Signature: _____

No Dictated
Flu chv now doing well. Needs work release – provided to patient effective date of 7/14/03. Patient attempting to get disability to cover time absent from work due to illness (5-5 thru 7/13/03). Told him to find out who I need to contact & let me know. I will then write letter attempting to clarify medical situation.

Follow-up: PRN or _____ days          Signature: _____
Lab:                          X-ray:              EKG:

Medications Dispensed:

Outside Appointments Made:          Information Handouts Given

Return to Work:                     Time Out:

Nurse Call Back Report:             Date:
                                    Exhibit 4
                                    Page 2 of 2    JUL 2 0 2003