| DISCHARGE - EMPLOYER | KCBM |
|---|---|

| Claimant Name: **Richard Trzesniowski** | SSN: **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** |
|---|---|
| Employer: **Signature Flight Support** | |
| Contact Name & Title: **Kim in HR** | Phone Number: **(907) 243-7627** |
| ☐ LMTC by (date & time): ___ or determination will be made based on available information. | |
| Issue detected from: NC ☐  AC ☐  ER ☐  VICTOR ☐  Cert ☐  Other ☐  **Clmt. call** ☒ | |

☐ Read to Employer: The Alaska Statutes provide a disqualification for workers who are discharged from their jobs for work related misconduct. For purposes of Unemployment Insurance, misconduct is defined as a willful act or omission which is not in the employer's best interest or an intentional and substantial disregard of the employee's duties and obligations to the employer. Your answers to the following questions will help us to make an accurate decision.

☐ Read to Employer: The facts you provide in this matter are confidential unless a rebuttal is needed from the claimant or an appeal of the decision is filed by either party.

| Name, title and phone number of person who discharged claimant: **n/a - ER states separation was voluntary** |
|---|
| Claimant's Job Duties: **customer service** |
| First Day Work: | Last Day Work: **04-14-03** | Date Terminated (If different from LDW): **n/a** |
| Hours & Wages last week worked: **"Just two hours on Monday, 04-14-03."** $24.00 (Week begins on Sunday and ends on Saturday) |
| Why was the claimant discharged? **"Richard came to me one day and said he had personal problems and had to leave to take care things. So he took off for a couple of days. Next thing I know, he was ill and went on short term disability. All employee are required to keep in contact to let us know what's going on. They need to stay in contact at least once a week. Richard refused. Every ten days or so, I would call and leave him a message saying "What's going on?" He would not call back, but then I'd get a fax from his doctor. At the end of his short term disability benefits, I called him and left a message saying "These benefits have expired, I need to know what's going on. Your doctor sent us a notice saying you could return on X date."**<br>Q. What day exactly was he supposed to be back?"<br>A. I even sent certified letters. I've got his file right in front of me here. He was scheduled to return to work on 07-14-3, and I even spoke to him on 07-10-03 and verified that he was on the schedule for the 14th. Then no phone call, nothing. So we sent a letter saying, "You have not made any attempts to contact us, your failure to contact us is considered job abandonment." |
| Describe the events leading up to discharge (if applicable):<br>Q. When you spoke to him on 07-10-03 to confirm that he would be in on 07-14-03, was that in person or on the phone?<br>A. On July 10th, on the phone. I have not actually seen him since April.<br>Q. When you told him that you expected him on the 14th, what was his response?<br>A. He said that was fine. And I told him that I wanted a doctor's note.<br>Q. OK, this is the part that I'm a little bit unclear on. You already had a doctor's note stating he could return to work on 07-14-03, but you wanted another one. Why didn't the other one meet your needs?<br>A. Because the notice that I had was dated three weeks earlier. Due to the nature of his illness, I wanted to make sure that it was absolutely OK for him to return to work. I told him that at the time. He was ill for an extended period, and I wanted verification. It had been three weeks since that physician had seen him, and I wanted to make sure it was still OK for him to return to work. The notice was dated 06-19-03  After 07-10-03, there was no further communication. He did not call to say he could not get in to see his doctor, nothing. |
| If discharged for absence or tardiness: |
| What was the reason for the last absence/tardiness? |

http://blueberry.labor.state.ak.us/public/ui_home/forms/telephonic/Discharge-Employer.doc    Page 1 of 1

EXHIBIT 7
Exhibit 5    Rev. 5/03
Page 1 of 2

| | |
|---|---|
| On what date was last absence/ tardiness? | |
| Did claimant notify you? Yes ☐ No ☐ | If yes, date and time notified: |
| Was the absence/tardiness excused? Yes ☐ No ☐ | |

If discharged for violation of company rules or policy:

| |
|---|
| What rule or policy was violated? |
| Was claimant aware of this policy/rule? Yes ☐ No ☐ If yes, how was claimant made aware? |
| Was employee handbook, contract, or copy of company rules made available to the claimant? Yes ☐ No ☐ |
| Were rules posted so all employees were aware of them? Yes ☐ No ☐ |
| Was the claimant otherwise informed of such rules? Yes ☐ No ☐ |

| |
|---|
| Had claimant been warned that actions or behavior could lead to discharge? Yes ☐ No ☐ |

If claimant warned:

| |
|---|
| Date(s) of warnings: |
| Content of warning(s): |
| Result of warning(s): |

| |
|---|
| Did claimant's action affect your business or operation? Yes ☐ No ☐ |
| Did claimant's action cause any monetary damage? Yes ☐ No ☐ If yes, amount: $ |
| If a lack of ability, skill or training caused the claimant's discharge, please explain: |

Upon separation from employment, was this person paid any of the following:

| Payment Type: | Gross Amount: | Period covered by payment: (for used leave or bonus pay) | Date Paid: |
|---|---|---|---|
| Severance or termination pay | $ | Deducted in week received | |
| Wages in lieu of dismissal notice | $ | Deducted in week received | |
| Holiday pay: used ☐ unused ☐* | $ | | |
| Sick pay: used ☐ unused ☐* | $ | | |
| Vacation pay: used ☐ unused ☐* | $ | | |
| Bonus pay | $ | | |

*Deducted in week received

| | | |
|---|---|---|
| Read to Employer: Do you certify that the information you have provided is true and complete to the best of your knowledge and belief? Y ☒ | | |
| Claimstaker: 0440 | Date & Time Statement Taken: 9:30 a.m., 08-15-03 | SSN: 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 |

Notes:

http://blueberry.labor.state.ak.us/public/ui_home/forms/telephonic/Discharge2Employer.doc

Rev. 5/03

EXHIBIT 7
Page 2 of 2

Exhibit 5
Page 2 of 2