David A. Devine (AK Bar No. 7906015)
GROH EGGERS, LLC
3201 "C" Street - Suite 400
Anchorage, AK 99503
Phone: (907) 562-6474
Fax:   (907) 562-6044
Email: DevineD@groheggers.com
Attorneys for Defendant Signature Flight Support Corp.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| RICHARD TRZESNIOWSKI,          )<br>                               )<br>         Plaintiff,            )<br>                               )<br>vs.                            )<br>                               )<br>SIGNATURE FLIGHT SUPPORT       )<br>CORPORATION                    )<br>                               )<br>         Defendant.            )<br>_____) | No. A 05-181 CIV (TMB)<br><br>**DEFENDANT'S RESPONSES TO PLAINTIFF'S FIRST DISCOVERY REQUESTS** |

COMES NOW the Defendant, Signature Flight Support Corporation (hereinafter "Signature"), by and through counsel, and responds as follows to Plaintiff's First Discovery Requests:

Request for Production No. 1:    Please provide Mr. Trzesniowski's official personal file, including all time sheets for the years 2002 and 2003.

Response:

A complete copy of Mr. Trzesniowski's personnel file was previously produced to Plaintiff with Signature's Initial Rule 26 Disclosures. Copies of time and pay records were produced with Signature's First Supplemental Rule 26 Disclosures as Document

        d. Verbal warning left on Richard's answering machine

6.   a. 6/27/2003

        b. Derek Hert and Kim Cleeves

        c. Richard ignoring calls and failing to keep company apprised re: status

        d. Written warning by certified mail – not accepted by Richard so post office returned.

7.   a. 7/14/2003

        b. Derek Hert and Kim Cleeves

        c. Richard failed to report to work on July 14, 2003 as he had promised and did not contact Signature re his status or why he didn't appear

        d. Employment terminated for job abandonment. Letter sent to Richard by certified mail.

8. April – July 2003 Kim Cleeves continually reminded Mr. Trzesniowski of his obligation to keep the company advised as to his medical and return-to-work status.

Request for Admission No. 1: Please admit on May 5, 2003, Lynn Shaw instructed Kim Cleeves that Richard Trzesniowski would not be allowed to return to work without a statement from a doctor that he is released to return to work.

Response:

Admit

Request for Admission No. 2: Please admit on May 14, 2003, Kim Cleeves

Law Offices of
GROH EGGERS, LLC
3201 C Street, Suite 400
Anchorage, Alaska 99503
Phone (907) 562-6474
Fax (907) 562-6044

requested to terminate Richard Trzesniowski as a "no call, no show".

Response:

Deny. In a May 15, 2003 email to Lynn Shaw, Kim Cleeves referred to the facts that (1) May 14, 2003 was the day Mr. Trzesniowski was to have returned to his doctor for evaluation regarding his return to work status and (2) that as of mid-day May 15, 2003 neither the doctor nor Mr. Trzesniowski had apprised the company of Mr. Trzesniowski's status. In that email, Kim Cleeves asked Lynn Shaw if these failures could be considered a "No call, no show," to which Ms. Shaw replied "no not yet" and then suggested that Ms. Cleeves contact Mr. Trzesniowski's doctor herself. Ms. Cleeves did so and learned that (1) Mr. Trzesniowski did **not** go to his doctor on May 14, 2003 and had **not** made any appointment to see his doctor. See S 00358 and S 00359.

Request for Admission No. 3: Please admit that on or about May 12, 2003, First Care faxed a note to defendant advising Richard Trzesniowski would not be able to resume any type of work activities from May 11, 2003 through May 14, 2003.

Response:

Admit.

Request for Admission No. 4: Please admit on May 15, 2003, Kim Cleeves asked to terminate Richard Trzesniowski as a "no call, no show".

Response:

Admit that in a May 15, 2003 email to Lynn Shaw, Kim Cleeves referred to the facts that (1) May 14, 2003 was the day Mr. Trzesniowski was to have returned to his

Law Offices of
GROH EGGERS, LLC
3201 C Street, Suite 400
Anchorage, Alaska 99503
Phone (907) 562-6474
Fax (907) 562-6044

Signature's Response to 1st Discovery Request   *Trzesniowski v. Signature Flight Support*
Page 8 of 17                                     Case No. A-05-181 CV (TMB)

Exhibit ____6____
Page ___3___ of ___6___

doctor for evaluation regarding his return to work status and (2) that as of mid-day May 15, 2003 neither the doctor nor Mr. Trzesniowski had apprised the company of Mr. Trzesniowski's status. In that email, Kim Cleeves asked Lynn Shaw if these failures could be considered a "No call, no show," to which Ms. Shaw replied "no not yet" and then suggested that Ms. Cleeves contact Mr. Trzesniowski's doctor herself. Ms. Cleeves did so and learned that (1) Mr. Trzesniowski did **not** go to his doctor on May 14, 2003 and had **not** made any appointment to see his doctor. See S 00358 and S 00359.

