HAL P. GAZAWAY, P.C.
8620 Boundary Avenue
Anchorage, Alaska 99504
(907) 338-8111
(907) 338-8118 facsimile

Attorney for Plaintiff

RECEIVED
DEC 0 5 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| RICHARD TRZESNIOWSKI, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> SIGNATURE FLIGHT SUPPORT ) <br> CORPORATION, ) <br> ) <br> Defendant. ) <br> ) | No. A05-181 CIV (RRB) |

**NOTICE OF FILING FAXED AFFIDAVIT**

COMES NOW Hal P. Gazaway, P.C., and hereby files the signed facsimile copy of the Affidavit of Richard Trzesniowski.

Upon receipt of the originally signed Affidavit, it will be forwarded to the Court.

HAL P. GAZAWAY, P.C.
ATTORNEY AT LAW
8620 BOUNDARY AVENUE
ANCHORAGE, ALASKA 99504
(907) 338-8111
(907) 338-8118 fax

DATED this 4th day of December, 2006.

HAL P. GAZAWAY, P.C.
Attorney for Plaintiff

_____
Hal P. Gazaway
Alaska Bar #7410077

**CERTIFICATE OF SERVICE**

I certify that the foregoing NOTICE OF FILING was mailed / ~~faxed / hand delivered~~ to the following attorney(s) of record addressed as follows:

David A. Devine
GROH EGGERS, LLC
2600 Cordova Suite 110
Anchorage, AK 99503

DATED this 4th day of December, 2006.

_____
Brenda J. Faust
Legal Assistant to Hal P. Gazaway, P.C.

HAL P. GAZAWAY, P.C.
ATTORNEY AT LAW
8620 BOUNDARY AVENUE
ANCHORAGE, ALASKA 99504
(907) 338-8111
(907) 338-8118 fax

TRZESNIOWSKI v SIGNATURE FLIGHT SUPPORT, Case NO. A05-181 CIV (RRB)
NOTICE OF FILING FACSIMILE
PAGE 2 of 2