David A. Devine (AK Bar No. 7906015)
GROH EGGERS, LLC
2600 Cordova Street - Suite 110
Anchorage, AK  99503
Phone:  (907) 562-6474
Fax:     (907) 562-6044
Email: DevineD@groheggers.com

Attorneys for Defendant Signature Flight Support Corp.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| RICHARD TRZESNIOWSKI, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>) No.  3:05-cv-0181 (TMB)<br>SIGNATURE FLIGHT SUPPORT )<br>CORPORATION )  **NON-OPPOSED**<br>) **SIGNATURE'S MOTION FOR**<br>Defendant. ) **EXTENSION OF TIME TO FILE**<br>_____ ) **REPLY BRIEF RE: FMLA CLAIM** | |

The Defendant, Signature Flight Support Corporation ("Signature"), files this unopposed motion for a 1-week extension of time, until December 20, 2006, in which to file its Reply Brief in connection with Signature's Motion for Partial Summary Judgment re: FMLA Claim (Docket 29).

On different dates, Signature filed two different motions for partial summary judgment: one dealing with plaintiff's claims for alleged religious discrimination and hostile work environment (Docket 26) and the other dealing with plaintiff's claim based upon the Family and Medical Leave Act (Docket 29).  Plaintiff obtained extensions of time for his oppositions to both motions for partial summary judgment and ultimately

filed both oppositions on the same day, making both of Signature's reply briefs due on Wednesday, December 13, 2006. Signature is on track to file its Reply in connection with the religious discrimination claims by December 13, 2006, but requires an additional week to also research, prepare and file its Reply in connection with the FMLA claim.

On December 12, 2006, Signature's counsel conferred with plaintiff's attorney, and plaintiff's attorney indicated that he would ***not*** oppose Signature's motion for a 1-week extension of time to file its Reply in connection with the FMLA claim. Therefore, Signature requests a 1-week extension of time, until December 20, 2006, to file said Reply Brief.

Dated at Anchorage, Alaska this 12th day of December, 2006.

GROH EGGERS, LLC

Attorneys for Defendant Signature

By: s/ David A. Devine
David A. Devine (AK Bar No. 7906015)
GROH EGGERS, LLC
2600 Cordova Street, Suite 110
Anchorage, AK 99503
Phone: (907) 562-6474
Fax: (907) 562-6044
E-Mail: devined@groheggers.com

I HEREBY CERTIFY that on December 12, 2006,
a copy of the foregoing was served by **first class mail** on:

Hal P. Gazaway, Esq.
8620 Boundary Avenue
Anchorage, AK   99504

s/ David A. Devine

Law Offices of
GROH EGGERS, LLC
2600 Cordova Street, Suite 110
Anchorage, Alaska 99503
Phone (907) 562-6474
Fax (907) 562-6044

Non-Opposed Motion for Extension of Time    *Trzesniowski v. Signature Flight Support*
Page 2 of 2                                  Case No. 3:05-cv-0181 (TMB)