David A. Devine (AK Bar No. 7906015)
GROH EGGERS, LLC
2600 Cordova Street - Suite 110
Anchorage, AK  99503
Phone:  (907) 562-6474
Fax:     (907) 562-6044
Email: DevineD@groheggers.com

Attorneys for Defendant Signature Flight Support Corp.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| RICHARD TRZESNIOWSKI,  )<br>  )<br>    Plaintiff,  )<br>  )<br>vs.  )<br>  )<br>SIGNATURE FLIGHT SUPPORT  )<br>CORPORATION  )<br>  )<br>    Defendant.  )<br>_____) | No.  3:05-cv-0181 (TMB)<br><br>**(PROPOSED)**<br>**ORDER EXTENDING TIME TO**<br>**FILE REPLY BRIEF RE: FMLA CLAIM** |

    Defendant Signature Flight Support Corporation's unopposed motion for a 1-week extension of time in which to file its Reply Brief in connection with Signature's Motion for Partial Summary Judgment re: FMLA Claim (Docket 29) is hereby granted.  Said Reply Brief is now due on or before December 20, 2006.

    Dated at Anchorage, Alaska this _____ day of December, 2006.

_____
Timothy M. Burgess
United States District Judge

Law Offices of
GROH EGGERS, LLC
2600 Cordova Street, Suite 110
Anchorage, Alaska 99503
Phone (907) 562-6474
Fax (907) 562-6044