HAL P. GAZAWAY, P.C.
8620 Boundary Avenue
Anchorage, Alaska 99504
(907) 338-8111
(907) 338-8118 facsimile

Attorney for Plaintiff

RECEIVED
DEC 13 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE ALASKA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| RICHARD TRZESNIOWSKI, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> SIGNATURE FLIGHT SUPPORT ) <br> CORPORATION, ) <br> ) <br> Defendant. ) <br> ) | No. A05-181 CIV (RRB) |

**NOTICE OF FILING ORIGINAL AFFIDAVITS**

COMES NOW Hal P. Gazaway, P.C., and hereby files the signed originals of the two Affidavits of Richard Trzesniowski.

DATED this 12th day of December, 2006.

HAL P. GAZAWAY, P.C.
Attorney for Plaintiff

Hal P. Gazaway
Alaska Bar #7410077

HAL P. GAZAWAY, P.C.
ATTORNEY AT LAW
8620 BOUNDARY AVENUE
ANCHORAGE, ALASKA 99504
(907) 338-8111
(907) 338-8118 fax