David A. Devine (AK Bar No. 7906015)
GROH EGGERS, LLC
2600 Cordova Street - Suite 110
Anchorage, AK 99503
Phone: (907) 562-6474
Fax:    (907) 562-6044
Email: DevineD@groheggers.com

Attorneys for Defendant Signature Flight Support Corp.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| RICHARD TRZESNIOWSKI, | ) |
| Plaintiff, | ) |
| vs. | ) No. 3:05-cv-0181 (TMB) |
| SIGNATURE FLIGHT SUPPORT CORPORATION | ) |
| Defendant. | ) **AFFIDAVIT OF TOM MUSHOVIC** |

The affiant, Tom Mushovic, being first duly sworn, deposes and states as follows:

1. I have personal knowledge of the facts contained in this affidavit and I make this affidavit based upon my own personal knowledge.

2. I am currently the General Manager of Aircraft Service International, Inc. (hereinafter "ASI"). I have been employed as the General Manager of ASI and before that by Butler Aviation Anchorage, Inc. (hereinafter "Butler Aviation") and Signature Flight Support – AFSC, Inc. (hereinafter "AFSC") since 1985. I was initially hired as the General Manager of Butler Aviation in 1985. The business of Butler Aviation was to manage and operate a fuel delivery system owned by domestic and international airlines

doing business at the Anchorage International Airport. That system includes a tank farm at the Port of Anchorage and a pipeline from the tank farm to the Anchorage International Airport. Butler Aviation employed its workers pursuant to a Collective Bargaining Agreement with the International Association of Machinist & Aerospace Workers. In 1992, Butler Aviation changed its name to Signature Flight Support – AFSC, Inc., an Alaska corporation. After the name change, AFSC continued to be a union shop that employed its workers under a collective bargaining agreement. The business of AFSC remained the same as when the corporation was called Butler Aviation – to operate and manage the airline-owned fuel delivery system. On May 1, 2002, ASI took over the contract to operate and manage the airline-owned fuel delivery system, and the business, operations and employees of AFSC were transferred to ASI. Like Butler Aviation and AFSC, ASI is a union shop that employs its workers under a Collective Bargaining Agreement with the International Association of Machinist & Aerospace Workers, District Lodge 160, Anchorage Local No. 1690.

3. Butler Aviation, AFSC and ASI were and are separate corporations from Signature Flight Support Corporation, which I understand is a Delaware corporation. Butler Aviation/AFSC/ASI had its own facility on the north side of the Anchorage International Airport and did not share facilities with Signature. Signature operated, and continues to operate, out of its own facilities on the east and south sides of the airport. The workforce of Butler Aviation/AFSC/ASI was, and is, completely separate and different from the workforce of Signature. During my tenure with the company, we

Law Offices of
GROH EGGERS, LLC
2600 Cordova Street, Suite 110
Anchorage, Alaska 99503
Phone (907) 562-6474
Fax (907) 562-6044

never shared employees. Butler Aviation/AFSC/ASI is a union employer, and it is my understanding that Signature is a non-union employer. In the world of employment relations, there is a huge difference between a union shop and a non-union shop. The collective bargaining agreements in place for Butler Aviation/AFSC/ASI would all have prohibited the sharing of union and non-union employees.

4. During my tenure with the company, Butler Aviation/AFSC/ASI has always hired and fired its own employees and determined its own work rules and schedules. The only other entity that had input into rates of pay, terms of employment, and work rules was the International Association of Machinist & Aerospace Workers union with whom the company had its collective bargaining agreements.

5. During my tenure with Butler Aviation/AFSC/ASI, Signature never had control over the labor relations of Butler Aviation/AFSC/ASI, and Butler Aviation/AFSC/ASI never had control over the labor relations of Signature. As General Manager I supervised the day to day business of Butler Aviation/AFSC/ASI since 1985, but I did not, and do not, supervise the employees or business of Signature. During my tenure, no one at Signature supervised the employees or business of Butler Aviation/AFSC/ASI. Neither I nor anyone else at Butler Aviation/AFSC/ASI had the power or authority to discipline or direct the work of Signature's employees. No one at Signature had the power or authority to discipline or direct the work of the employees of Butler Aviation/AFSC/ASI. During my tenure since 1985, the companies have always been separate businesses with their own independent operations, independent

Law Offices of
GROH EGGERS, LLC
2600 Cordova Street, Suite 110
Anchorage, Alaska 99503
Phone (907) 562-6474
Fax (907) 562-6044

Affidavit of Tom Mushovic   *Trzesniowski v. Signature Flight Support*
Page 3 of 4                                   Case No. 3:05-cv-0181 (TMB)

management, and completely separate and independent workforces.

  FURTHER AFFIANT SAYETH NAUGHT.

_____
Tom Mushovic

State of Alaska    )
          ) ss.
Third Judicial District  )

  SUBSCRIBED AND SWORN TO before me by Tom Mushovic this 14th day of December, 2006.



_____
Notary Public in and for Alaska
My commission expires: August 15, 2008

I HEREBY CERTIFY that on December 15, 2006,
a copy of the foregoing was served by **first class mail** on:

Hal P. Gazaway, Esq.
8620 Boundary Avenue
Anchorage, AK  99504


s/ David A. Devine
_____

Law Offices of
GROH EGGERS, LLC
2600 Cordova Street, Suite 110
Anchorage, Alaska 99503
Phone (907) 562-6474
Fax (907) 562-6044