# State of Alaska
## Department of Commerce, Community, and Economic Development

# CERTIFICATE
# OF
# GOOD STANDING

THE UNDERSIGNED, as Commissioner of Commerce, Community, and Economic Development of the State of Alaska, and custodian of corporation records for said state, hereby certifies that

**SIGNATURE FLIGHT SUPPORT CORPORATION**

a Business Corporation using in Alaska the name

**SIGNATURE FLIGHT SUPPORT CORPORATION**
**Alaska Entity # 46792F**

a DELAWARE entity was created under the laws of this State on the 15th day of November, 1990, and is in good standing, having fully complied with all requirements of this office.



IN TESTIMONY WHEREOF, I execute this certificate and affix the Great Seal of the State of Alaska on the 7th day of December, 2006.

*[signature]*

William C. Noll
Commissioner

Certification Number: 161864-1
Verify this certificate online at https://myalaska.state.ak.us/business/soskb/verify.asp

EXHIBIT A
PAGE 1 of 1