# State of Alaska



## Department of Commerce and Economic Development

## Certificate

The undersigned, as Commissioner of Commerce and Economic Development, of the State of Alaska, hereby certifies that duplicate originals of the Articles of Incorporation of   BUTLER AVIATION ANCHORAGE, INC.

duly signed and verified pursuant to the provisions of the Alaska Business Corporation Act, have been received in this office and are found to conform to law.

ACCORDINGLY the undersigned, as such Commissioner of Commerce and Economic Development, and by virtue of the authority vested in him by law hereby issues this Certificate of Incorporation of

BUTLER AVIATION ANCHORAGE, INC.

and attaches hereto a duplicate original of the Articles of Incorporation.



IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed my official seal, at Juneau, the Capital, this ____9th____ day of ____July____ A.D. 19_81_

CHARLES R. WEBBER
COMMISSIONER OF COMMERCE
AND ECONOMIC DEVELOPMENT

EXHIBIT B
PAGE 1 of 2

FILE NO.: 24513-D

# State of Alaska
## Department of Commerce and Economic Development
## Division of Banking, Securities and Corporations

# CERTIFICATE
# OF
# AMENDMENT

The undersigned, as Commissioner of Commerce and Economic Development of the State of Alaska, hereby certifies that duplicate originals of Articles of Amendment to the Articles of Incorporation, duly signed and verified pursuant to the provisions of the Alaska Corporations Code, have been received in this office and are found to conform to law.

ACCORDINGLY, the undersigned, as Commissioner of Commerce and Economic Development, and by virtue of the authority vested in him by law, hereby issues this Certificate of Amendment to the Articles of Incorporation of

BUTLER AVIATION-ANCHORAGE, INC.

and attaches hereto a duplicate original of the Articles of Amendment changing the corporate name to

SIGNATURE FLIGHT SUPPORT - AFSC, INC.



IN TESTIMONY WHEREOF, I execute this certificate and affix the Great Seal of the State of Alaska on December 31, 1992.

Paul Fuhs
COMMISSIONER OF COMMERCE
AND ECONOMIC DEVELOPMENT

08-129A (Rev. 9/88)
5842.M-3

Issued By: Corporations Section, P.O. Box 110808, Juneau, Alaska 99811-0808, Telephone (907) 465-2530

EXHIBIT B
PAGE 2 of 2