David A. Devine (AK Bar No. 7906015)
GROH EGGERS, LLC
2600 Cordova Street - Suite 110
Anchorage, AK  99503
Phone:  (907) 562-6474
Fax:      (907) 562-6044
Email: DevineD@groheggers.com

Attorneys for Defendant Signature Flight Support Corp.

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| RICHARD TRZESNIOWSKI,            )<br>                                                )<br>            Plaintiff,                      )<br>                                                )<br>     vs.                                       )<br>                                                )<br>SIGNATURE FLIGHT SUPPORT       )<br>CORPORATION                              )<br>                                                )<br>            Defendant.                     )<br>_____) | No.  3:05-cv-0181 (TMB) |

### REQUEST FOR ORAL ARGUMENT ON
### SIGNATURE'S MOTIONS FOR PARTIAL SUMMARY JUDGMENT

Pursuant to Rule 7.2(a) of the Local Rules of the United States District Court for the District of Alaska, Defendant Signature Flight Support Corporation requests oral argument on its (1) Motion for Partial Summary Judgment re: Religious Discrimination and Hostile Work Environment Claims (Docket 26) and (2) Motion for Partial Summary Judgment re: FMLA Claim (Docket 29).  The undersigned believes that oral argument is desirable and would be of benefit to the Court in analyzing the issues raised in the pending motions for partial summary judgment.

Law Offices of
GROH EGGERS, LLC
2600 Cordova Street, Suite 110
Anchorage, Alaska 99503
Phone (907) 562-6474
Fax (907) 562-6044

Respectfully submitted at Anchorage, Alaska this 18th day of December, 2006.

GROH EGGERS, LLC

Attorneys for Defendant Signature

By:  s/ David A. Devine
      David A. Devine (AK Bar No. 7906015)
      GROH EGGERS, LLC
      2600 Cordova Street, Suite 110
      Anchorage, AK 99503
      Phone: (907) 562-6474
      Fax: (907) 562-6044
      E-Mail: devined@groheggers.com

I HEREBY CERTIFY that on December 18, 2006,
a copy of the foregoing was served by **first class mail** on:

Hal P. Gazaway, Esq.
8620 Boundary Avenue
Anchorage, AK   99504

Attorney for Plaintiff

 s/  David A. Devine

Law Offices of
GROH EGGERS, LLC
2600 Cordova Street, Suite 110
Anchorage, Alaska 99503
Phone (907) 562-6474
Fax (907) 562-6044