David A. Devine (AK Bar No. 7906015)
GROH EGGERS, LLC
2600 Cordova Street - Suite 110
Anchorage, AK  99503
Phone:  (907) 562-6474
Fax:     (907) 562-6044
Email: DevineD@groheggers.com

Attorneys for Defendant Signature Flight Support Corp.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| RICHARD TRZESNIOWSKI,            )<br>                                                        )<br>           Plaintiff,                         )<br>                                                        )<br>     vs.                                            )<br>                                                        )<br> SIGNATURE FLIGHT SUPPORT  )<br> CORPORATION                             )<br>                                                        )<br>           Defendant.                     )<br> _____) | No.  3:05-cv-0181 (TMB)<br><br>**PROPOSED**<br>**ORDER SETTING ORAL ARGUMENT** |

Oral argument on Defendants' motions for partial summary judgment re: religious discrimination and hostile work environment (Docket 26) and re: FMLA claim (Docket 29) is scheduled before the undersigned on the ___ day of _____, 200__ commencing at _____ o'clock __.M.

Dated at Anchorage, Alaska this _____ day of _____, 2006.

_____
Timothy M. Burgess
United States District Judge

I HEREBY CERTIFY that on December 18, 2006,
a copy of the foregoing was served by **first class mail** on:

Hal P. Gazaway, Esq.
8620 Boundary Avenue
Anchorage, AK   99504

Attorney for Plaintiff


 s/  David A. Devine

Law Offices of
GROH EGGERS, LLC
2600 Cordova Street, Suite 110
Anchorage, Alaska 99503
Phone (907) 562-6474
Fax (907) 562-6044