HAL P. GAZAWAY, P.C.
8620 Boundary Avenue
Anchorage, Alaska 99504
(907) 338-8111
(907) 338-8118 facsimile

Attorney for Plaintiff



IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

RICHARD TRZESNIOWSKI,       )
                            )
            Plaintiff,      )
                            )
    vs.                     )                (TMB)
                            )   No. A05-181 CIV (RRB)
SIGNATURE FLIGHT SUPPORT    )
CORPORATION,                )
                            )
            Defendant.      )
_____)

**SUPPLEMENT TO OPPOSITION TO MOTION**
**FOR SUMMARY JUDGMENT RE: FMLA**

Attached as Exhibit 8, is a response to a Freedom of Information Act request by the Ted Stevens International Airport. The freedom of information request asked the number of security badges issued to Signature and its subsidiary corporation ASIG. The number of Signature employees issued security badges totals well over one hundred (100) employees.

This creates a material issue of fact whether Signature has less than 50 employees excusing it from compliance with the

Family Medical Leave Act.

        DATED this \_\_\_\_ day of December, 2006.

                HAL P. GAZAWAY, P.C.
                Attorney for Plaintiff

*/s/ Hal P. Gazaway*
Hal P. Gazaway
Alaska Bar #741007

CERTIFICATE OF SERVICE
I certify that the foregoing
SUPPLEMENT TO OPPOSTITION TO MOTION
FOR SUMMARY JUDGMENT RE:FMLA
was mailed to the following
attorney of record addressed as follows:

David A. Devine
GROH EGGERS, LLC
3201 C Street Suite 400
Anchorage, AK 99503

DATED this 19th day of December, 2006.

*/s/ Velda J. Rolando*
Velda J. Rolando
Legal Assistant to Hal P. Gazaway, P.C.

HAL P. GAZAWAY, P.C.
ATTORNEY AT LAW
8620 BOUNDARY AVENUE
ANCHORAGE, ALASKA 99504
(907) 338-8111
(907) 338-8118 fax

RICHARD TRZESNIOWSKI v SIGNATURE FLIGHT SUPPORT CORPORATION
No. A 05-181 CV (TMB)
SUPPLEMENT TO OPPOSITION TO MOTION FOR SUMMARY JUDGMENT RE: FMLA
Page 2 of 2

12/5/2006

| Badge | Valid | Status | Start Date | End Date | PIN | Style |
|---|---|---|---|---|---|---|

**Company: ASIG**
    Department: GEN
        Job Title: c(
            Person:

| | | | Start Date | End Date | | Style |
|---|---|---|---|---|---|---|
| | | | ~~4/21/2004~~ | ~~4/1/2007~~ | | 9,188 |
| | | | 6/3/2004 | 4/1/2007 | | 9,188 |

        Job Title: E
            Person:

| | | | 1/14/2003 | 10/1/2004 | | 9,118 |
|---|---|---|---|---|---|---|

            Person:

| | | | 1/12/2006 | 4/1/2007 | | 9,188 |
|---|---|---|---|---|---|---|

        Job Title: E
            Person:

| | | | 5/23/2003 | 10/1/2004 | | 9,115 |
|---|---|---|---|---|---|---|

        Job Title: F
            Person:

| | | | 3/30/2006 | 4/1/2007 | | 9,188 |
|---|---|---|---|---|---|---|

            Person:

| | | | 11/3/2006 | 4/1/2007 | | 9,188 |
|---|---|---|---|---|---|---|

            Person:

| | | | 5/20/2005 | 4/1/2007 | | 9,188 |
|---|---|---|---|---|---|---|

            Person:

| | | | 2/9/2006 | 4/1/2007 | | 9,188 |
|---|---|---|---|---|---|---|

            Person:

| | | | 3/30/2006 | 4/1/2007 | | 9,188 |
|---|---|---|---|---|---|---|

            Person:

| | | | 2/23/2005 | 4/1/2007 | | 9,188 |
|---|---|---|---|---|---|---|

            Person:

| | | | 4/26/2004 | 10/1/2004 | | 9,204 |
|---|---|---|---|---|---|---|
| | | | 4/26/2004 | 4/1/2007 | | 9,188 |

            Person:

| | | | 1/17/2006 | 4/1/2007 | | 9,188 |
|---|---|---|---|---|---|---|

            Person:

| | | | 1/22/2004 | 10/1/2004 | | 9,118 |
|---|---|---|---|---|---|---|

            Person:

| | | | 10/3/2006 | 4/1/2007 | | 9,188 |
|---|---|---|---|---|---|---|
| | | | 11/14/2006 | 4/1/2007 | | 9,188 |

