David A. Devine (AK Bar No. 7906015)
GROH EGGERS, LLC
2600 Cordova Street - Suite 110
Anchorage, AK  99503
Phone:  (907) 562-6474
Fax:     (907) 562-6044
Email: DevineD@groheggers.com

Attorneys for Defendant Signature Flight Support Corp.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| RICHARD TRZESNIOWSKI,            )<br>                                                      )<br>            Plaintiff,                       )<br>                                                      )<br>    vs.                                           )<br>                                                      )   No.  3:05-cv-0181 (TMB)<br>SIGNATURE FLIGHT SUPPORT     )<br>CORPORATION                            )<br>                                                      )<br>            Defendant.                   )<br>_____) | **JOINT MOTION TO EXTEND TIME FOR COMPLETION OF DISCOVERY** |

Plaintiff and Defendant, by and through their respective counsel, jointly request an extension of time to complete discovery in this case.  There are currently two pending motions for partial summary judgment in this case that may limit or narrow, though they will not completely eliminate, plaintiffs' claims in this case.  Docket 26 and Docket 29.  Both motions are fully briefed and oral argument has been requested.  On December 27, 2006, the undersigned counsel discussed the discovery needs of this case, including out-of-state and expert depositions, and agreed that it would be best to resolve the pending motions for partial summary judgment before embarking on the substantial expense of such out-of-state and expert discovery.

Depending upon the Court's rulings on the pending motions, the need for some discovery might be completely eliminated, while other discovery could be substantially narrowed. On the other hand, if one or both of the motions are denied, the parties will know the full scope of discovery necessary for the trial of this case and will be better able to weigh the costs and benefits of expensive out-of-state and expert discovery.

Therefore, the parties jointly move for an extension of time, until 90 days following resolution of the pending motions for partial summary judgment, for the completion of discovery in this case.

Dated at Anchorage, Alaska this 28th day of December, 2006.

        HAL P. GAZAWAY, P.C.

        Attorney for Plaintiff Trzesniowski

        By: s/ Hal P. Gazaway  by consent
            Hal P. Gazaway (AK Bar No. 7410077)
            HAL P. GAZAWAY, P.C.
            8620 Boundary Avenue
            Anchorage, AK 99504
            Phone: (907) 338-8111
            Fax:    (907) 338-8118
            Email:  None

        GROH EGGERS, LLC

        Attorneys for Defendant Signature

        By: s/ David A. Devine
            David A. Devine (AK Bar No. 7906015)
            GROH EGGERS, LLC
            2600 Cordova Street, Suite 110
            Anchorage, AK 99503
            Phone: (907) 562-6474
            Fax: (907) 562-6044
            E-Mail: devined@groheggers.com

Law Offices of
GROH EGGERS, LLC
2600 Cordova Street, Suite 110
Anchorage, Alaska 99503
Phone (907) 562-6474
Fax (907) 562-6044