David A. Devine (AK Bar No. 7906015)
GROH EGGERS, LLC
2600 Cordova Street - Suite 110
Anchorage, AK 99503
Phone: (907) 562-6474
Fax:    (907) 562-6044
Email: DevineD@groheggers.com

Attorneys for Defendant Signature Flight Support Corp.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| RICHARD TRZESNIOWSKI,  )<br>  )<br>     Plaintiff,  )<br>  )<br>vs.  )<br>  )<br>SIGNATURE FLIGHT SUPPORT  )<br>CORPORATION  )<br>  )<br>     Defendant.  )<br>_____) | No. 3:05-cv-0181 (TMB)<br><br>**PROPOSED<br>ORDER EXTENDING TIME<br>FOR COMPLETION OF DISCOVERY** |

     Plaintiff and Defendant having jointly requested an extension of time to complete discovery in this case,

     IT IS ORDERED that said motion at Docket 52 is GRANTED and that the parties shall have until 90 days following resolution of the pending motions for partial summary judgment (Dockets 26 and 29) to complete discovery in this case.

     Dated at Anchorage, Alaska this ____ day of _____, 200__.

 

_____
Timothy M. Burgess
United States District Judge