HAL P. GAZAWAY, P.C.
8620 Boundary Avenue
Anchorage, Alaska 99504
(907) 338-8111
(907) 338-8118 facsimile

Attorney for Plaintiff



IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| RICHARD TRZESNIOWSKI,       )<br>                            )<br>           Plaintiff,       )<br>                            )<br>     vs.                    )<br>                            )     No. A05-181 CIV (RRB)<br> SIGNATURE FLIGHT SUPPORT    )<br> CORPORATION,               )<br>                            )<br>           Defendant.       )<br>_____) | |

**SUPPLEMENT TO OPPOSITION TO MOTION
FOR SUMMARY JUDGMENT**

COMES NOW the plaintiff, Richard Trzesniowski, by and through his counsel of record, Hal P. Gazaway, and supplements his Opposition to Defendant's Motion for Summary Judgment on the Family Medical Leave Act.

Attached hereto is the Affidavit of John Parrott. Mr. Parrott prepared a response to plaintiff's Freedom of Information Act Request about the number of employees working for Signature Flight Support receiving airport identification. Attached as

Exhibit 1 is plaintiff's Freedom of Information Act Request and Exhibit 2 is the airport's response. Mr. Parrott explains his response in his Affidavit.

DATED this 2ND day of March, 2007.

HAL P. GAZAWAY, P.C.
Attorney for Plaintiff

_____
Hal P. Gazaway
Alaska Bar #741007

CERTIFICATE OF SERVICE
I certify that the foregoing
SUPPLEMENT TO OPPOSITION TO MOTION
FOR SUMMARY JUDGMENT was mailed / faxed
/ hand delivered to the following
attorney of record addressed as follows:

David A. Devine
GROH EGGERS, LLC
2600 Cordova Street Suite 110
Anchorage, AK 99503

DATED this 2nd day of March, 2007.

_____
Velda J. Rolando
Legal Assistant to Hal P. Gazaway, P.C.

HAL P. GAZAWAY, P.C.
ATTORNEY AT LAW
8620 BOUNDARY AVENUE
ANCHORAGE, ALASKA 99504
(907) 338-8111
(907) 338-8118 fax

RICHARD TRZESNIOWSKI v SIGNATURE FLIGHT SUPPORT, No. A 05-181 CV (TMB)
SUPPLEMENT TO OPPOSITION TO MOTION FOR SUMMARY JUDGMENT
Page 2 of 2