


**HAL P. GAZAWAY, P.C.**
8620 Boundary Avenue
Anchorage, Alaska 99504

Telephone (907) 338-8111
Facsimile (907) 338-8118

November 27, 2006

Transportation Security Administration
4000 W. 50th Ave.
Anchorage, AK 99502

ATTN: Airport Security Division

    RE:  Freedom of Information Act

Dear Sirs:

Pursuant to the Freedom of Information Act, we would appreciate your sending any documents which will show the number of employees Signature Flight Support and ASIG have had airport identification issued to for the years 2002 to 2005.

Enclosed you will find my check in the amount of $25.00 to cover the copying costs associated with copying the requested documents. Kindly send the documents to the address noted above.

                Very truly yours,

                Hal P. Gazaway

HPG/vjr

Enclosure

Exhibit 1
Page 1 of 1