<u>Interrogatory No. 7</u>: As to any history of Richard Trzesniowski committing a "no call, no show" offense, please state:

 a. The date Mr. Trzesniowski committed such an offense;

 b. The discipline imposed against Mr. Trzesniowski.

<u>Response</u>:

1. Counseled for "Tardiness or Absenteeism" 12/28/2000. See S 00103.

2. November 2001 – verbal counseling 11/29/2001. See S 00105.

3. April – July 2003 -- Kim Cleeves continually reminded Mr. Trzesniowski of his obligation to keep the company advised as to his medical and return-to-work status. See S 00344.

4. 5/19/2003 – verbal warning on Mr. Trzesniowski's answering machine regarding his obligation to keep in touch and report status. See S 00462.

5. Between 6/1/2003 and 6/9/2003 – requests for status updates and verbal advice as to need to keep in touch and report status

Law Offices of
GROH EGGERS, LLC
3201 C Street, Suite 400
Anchorage, Alaska 99503
Phone (907) 562-6474
Fax (907) 562-6044

6. 6/27/2003 – written warning sent by certified mail

7. 7/14/2003 – termination for job abandonment

<u>Interrogatory No. 8</u>: Please describe the "Richard" strategy agreed upon during the conference call between Lynn Shaw and any member of the Anchorage office on May 19, 2003.

<u>Response</u>:

The conference call was to determine the best way to handle the situation in which Richard Trzesniowski was not returning to work and was failing to keep the company properly advised as to his health and return-to-work status. Despite repeated counseling to keep the company fully informed, Mr. Trzesniowski was failing to do so. The outcome of the conference was to have Mr. Trzesniowski's supervisor remind Mr. Trzesniowski of his obligation to the company. Specifically, Derek Hert called Mr. Trzesniowski on May 19, 2003 at 5:00 P.M. and left the following message:

> "Richard this is Derek with Signature and I am calling to advise that you still have an obligation to stay in contact with us. We have been receiving faxed documents from your doctor, but these are no longer acceptable. Original signed documents are the only way for us to verify your time off. Please contact me by the end of the business day, Tuesday, May 20 to discuss this."

See S 00462.

<u>Request for Production No. 6</u>: Please produce all notes, minutes, or memoranda regarding Richard Trzesniowski prepared as a result of the conference call between David Hall, Kim Cleeves, Joseph Oetker, Derek Hert and Lynn Shaw on May

Law Offices of
GROH EGGERS, LLC
3201 C Street, Suite 400
Anchorage, Alaska 99503
Phone (907) 562-6474
Fax (907) 562-6044

19, 2003.

Response:

See emails regarding the conference call, which were produced as Document Nos. S 00362 through S 00364 and S 00462.

Request for Admission No. 5: Please admit on Thursday, July 10, 2003, Kim Cleeves told Richard Trzesniowski he would not be allowed to return to work on Monday, July 14, 2003 without a full and current medical release to return to work on July 14, 2003.

Response:

Admit. Previously, Signature was given several return to work dates for Mr. Trzesniowski, none of which were met. Due to the number of revised return to work dates and the fact that Mr. Trzesniowski had applied for short term disability on June 29, 2003, Kim Cleeves advised Mr. Trzesniowski that he needed a current medical release to ensure that Mr. Trzesniowski was in fact able to return to work on July 14, 2003 without restrictions.

Request for Admission No. 6: Please admit after July 14, 2003, Kim Cleeves was at Signature Flight Support's Las Vegas station.

Response:

Denied. Ms. Cleeves did travel to Las Vegas in 2002 for a budget conference.

Request for Admission No. 7: Please admit after July 14, 2003, Kim Cleeves worked at Signature Flight Support in Human Resources and Accounting.

Law Offices of
GROH EGGERS, LLC
3201 C Street, Suite 400
Anchorage, Alaska 99503
Phone (907) 562-6474
Fax (907) 562-6044

Signature's Response to 1st Discovery Request　　*Trzesniowski v. Signature Flight Support*
Page 11 of 17　　Exhibit 6　　Case No. A-05-181 CV (TMB)
　　Page 6 of 6