            Person:

| | | | 9/18/2006 | 4/1/2007 | | 9,188 |
|---|---|---|---|---|---|---|

            Person:

| | | | 2/9/2005 | 4/1/2007 | | 9,188 |
|---|---|---|---|---|---|---|

            Person:

| | | | 9/18/2006 | 4/1/2007 | | 9,188 |
|---|---|---|---|---|---|---|

            Person:

| | | | 3/31/2005 | 4/1/2007 | | 9,188 |
|---|---|---|---|---|---|---|
| | | | 11/7/2005 | 4/1/2007 | | 9,188 |
| | | | 11/3/2006 | 4/1/2007 | | 9,188 |

            Person:

| | | | 3/8/2006 | 4/1/2007 | | 9,188 |
|---|---|---|---|---|---|---|

            Person:

| | | | 12/14/2004 | 4/1/2007 | | 9,188 |
|---|---|---|---|---|---|---|
| | | | 4/27/2004 | 10/1/2004 | | 9,204 |
| | | | 6/5/2006 | 4/1/2007 | | 9,188 |

            Person:

| | | | 1/17/2006 | 4/1/2007 | | 9,188 |
|---|---|---|---|---|---|---|

12/5/2006

| Name | Start Date | End Date | PIN | Style |
|---|---|---|---|---|
| Person | 12/8/2004 | 4/1/2007 | | 9,188 |
| Person | 1/7/2004 | 10/1/2004 | | 9,118 |
| | 2/11/2005 | 4/1/2007 | | 9,188 |
| Person | 6/29/2006 | 4/1/2007 | | 9,188 |
| | 7/21/2005 | 4/1/2007 | | 9,188 |
| Person | 11/19/2003 | 10/1/2004 | | 9,118 |
| | 1/14/2003 | 10/1/2004 | | 9,118 |
| | 12/8/2004 | 4/1/2007 | | 9,188 |
| Person | 12/8/2004 | 4/1/2007 | | 9,188 |
| Person | 9/18/2006 | 4/1/2007 | | 9,188 |
| Person | 2/9/2006 | 4/1/2007 | | 9,188 |
| Person | 12/18/2003 | 10/1/2004 | | 9,118 |
| Person | 1/11/2005 | 4/1/2007 | | 9,188 |
| | 9/15/2006 | 4/1/2007 | | 9,188 |
| Person | 7/28/2003 | 10/1/2004 | | 9,118 |
| Person | 11/3/2005 | 4/1/2007 | | 9,188 |
| Person | 11/7/2005 | 4/1/2007 | | 9,188 |
| Person | 1/14/2003 | 10/1/2004 | | 9,118 |
| | 2/14/2005 | 4/1/2007 | | 9,188 |
| Person | 11/28/2005 | 4/1/2007 | | 9,188 |
| Person | 8/10/2005 | 4/1/2007 | | 9,188 |
| Person | 5/19/2006 | 4/1/2007 | | 9,188 |
| Person | 12/21/2005 | 4/1/2007 | | 9,188 |
| Person | 10/15/2003 | 10/1/2004 | | 9,118 |
| Person | 5/19/2006 | 4/1/2007 | | 9,188 |
| Person | 5/25/2004 | 10/1/2004 | | 9,204 |
| | 5/25/2004 | 4/1/2007 | | 9,188 |
| Person | 4/26/2004 | 10/1/2004 | | 9,204 |
| | 9/19/2006 | 4/1/2007 | | 9,188 |
| | 1/31/2005 | 4/1/2007 | | 9,188 |
| Person | 9/18/2006 | 4/1/2007 | | 9,188 |
| Person | 7/3/2006 | 4/1/2007 | | 9,213 |

Exhibit 8
Page 2 of 12



| | Start Date | End Date | PIN | Style |
|---|---|---|---|---|
| Person: | | | | |
| | 7/3/2006 | 4/1/2007 | | 9,213 |
| | 8/9/2006 | 4/1/2007 | | 9,188 |
| Person: | | | | |
| | 10/20/2006 | 4/1/2007 | | 9,188 |
| Person: | | | | |
| | 9/22/2006 | 4/1/2007 | | 9,188 |
| Person: | | | | |
| | 12/14/2005 | 4/1/2007 | | 9,188 |
| Person: | | | | |
| | 5/4/2006 | 4/1/2007 | | 9,188 |
| Person: | | | | |
| | 3/24/2003 | 10/1/2004 | | 9,118 |
| | 4/21/2004 | 4/1/2007 | | 9,188 |
| Person: | | | | |
| | 8/18/2004 | 10/1/2004 | | 9,204 |
| Person: | | | | |
| | 9/1/2005 | 4/1/2007 | | 9,188 |
| | 10/30/2006 | 4/1/2007 | | 9,188 |
| Person: | | | | |
| | 3/14/2006 | 4/1/2007 | | 9,188 |
| Person: | | | | |
| | 1/14/2003 | 10/1/2004 | | 9,118 |
| | 2/15/2005 | 4/1/2007 | | 9,188 |
| Person: | | | | |
| | 1/7/2004 | 10/1/2004 | | 9,118 |
| | 4/21/2004 | 4/1/2007 | | 9,188 |
| Person: | | | | |
| | 6/22/2005 | 4/1/2007 | | 9,188 |
| Person: | | | | |
| | 10/4/2005 | 4/1/2007 | | 9,188 |
| Person: | | | | |
| | 4/28/2005 | 4/1/2007 | | 9,188 |
| Person: | | | | |
| | 8/19/2005 | 4/1/2007 | | 9,188 |
| Person: | | | | |
| | 7/3/2006 | 4/1/2007 | | 9,213 |
| | 8/9/2006 | 4/1/2007 | | 9,188 |
| Person: | | | | |
| | 10/22/2001 | 10/1/2004 | | 9,118 |
| Person: | | | | |
| | 4/21/2004 | 4/1/2007 | | 9,188 |
| Person: | | | | |
| | 1/12/2004 | 10/1/2004 | | 9,118 |
| | 4/29/2005 | 4/1/2007 | | 9,188 |
| Person: | | | | |
| | 7/3/2006 | 4/1/2007 | | 9,213 |
| | 8/9/2006 | 4/1/2007 | | 9,188 |
| Person: | | | | |
| | 11/9/2006 | 4/1/2007 | | 9,188 |
| Person: | | | | |
| | 1/14/2003 | 10/1/2004 | | 9,118 |
| | 8/10/2005 | 4/1/2007 | | 9,188 |
| Person: | | | | |
| | 9/18/2006 | 4/1/2007 | | 9,188 |

|  | Start Date | End Date | PIN | Style |
|---|---|---|---|---|
| Person: | | | | |
| | 1/22/2004 | 10/1/2004 | | 9,118 |
| Person: | | | | |
| | 9/9/2005 | 4/1/2007 | | 9,188 |
| Person: | | | | |
| | 3/11/2005 | 4/1/2007 | | 9,188 |
| | 10/3/2006 | 4/1/2007 | | 9,188 |
| Person: | | | | |
| | 9/26/2006 | 4/1/2007 | | 9,188 |
| Person: | | | | |
| | 1/20/2005 | 4/1/2007 | | 9,188 |
| Person: | | | | |
| | 3/16/2006 | 4/1/2007 | | 9,188 |
| Person: | | | | |
| | 9/18/2006 | 4/1/2007 | | 9,188 |
| Person: | | | | |
| | 11/14/2006 | 4/1/2007 | | 9,188 |
| Person: | | | | |
| | 12/4/2006 | 4/1/2007 | | 9,188 |
| | 4/24/2006 | 4/1/2007 | | 9,188 |
| Person: | | | | |
| | 2/27/2006 | 4/1/2007 | | 9,188 |
| Person: | | | | |
| | 4/1/2004 | 10/1/2004 | | 9,204 |
| Person: | | | | |
| | 11/24/2006 | 4/1/2007 | | 9,188 |
| | 10/12/2006 | 4/1/2007 | | 9,188 |
| Person: | | | | |
| | 9/28/2004 | 4/1/2007 | | 9,188 |
| Person: | | | | |
| | 9/29/2006 | 4/1/2007 | | 9,188 |
| Person: | | | | |
| | 8/8/2005 | 4/1/2007 | | 9,188 |
| Person: | | | | |
| | 8/30/2005 | 4/1/2007 | | 9,188 |
| Person: | | | | |
| | 11/3/2006 | 4/1/2007 | | 9,188 |
| Person: | | | | |
| | 10/19/2005 | 4/1/2007 | | 9,188 |
| | 11/13/2006 | 4/1/2007 | | 9,188 |
| Person: | | | | |
| | 1/14/2003 | 10/1/2004 | | 9,118 |
| | 4/21/2004 | 4/1/2007 | | 9,188 |
| Person: | | | | |
| | 7/11/2003 | 10/1/2004 | | 9,118 |
| Person: | | | | |
| | 9/6/2005 | 4/1/2007 | | 9,188 |
| Person: | | | | |
| | 3/30/2006 | 4/1/2007 | | 9,188 |
| Person: | | | | |
| | 12/6/2005 | 4/1/2007 | | 9,188 |
| Person: | | | | |
| | 3/14/2006 | 4/1/2007 | | 9,188 |
| Person: | | | | |
| | 1/5/2006 | 4/1/2007 | | 9,188 |

12/5/2006

| | Start Date | End Date | PIN | Style |
|---|---|---|---|---|
| Person: | | | | |
| | 3/26/2004 | 10/1/2004 | | 9,118 |
| Person: | | | | |
| | 8/9/2006 | 4/1/2007 | | 9,188 |
| Person: | | | | |
| | 7/11/2005 | 4/1/2007 | 188.00 | 9,213 |
| | 7/21/2006 | 4/1/2007 | | 9,213 |
| | 8/9/2006 | 4/1/2007 | | 9,188 |
| | 8/21/2006 | 4/1/2007 | | 9,213 |
| Person: | | | | |
| | 3/10/2006 | 4/1/2007 | | 9,188 |
| | 11/3/2006 | 4/1/2007 | | 9,188 |
| Person: | | | | |
| | 4/24/2006 | 4/1/2007 | | 9,188 |
| Person: | | | | |
| | 12/8/2004 | 4/1/2007 | | 9,188 |
| Person: | | | | |
| | 5/9/2006 | 4/1/2007 | | 9,188 |
| | 1/5/2006 | 4/1/2007 | | 9,188 |
| Person: | | | | |
| | 2/24/2006 | 4/1/2007 | | 9,188 |
| Job Title: GE | | | | |
| Person: | | | | |
| | 1/14/2003 | 10/1/2004 | | 9,119 |
| | 4/21/2004 | 4/1/2007 | | 9,213 |
| Job Title: M/ | | | | |
| Person: | | | | |
| | 7/12/2006 | 4/1/2007 | | 9,213 |
| Person: | | | | |
| | 1/14/2003 | 10/1/2004 | | 9,113 |
| Job Title: M/ | | | | |
| Person: | | | | |
| | 1/14/2003 | 10/1/2004 | | 9,118 |
| | 9/1/2004 | 4/1/2007 | | 9,188 |
| Job Title: ME | | | | |
| Person: | | | | |
| | 1/14/2003 | 10/1/2004 | | 9,118 |
| | 8/10/2004 | 4/1/2007 | | 9,188 |
| Person: | | | | |
| | 12/19/2002 | 10/1/2004 | | 9,118 |
| | 4/21/2004 | 4/1/2007 | | 9,188 |
| Person: | | | | |
| | 1/14/2003 | 10/1/2004 | | 9,118 |
| | 4/21/2004 | 4/1/2007 | | 9,188 |
| Person: | | | | |
| | 12/10/2003 | 10/1/2004 | | 9,118 |
| Person: | | | | |
| | 4/5/2005 | 4/1/2007 | | 9,188 |
| Person: | | | | |
| | 11/14/2005 | 4/1/2007 | | 9,188 |
| Person: | | | | |
| | 1/14/2003 | 10/1/2004 | | 9,118 |
| | 4/21/2004 | 4/1/2007 | | 9,188 |
| | 5/17/2006 | 4/1/2007 | | 9,188 |
| Person: | | | | |



12/5/2006

| | Start Date | End Date | PIN | Style |
|---|---|---|---|---|
| | 10/12/2006 | 4/1/2007 | | 9,213 |
| Person: | | | | |
| | 4/1/2005 | 4/1/2007 | | 9,188 |
| Person: | | | | |
| | 11/30/2006 | 4/1/2007 | | 9,188 |
| Person: | | | | |
| | 10/29/2002 | 10/1/2004 | | 9,118 |
| | 9/11/2003 | 10/1/2004 | | 9,118 |
| | 7/6/2005 | 4/1/2007 | | 9,188 |
| Person: | | | | |
| | 10/3/2005 | 4/1/2007 | | 9,188 |
| Person: | | | | |
| | 6/16/2006 | 4/1/2007 | | 9,188 |
| | 8/24/2005 | 4/1/2007 | | 9,188 |
| Person: | | | | |
| | 4/1/2004 | 10/1/2004 | | 9,204 |
| Job Title: C | | | | |
| Person: | | | | |
| | 1/14/2003 | 10/1/2004 | | 9,118 |
| Person: | | | | |
| | 4/15/2005 | 4/1/2007 | | 9,188 |
| Job Title: C | | | | |
| Person: | | | | |
| | 9/29/2006 | 4/1/2007 | | 9,213 |
| Job Title: P | | | | |
| Person: | | | | |
| | 8/30/2005 | 4/1/2007 | | 9,188 |
| Job Title: P | | | | |
| Person: | | | | |
| | 9/29/2006 | 4/1/2007 | | 9,213 |
| Job Title: P | | | | |
| Person: | | | | |
| | 9/9/2005 | 4/1/2007 | | 9,188 |
| Job Title: F | | | | |
| Person: | | | | |
| | 1/14/2003 | 10/1/2004 | | 9,118 |
| | 4/21/2004 | 4/1/2007 | | 9,188 |
| Person: | | | | |
| | 1/14/2003 | 10/1/2004 | | 9,118 |
| | 4/21/2004 | 4/1/2007 | | 9,188 |
| Person: | | | | |
| | 1/14/2003 | 10/1/2004 | | 9,118 |
| | 4/21/2004 | 4/1/2007 | | 9,188 |
| Person: | | | | |
| | 1/14/2003 | 10/1/2004 | | 9,118 |
| | 4/21/2004 | 4/1/2007 | | 9,188 |
| Job Title: F | | | | |
| Person: | | | | |
| | 11/21/2006 | 4/1/2007 | | 9,188 |
| | 7/6/2004 | 4/1/2007 | | 9,188 |
| Person: | | | | |
| | 1/14/2003 | 10/1/2004 | | 9,118 |
| | 10/19/2005 | 4/1/2007 | | 9,188 |
| Person: | | | | |
| | 1/14/2003 | 10/1/2004 | | 9,118 |

12/5/2006

|  | Start Date | End Date | PIN | Style |
|---|---|---|---|---|
|  | 4/21/2004 | 4/1/2007 |  | 9,188 |
| Job Title: PR( |  |  |  |  |
| Person: |  |  |  |  |
|  | 5/11/2005 | 4/1/2007 |  | 9,188 |
| Job Title: REI |  |  |  |  |
| Person: |  |  |  |  |
|  | 2/22/2005 | 4/1/2007 |  | 9,188 |
|  | 1/14/2003 | 10/1/2004 |  | 9,118 |
| Person: |  |  |  |  |
|  | 9/29/2006 | 4/1/2007 |  | 9,188 |
|  | 9/29/2006 | 4/1/2007 |  | 9,213 |
| Person: |  |  |  |  |
|  | 4/21/2004 | 4/1/2007 |  | 9,188 |
|  | 5/4/2004 | 10/1/2004 |  | 9,204 |
| Job Title: refu |  |  |  |  |
| Person: |  |  |  |  |
|  | 10/20/2003 | 10/1/2004 |  | 9,118 |
|  | 2/25/2005 | 4/1/2007 |  | 9,188 |
| Person: |  |  |  |  |
|  | 1/14/2003 | 10/1/2004 |  | 9,118 |
| Person: |  |  |  |  |
|  | 1/14/2003 | 10/1/2004 |  | 9,118 |
| Person: |  |  |  |  |
|  | 10/23/2003 | 10/1/2004 |  | 9,118 |
| Person: |  |  |  |  |
|  | 4/4/2005 | 4/1/2007 |  | 9,188 |
| Person: |  |  |  |  |
|  | 1/14/2003 | 10/1/2004 |  | 9,118 |
|  | 4/21/2004 | 4/1/2007 |  | 9,188 |
| Person: |  |  |  |  |
|  | 5/6/2004 | 10/1/2004 |  | 9,204 |
| Person: |  |  |  |  |
|  | 8/10/2004 | 10/1/2004 |  | 9,204 |
|  | 1/18/2005 | 4/1/2007 |  | 9,188 |
| Person: |  |  |  |  |
|  | 9/27/2005 | 4/1/2007 |  | 9,188 |
| Person: |  |  |  |  |
|  | 5/18/2004 | 10/1/2004 |  | 9,204 |
| Person: |  |  |  |  |
|  | 10/10/2003 | 10/1/2004 |  | 9,118 |
| Person: |  |  |  |  |
|  | 1/14/2003 | 10/1/2004 |  | 9,118 |
| Person: |  |  |  |  |
|  | 1/14/2003 | 10/1/2004 |  | 9,118 |
| Person: |  |  |  |  |
|  | 12/14/2004 | 4/1/2007 |  | 9,188 |
| Person: |  |  |  |  |
|  | 4/5/2005 | 4/1/2007 | - | 9,188 |
| Person: |  |  |  |  |
|  | 10/19/2005 | 4/1/2007 |  | 9,188 |
| Person: |  |  |  |  |
|  | 1/14/2003 | 10/1/2004 |  | 9,118 |
| Person: |  |  |  |  |
|  | 12/26/2003 | 10/1/2004 |  | 9,118 |
|  | 1/14/2003 | 10/1/2004 |  | 9,118 |



12/5/2006

|  | Start Date | End Date | PIN | Style |
|---|---|---|---|---|
|  | 5/8/2006 | 4/1/2007 |  | 9,188 |
|  | 2/14/2005 | 4/1/2007 |  | 9,188 |
| Person: |  |  |  |  |
|  | 10/30/2003 | 10/1/2004 |  | 9,118 |
|  | 1/14/2003 | 10/1/2004 |  | 9,118 |
|  | 2/11/2005 | 4/1/2007 |  | 9,188 |
| Person: |  |  |  |  |
|  | 4/7/2003 | 10/1/2004 |  | 9,118 |
| Person: |  |  |  |  |
|  | 2/23/2004 | 10/1/2004 |  | 9,118 |
|  | 2/1/2005 | 4/1/2007 |  | 9,188 |
| Person: |  |  |  |  |
|  | 1/14/2003 | 10/1/2004 |  | 9,118 |
| Person: |  |  |  |  |
|  | 12/8/2004 | 4/1/2007 |  | 9,188 |
| Person: |  |  |  |  |
|  | 1/30/2004 | 10/1/2004 |  | 9,118 |
|  | 7/15/2005 | 4/1/2007 |  | 9,188 |
| Person: |  |  |  |  |
|  | 2/12/2004 | 10/1/2004 |  | 9,118 |
| Person: |  |  |  |  |
|  | 10/20/2003 | 10/1/2004 |  | 9,118 |
| Job Title: S |  |  |  |  |
| Person: |  |  |  |  |
|  | 3/21/2003 | 10/1/2004 |  | 9,118 |
|  | 10/20/2003 | 10/1/2004 |  | 9,118 |
|  | 6/9/2005 | 4/1/2007 |  | 9,188 |
| Person: |  |  |  |  |
|  | 2/24/2006 | 4/1/2007 |  | 9,188 |
| Person: |  |  |  |  |
|  | 3/15/2006 | 4/1/2007 |  | 9,188 |
| Person: |  |  |  |  |
|  | 10/14/2003 | 10/1/2004 |  | 9,118 |
| Job Title: T |  |  |  |  |
| Person: |  |  |  |  |
|  | 1/14/2003 | 10/1/2004 |  | 9,118 |
|  | 7/5/2005 | 4/1/2007 |  | 9,188 |
| Job Title: T |  |  |  |  |
| Person: |  |  |  |  |
|  | 1/14/2003 | 10/1/2004 |  | 9,118 |
|  | 1/11/2005 | 4/1/2007 |  | 9,213 |
| Person: |  |  |  |  |
|  | 10/31/2003 | 10/1/2004 |  | 9,118 |
|  | 8/12/2005 | 4/1/2007 |  | 9,213 |
| Department: PLA |  |  |  |  |
| Job Title: P |  |  |  |  |
| Person: |  |  |  |  |
|  | 1/14/2003 | 10/1/2004 |  | 9,118 |
| Person: |  |  |  |  |
|  | 4/21/2004 | 4/1/2007 |  | 9,193 |
| Person: |  |  |  |  |
|  | 11/9/2006 | 4/1/2007 |  | 9,188 |

Page 8 of 8

Exhibit 8
Page 8 of 12

12/5/2006

| | Start Date | End Date | PIN | Style |
|---|---|---|---|---|

Company: **SIGNAT**URE
Department: EAST
  Job Title: /
    Person:

| | 6/20/2006 | 4/1/2007 | | 9,213 |
|---|---|---|---|---|

  Job Title: /
    Person:

| | 2/16/2005 | 4/1/2007 | | 9,213 |
|---|---|---|---|---|

  Job Title: C
    Person:

| | 9/7/2005 | 4/1/2007 | | 9,213 |
|---|---|---|---|---|

    Person:

| | 5/10/2006 | 4/1/2007 | | 9,213 |
|---|---|---|---|---|

    Person:

| | 5/10/2004 | 10/1/2004 | | 9,202 |
|---|---|---|---|---|

    Person:

| | 9/19/2006 | 4/1/2007 | | 9,213 |
|---|---|---|---|---|

  Job Title: L
    Person:

| | 1/9/2004 | 10/1/2004 | | 9,119 |
|---|---|---|---|---|

    Person:

| | 1/30/2006 | 4/1/2007 | | 9,213 |
|---|---|---|---|---|

    Person:

| | 2/10/2004 | 10/1/2004 | | 9,119 |
|---|---|---|---|---|
| | 12/23/2004 | 4/1/2007 | | 9,213 |
| | 10/13/2006 | 4/1/2007 | | 9,213 |

    Person:

| | 9/18/2003 | 10/1/2004 | | 9,119 |
|---|---|---|---|---|

    Person:

| | 12/16/2002 | 10/1/2004 | | 9,119 |
|---|---|---|---|---|

    Person:

| | 9/12/2002 | 10/1/2004 | | 9,119 |
|---|---|---|---|---|

    Person:

| | 8/30/2006 | 4/1/2007 | | 9,213 |
|---|---|---|---|---|
| | 5/7/2004 | 10/1/2004 | | 9,202 |
| | 6/3/2005 | 4/1/2007 | | 9,213 |

    Person:

| | 10/7/2005 | 4/1/2007 | | 9,213 |
|---|---|---|---|---|

    Person:

| | 5/10/2005 | 4/1/2007 | | 9,213 |
|---|---|---|---|---|

    Person:

| | 12/22/2005 | 4/1/2007 | | 9,213 |
|---|---|---|---|---|

    Person:

| | 7/26/2004 | 10/1/2004 | | 9,202 |
|---|---|---|---|---|

    Person:

| | 7/26/2002 | 10/1/2004 | | 9,119 |
|---|---|---|---|---|

    Person:

| | 12/9/2004 | 4/1/2007 | | 9,213 |
|---|---|---|---|---|

    Person:

| | 6/20/2006 | 4/1/2007 | | 9,213 |
|---|---|---|---|---|

    Person:

| | 8/15/2006 | 4/1/2007 | | 9,213 |
|---|---|---|---|---|

    Person:

| | 7/20/2006 | 4/1/2007 | | 9,213 |
|---|---|---|---|---|

    Person:

| | 1/30/2006 | 4/1/2007 | | 9,213 |
|---|---|---|---|---|

Badges by Company, Department, Job, Person, Status    Page 12 of 14
Case 3:05-cv-00781-TMB    Document 59    Filed 10/26/2006    Page 12 of 14

12/5/2006

| | Start Date | End Date | PIN | Style |
|---|---|---|---|---|
| Person: | | | | |
| | 11/7/2006 | 4/1/2007 | | 9,213 |
| Person: | | | | |
| | 4/9/2003 | 10/1/2004 | | 9,119 |
| | 7/22/2005 | 4/1/2007 | | 9,213 |
| Person: | | | | |
| | 6/20/2006 | 4/1/2007 | | 9,213 |
| Person: | | | | |
| | 6/20/2006 | 4/1/2007 | | 9,213 |
| Person: | | | | |
| | 3/6/2003 | 10/1/2004 | | 9,119 |
| Person: | | | | |
| | 8/30/2006 | 4/1/2007 | | 9,213 |
| | 7/22/2004 | 10/1/2004 | | 9,202 |
| | 7/22/2004 | 4/1/2007 | | 9,213 |
| Person: | | | | |
| | 9/11/2003 | 10/1/2004 | | 9,119 |
| Person: | | | | |
| | 2/5/2004 | 10/1/2004 | | 9,119 |
| Person: | | | | |
| | 8/3/2005 | 4/1/2007 | | 9,213 |
| Person: | | | | |
| | 5/6/2002 | 10/1/2004 | | 9,119 |
| | 4/30/2004 | 4/1/2007 | | 9,213 |
| Person: | | | | |
| | 10/6/2005 | 4/1/2007 | | 9,213 |
| | 10/17/2006 | 4/1/2007 | | 9,213 |
| Person: | | | | |
| | 9/8/2003 | 10/1/2004 | | 9,119 |
| Person: | | | | |
| | 3/19/2002 | 10/1/2004 | | 9,119 |
| | 4/30/2004 | 4/1/2007 | | 9,213 |
| Person: | | | | |
| | 2/15/2005 | 4/1/2007 | | 9,213 |
| Person: | | | | |
| | 10/19/2001 | 10/1/2004 | | 9,118 |
| Person: | | | | |
| | 9/21/2006 | 4/1/2007 | | 9,213 |
| | 1/21/2005 | 4/1/2007 | | 9,213 |
| Job Title: OF | | | | |
| Person: | | | | |
| | 11/26/2002 | 10/1/2004 | | 9,119 |
| Job Title: OP | | | | |
| Person: | | | | |
| | 2/18/2003 | 10/1/2004 | | 9,119 |
| Person: | | | | |
| | 8/14/2006 | 4/1/2007 | | 9,213 |
| | 6/24/2004 | 10/1/2004 | | 9,202 |
| | 6/24/2004 | 4/1/2007 | | 9,213 |
| | 6/24/2004 | 10/1/2004 | | 9,202 |
| Job Title: OF | | | | |
| Person: | | | | |
| | 9/25/2003 | 10/1/2004 | | 9,119 |

12/5/2006

| | Start Date | End Date | PIN | Style |
|---|---|---|---|---|

**Company: SIGNATURE**
  **Department: EXECUTIVE**
    **Job Title: CS**
      Person:

| | | | | |
|---|---|---|---|---|
| | 5/22/2003 | 10/1/2004 | | 9,119 |
| | 4/30/2004 | 4/1/2007 | | 9,213 |

      Person:

| | 8/31/2005 | 4/1/2007 | | 9,213 |
|---|---|---|---|---|

      Person:

| | 3/19/2002 | 10/1/2004 | | 9,119 |
|---|---|---|---|---|
| | 8/24/2006 | 4/1/2007 | | 9,213 |
| | 4/30/2004 | 4/1/2007 | | 9,213 |

      Person:

| | 5/1/2006 | 4/1/2007 | | 9,213 |
|---|---|---|---|---|

    **Job Title: GI**
      Person:

| | 5/7/2003 | 10/1/2004 | | 9,119 |
|---|---|---|---|---|
| | 8/24/2006 | 4/1/2007 | | 9,213 |
| | 4/30/2004 | 4/1/2007 | | 9,213 |

    **Job Title: LII**
      Person:

| | 10/19/2001 | 10/1/2004 | | 9,118 |
|---|---|---|---|---|

      Person:

| | 4/6/2006 | 4/1/2007 | | 9,213 |
|---|---|---|---|---|

      Person:

| | 5/14/2003 | 10/1/2004 | | 9,119 |
|---|---|---|---|---|
| | 7/28/2004 | 10/1/2004 | | 9,202 |

      Person:

| | 7/14/2004 | 10/1/2004 | | 9,202 |
|---|---|---|---|---|
| | 1/28/2005 | 4/1/2007 | | 9,213 |

      Person:

| | 9/7/2005 | 4/1/2007 | | 9,213 |
|---|---|---|---|---|

      Person:

| | 4/24/2003 | 10/1/2004 | | 9,119 |
|---|---|---|---|---|

      Person:

| | 4/7/2006 | 4/1/2007 | | 9,213 |
|---|---|---|---|---|

      Person:

| | 9/14/2004 | 4/1/2007 | | 9,213 |
|---|---|---|---|---|
| | 4/21/2006 | 4/1/2007 | | 9,213 |

      Person:

| | 3/19/2002 | 10/1/2004 | | 9,119 |
|---|---|---|---|---|

      Person:

| | 7/14/2003 | 10/1/2004 | | 9,119 |
|---|---|---|---|---|
| | 12/16/2002 | 10/1/2004 | | 9,119 |

      Person:

| | 6/29/2005 | 4/1/2007 | | 9,213 |
|---|---|---|---|---|

      Person:

| | 9/7/2005 | 4/1/2007 | | 9,213 |
|---|---|---|---|---|

      Person:

| | 5/14/2003 | 10/1/2004 | | 9,119 |
|---|---|---|---|---|

      Person:

| | 6/29/2005 | 4/1/2007 | | 9,213 |
|---|---|---|---|---|

      Person:

| | 4/6/2006 | 4/1/2007 | | 9,213 |
|---|---|---|---|---|

      Person:

Exhibit 8
Page 11 of 12



12/5/2006

| | Start Date | End Date | PIN | Style |
|---|---|---|---|---|
| | 8/4/2004 | 10/1/2004 | | 9,202 |
| Person: | | | | |
| | 5/1/2006 | 4/1/2007 | | 9,213 |
| Person: | | | | |
| | 9/2/2003 | 10/1/2004 | | 9,119 |
| | 3/22/2002 | 10/1/2004 | | 9,119 |
| | 5/5/2004 | 4/1/2007 | | 9,213 |
| Person: | | | | |
| | 12/16/2002 | 10/1/2004 | | 9,119 |