**Ted Stevens**
**Anchorage**
International Airport

P.O. Box 196960
Anchorage, Alaska 99519-6960

December 13, 2006

Mr. Hal Gazaway, P.C.
8620 Boundary Avenue
Anchorage, Alaska 99504

Re: Freedom of Information Act Request

Mr. Gazaway,

Enclosed is the information that the Ted Stevens Anchorage International Airport has concerning the number of employees that ASIG and Signature have at the Airport. The names and job titles have been redacted. As you will see, many individuals have had more than one badge during the time period covered by this report. Each "Person" designation in the left column indicates a separate individual. The start and expiration dates of the badges are listed in the center two columns. Since the current series of badges began in 2004, most of the information concerning previous series of badges has been deleted from the system.

A minimum amount of time was needed to generate this document so I am returning your checks. If you have any further questions please don't hesitate to contact me at 266-2690.

Sincerely,

John Parrott
Deputy Director

Enclosures

Exhibit 2
Page 1 of 13

| | Badge | Valid | Status | Start Date | End Date | PIN | Style |
|---|---|---|---|---|---|---|---|
| Company: **ASIG** | | | | | | | |
| Department: GEN | | | | | | | |
| Job Title: c( | | | | | | | |
| Person: | | | | 4/21/2004 | 4/1/2007 | | 9,188 |
| | | | | 6/3/2004 | 4/1/2007 | | 9,188 |
| Job Title: E | | | | | | | |
| Person: | | | | 1/14/2003 | 10/1/2004 | | 9,118 |
| Person: | | | | 1/12/2006 | 4/1/2007 | | 9,188 |
| Job Title: E | | | | | | | |
| Person: | | | | 5/23/2003 | 10/1/2004 | | 9,115 |
| Job Title: F | | | | | | | |
| Person: | | | | 3/30/2006 | 4/1/2007 | | 9,188 |
| Person: | | | | 11/3/2006 | 4/1/2007 | | 9,188 |
| Person: | | | | 5/20/2005 | 4/1/2007 | | 9,188 |
| Person: | | | | 2/9/2006 | 4/1/2007 | | 9,188 |
| Person: | | | | 3/30/2006 | 4/1/2007 | | 9,188 |
| Person: | | | | 2/23/2005 | 4/1/2007 | | 9,188 |
| Person: | | | | 4/26/2004 | 10/1/2004 | | 9,204 |
| | | | | 4/26/2004 | 4/1/2007 | | 9,188 |
| Person: | | | | 1/17/2006 | 4/1/2007 | | 9,188 |
| Person: | | | | 1/22/2004 | 10/1/2004 | | 9,118 |
| Person: | | | | 10/3/2006 | 4/1/2007 | | 9,188 |
| | | | | 11/14/2006 | 4/1/2007 | | 9,188 |
| Person: | | | | 9/18/2006 | 4/1/2007 | | 9,188 |
| Person: | | | | 2/9/2005 | 4/1/2007 | | 9,188 |
| Person: | | | | 9/18/2006 | 4/1/2007 | | 9,188 |
| Person: | | | | 3/31/2005 | 4/1/2007 | | 9,188 |
| | | | | 11/7/2005 | 4/1/2007 | | 9,188 |
| | | | | 11/3/2006 | 4/1/2007 | | 9,188 |
| Person: | | | | 3/8/2006 | 4/1/2007 | | 9,188 |
| Person: | | | | 12/14/2004 | 4/1/2007 | | 9,188 |
| | | | | 4/27/2004 | 10/1/2004 | | 9,204 |
| | | | | 6/5/2006 | 4/1/2007 | | 9,188 |
| Person: | | | | 1/17/2006 | 4/1/2007 | | 9,188 |

|  | Start Date | End Date | PIN | Style |
|---|---|---|---|---|
| Person |  |  |  |  |
|  | 12/8/2004 | 4/1/2007 |  | 9,188 |
| Person |  |  |  |  |
|  | 1/7/2004 | 10/1/2004 |  | 9,118 |
|  | 2/11/2005 | 4/1/2007 |  | 9,188 |
| Person |  |  |  |  |
|  | 6/29/2006 | 4/1/2007 |  | 9,188 |
|  | 7/21/2005 | 4/1/2007 |  | 9,188 |
| Person |  |  |  |  |
|  | 11/19/2003 | 10/1/2004 |  | 9,118 |
|  | 1/14/2003 | 10/1/2004 |  | 9,118 |
|  | 12/8/2004 | 4/1/2007 |  | 9,188 |
| Person |  |  |  |  |
|  | 12/8/2004 | 4/1/2007 |  | 9,188 |
| Person |  |  |  |  |
|  | 9/18/2006 | 4/1/2007 |  | 9,188 |
| Person |  |  |  |  |
|  | 2/9/2006 | 4/1/2007 |  | 9,188 |
| Person |  |  |  |  |
|  | 12/18/2003 | 10/1/2004 |  | 9,118 |
| Person |  |  |  |  |
|  | 1/11/2005 | 4/1/2007 |  | 9,188 |
|  | 9/15/2006 | 4/1/2007 |  | 9,188 |
| Person |  |  |  |  |
|  | 7/28/2003 | 10/1/2004 |  | 9,118 |
| Person |  |  |  |  |
|  | 11/3/2005 | 4/1/2007 |  | 9,188 |
| Person |  |  |  |  |
|  | 11/7/2005 | 4/1/2007 |  | 9,188 |
| Person |  |  |  |  |
|  | 1/14/2003 | 10/1/2004 |  | 9,118 |
|  | 2/14/2005 | 4/1/2007 |  | 9,188 |
| Person |  |  |  |  |
|  | 11/28/2005 | 4/1/2007 |  | 9,188 |
| Person |  |  |  |  |
|  | 8/10/2005 | 4/1/2007 |  | 9,188 |
| Person |  |  |  |  |
|  | 5/19/2006 | 4/1/2007 |  | 9,188 |
| Person |  |  |  |  |
|  | 12/21/2005 | 4/1/2007 |  | 9,188 |
| Person |  |  |  |  |
|  | 10/15/2003 | 10/1/2004 |  | 9,118 |
| Person |  |  |  |  |
|  | 5/19/2006 | 4/1/2007 |  | 9,188 |
| Person |  |  |  |  |
|  | 5/25/2004 | 10/1/2004 |  | 9,204 |
|  | 5/25/2004 | 4/1/2007 |  | 9,188 |
| Person |  |  |  |  |
|  | 4/26/2004 | 10/1/2004 |  | 9,204 |
|  | 9/19/2006 | 4/1/2007 |  | 9,188 |
|  | 1/31/2005 | 4/1/2007 |  | 9,188 |
| Person |  |  |  |  |
|  | 9/18/2006 | 4/1/2007 |  | 9,188 |
| Person |  |  |  |  |
|  | 7/3/2006 | 4/1/2007 |  | 9,213 |

| | Start Date | End Date | PIN | Style |
|---|---|---|---|---|
| Person: | | | | |
| | 7/3/2006 | 4/1/2007 | | 9,213 |
| | 8/9/2006 | 4/1/2007 | | 9,188 |
| Person: | | | | |
| | 10/20/2006 | 4/1/2007 | | 9,188 |
| Person: | | | | |
| | 9/22/2006 | 4/1/2007 | | 9,188 |
| Person: | | | | |
| | 12/14/2005 | 4/1/2007 | | 9,188 |
| Person: | | | | |
| | 5/4/2006 | 4/1/2007 | | 9,188 |
| Person: | | | | |
| | 3/24/2003 | 10/1/2004 | | 9,118 |
| | 4/21/2004 | 4/1/2007 | | 9,188 |
| Person: | | | | |
| | 8/18/2004 | 10/1/2004 | | 9,204 |
| Person: | | | | |
| | 9/1/2005 | 4/1/2007 | | 9,188 |
| | 10/30/2006 | 4/1/2007 | | 9,188 |
| Person: | | | | |
| | 3/14/2006 | 4/1/2007 | | 9,188 |
| Person: | | | | |
| | 1/14/2003 | 10/1/2004 | | 9,118 |
| | 2/15/2005 | 4/1/2007 | | 9,188 |
| Person: | | | | |
| | 1/7/2004 | 10/1/2004 | | 9,118 |
| | 4/21/2004 | 4/1/2007 | | 9,188 |
| Person: | | | | |
| | 6/22/2005 | 4/1/2007 | | 9,188 |
| Person: | | | | |
| | 10/4/2005 | 4/1/2007 | | 9,188 |
| Person: | | | | |
| | 4/28/2005 | 4/1/2007 | | 9,188 |
| Person: | | | | |
| | 8/19/2005 | 4/1/2007 | | 9,188 |
| Person: | | | | |
| | 7/3/2006 | 4/1/2007 | | 9,213 |
| | 8/9/2006 | 4/1/2007 | | 9,188 |
| Person: | | | | |
| | 10/22/2001 | 10/1/2004 | | 9,118 |
| Person: | | | | |
| | 4/21/2004 | 4/1/2007 | | 9,188 |
| Person: | | | | |
| | 1/12/2004 | 10/1/2004 | | 9,118 |
| | 4/29/2005 | 4/1/2007 | | 9,188 |
| Person: | | | | |
| | 7/3/2006 | 4/1/2007 | | 9,213 |
| | 8/9/2006 | 4/1/2007 | | 9,188 |
| Person: | | | | |
| | 11/9/2006 | 4/1/2007 | | 9,188 |
| Person: | | | | |
| | 1/14/2003 | 10/1/2004 | | 9,118 |
| | 8/10/2005 | 4/1/2007 | | 9,188 |
| Person: | | | | |
| | 9/18/2006 | 4/1/2007 | | 9,188 |

12/5/2006

|  | Start Date | End Date | PIN | Style |
|---|---|---|---|---|
| Person: | 1/22/2004 | 10/1/2004 |  | 9,118 |
| Person: | 9/9/2005 | 4/1/2007 |  | 9,188 |
| Person: | 3/11/2005 | 4/1/2007 |  | 9,188 |
|  | 10/3/2006 | 4/1/2007 |  | 9,188 |
| Person: | 9/26/2006 | 4/1/2007 |  | 9,188 |
| Person: | 1/20/2005 | 4/1/2007 |  | 9,188 |
| Person: | 3/16/2006 | 4/1/2007 |  | 9,188 |
| Person: | 9/18/2006 | 4/1/2007 |  | 9,188 |
| Person: | 11/14/2006 | 4/1/2007 |  | 9,188 |
| Person: | 12/4/2006 | 4/1/2007 |  | 9,188 |
|  | 4/24/2006 | 4/1/2007 |  | 9,188 |
| Person: | 2/27/2006 | 4/1/2007 |  | 9,188 |
| Person: | 4/1/2004 | 10/1/2004 |  | 9,204 |
| Person: | 11/24/2006 | 4/1/2007 |  | 9,188 |
|  | 10/12/2006 | 4/1/2007 |  | 9,188 |
| Person: | 9/28/2004 | 4/1/2007 |  | 9,188 |
| Person: | 9/29/2006 | 4/1/2007 |  | 9,188 |
| Person: | 8/8/2005 | 4/1/2007 |  | 9,188 |
| Person: | 8/30/2005 | 4/1/2007 |  | 9,188 |
| Person: | 11/3/2006 | 4/1/2007 |  | 9,188 |
| Person: | 10/19/2005 | 4/1/2007 |  | 9,188 |
|  | 11/13/2006 | 4/1/2007 |  | 9,188 |
| Person: | 1/14/2003 | 10/1/2004 |  | 9,118 |
|  | 4/21/2004 | 4/1/2007 |  | 9,188 |
| Person: | 7/11/2003 | 10/1/2004 |  | 9,118 |
| Person: | 9/6/2005 | 4/1/2007 |  | 9,188 |
| Person: | 3/30/2006 | 4/1/2007 |  | 9,188 |
| Person: | 12/6/2005 | 4/1/2007 |  | 9,188 |
| Person: | 3/14/2006 | 4/1/2007 |  | 9,188 |
| Person: | 1/5/2006 | 4/1/2007 |  | 9,188 |

12/5/2006

|  | Start Date | End Date | PIN | Style |
|---|---|---|---|---|
| Person: | | | | |
| | 3/26/2004 | 10/1/2004 | | 9,118 |
| Person: | | | | |
| | 8/9/2006 | 4/1/2007 | | 9,188 |
| Person: | | | | |
| | 7/11/2005 | 4/1/2007 | 188.00 | 9,213 |
| | 7/21/2006 | 4/1/2007 | | 9,213 |
| | 8/9/2006 | 4/1/2007 | | 9,188 |
| | 8/21/2006 | 4/1/2007 | | 9,213 |
| Person: | | | | |
| | 3/10/2006 | 4/1/2007 | | 9,188 |
| | 11/3/2006 | 4/1/2007 | | 9,188 |
| Person: | | | | |
| | 4/24/2006 | 4/1/2007 | | 9,188 |
| Person: | | | | |
| | 12/8/2004 | 4/1/2007 | | 9,188 |
| Person: | | | | |
| | 5/9/2006 | 4/1/2007 | | 9,188 |
| | 1/5/2006 | 4/1/2007 | | 9,188 |
| Person: | | | | |
| | 2/24/2006 | 4/1/2007 | | 9,188 |
| Job Title: GE | | | | |
| Person: | | | | |
| | 1/14/2003 | 10/1/2004 | | 9,119 |
| | 4/21/2004 | 4/1/2007 | | 9,213 |
| Job Title: M/ | | | | |
| Person: | | | | |
| | 7/12/2006 | 4/1/2007 | | 9,213 |
| Person: | | | | |
| | 1/14/2003 | 10/1/2004 | | 9,113 |
| Job Title: M/ | | | | |
| Person: | | | | |
| | 1/14/2003 | 10/1/2004 | | 9,118 |
| | 9/1/2004 | 4/1/2007 | | 9,188 |
| Job Title: ME | | | | |
| Person: | | | | |
| | 1/14/2003 | 10/1/2004 | | 9,118 |
| | 8/10/2004 | 4/1/2007 | | 9,188 |
| Person: | | | | |
| | 12/19/2002 | 10/1/2004 | | 9,118 |
| | 4/21/2004 | 4/1/2007 | | 9,188 |
| Person: | | | | |
| | 1/14/2003 | 10/1/2004 | | 9,118 |
| | 4/21/2004 | 4/1/2007 | | 9,188 |
| Person: | | | | |
| | 12/10/2003 | 10/1/2004 | | 9,118 |
| Person: | | | | |
| | 4/5/2005 | 4/1/2007 | - | 9,188 |
| Person: | | | | |
| | 11/14/2005 | 4/1/2007 | | 9,188 |
| Person: | | | | |
| | 1/14/2003 | 10/1/2004 | | 9,118 |
| | 4/21/2004 | 4/1/2007 | | 9,188 |
| | 5/17/2006 | 4/1/2007 | | 9,188 |
| Person: | | | | |

|  | Start Date | End Date | PIN | Style |
|---|---|---|---|---|
|  | 10/12/2006 | 4/1/2007 |  | 9,213 |
| Person: |  |  |  |  |
|  | 4/1/2005 | 4/1/2007 |  | 9,188 |
| Person: |  |  |  |  |
|  | 11/30/2006 | 4/1/2007 |  | 9,188 |
| Person: |  |  |  |  |
|  | 10/29/2002 | 10/1/2004 |  | 9,118 |
|  | 9/11/2003 | 10/1/2004 |  | 9,118 |
|  | 7/6/2005 | 4/1/2007 |  | 9,188 |
| Person: |  |  |  |  |
|  | 10/3/2005 | 4/1/2007 |  | 9,188 |
| Person: |  |  |  |  |
|  | 6/16/2006 | 4/1/2007 |  | 9,188 |
|  | 8/24/2005 | 4/1/2007 |  | 9,188 |
| Person: |  |  |  |  |
|  | 4/1/2004 | 10/1/2004 |  | 9,204 |
| Job Title: C |  |  |  |  |
| Person: |  |  |  |  |
|  | 1/14/2003 | 10/1/2004 |  | 9,118 |
| Person: |  |  |  |  |
|  | 4/15/2005 | 4/1/2007 |  | 9,188 |
| Job Title: C |  |  |  |  |
| Person: |  |  |  |  |
|  | 9/29/2006 | 4/1/2007 |  | 9,213 |
| Job Title: P |  |  |  |  |
| Person: |  |  |  |  |
|  | 8/30/2005 | 4/1/2007 |  | 9,188 |
| Job Title: P |  |  |  |  |
| Person: |  |  |  |  |
|  | 9/29/2006 | 4/1/2007 |  | 9,213 |
| Job Title: P |  |  |  |  |
| Person: |  |  |  |  |
|  | 9/9/2005 | 4/1/2007 |  | 9,188 |
| Job Title: F |  |  |  |  |
| Person: |  |  |  |  |
|  | 1/14/2003 | 10/1/2004 |  | 9,118 |
|  | 4/21/2004 | 4/1/2007 |  | 9,188 |
| Person: |  |  |  |  |
|  | 1/14/2003 | 10/1/2004 |  | 9,118 |
|  | 4/21/2004 | 4/1/2007 |  | 9,188 |
| Person: |  |  |  |  |
|  | 1/14/2003 | 10/1/2004 |  | 9,118 |
|  | 4/21/2004 | 4/1/2007 |  | 9,188 |
| Person: |  |  |  |  |
|  | 1/14/2003 | 10/1/2004 |  | 9,118 |
|  | 4/21/2004 | 4/1/2007 |  | 9,188 |
| Job Title: F |  |  |  |  |
| Person: |  |  |  |  |
|  | 11/21/2006 | 4/1/2007 |  | 9,188 |
|  | 7/6/2004 | 4/1/2007 |  | 9,188 |
| Person: |  |  |  |  |
|  | 1/14/2003 | 10/1/2004 |  | 9,118 |
|  | 10/19/2005 | 4/1/2007 |  | 9,188 |
| Person: |  |  |  |  |
|  | 1/14/2003 | 10/1/2004 |  | 9,118 |

| | Start Date | End Date | PIN | Style |
|---|---|---|---|---|
| | 4/21/2004 | 4/1/2007 | | 9,188 |
| **Job Title: PR(** | | | | |
| Person: | | | | |
| | 5/11/2005 | 4/1/2007 | | 9,188 |
| **Job Title: REI** | | | | |
| Person: | | | | |
| | 2/22/2005 | 4/1/2007 | | 9,188 |
| | 1/14/2003 | 10/1/2004 | | 9,118 |
| Person: | | | | |
| | 9/29/2006 | 4/1/2007 | | 9,188 |
| | 9/29/2006 | 4/1/2007 | | 9,213 |
| Person: | | | | |
| | 4/21/2004 | 4/1/2007 | | 9,188 |
| | 5/4/2004 | 10/1/2004 | | 9,204 |
| **Job Title: refu** | | | | |
| Person: | | | | |
| | 10/20/2003 | 10/1/2004 | | 9,118 |
| | 2/25/2005 | 4/1/2007 | | 9,188 |
| Person: | | | | |
| | 1/14/2003 | 10/1/2004 | | 9,118 |
| Person: | | | | |
| | 1/14/2003 | 10/1/2004 | | 9,118 |
| Person: | | | | |
| | 10/23/2003 | 10/1/2004 | | 9,118 |
| Person: | | | | |
| | 4/4/2005 | 4/1/2007 | | 9,188 |
| Person: | | | | |
| | 1/14/2003 | 10/1/2004 | | 9,118 |
| | 4/21/2004 | 4/1/2007 | | 9,188 |
| Person: | | | | |
| | 5/6/2004 | 10/1/2004 | | 9,204 |
| Person: | | | | |
| | 8/10/2004 | 10/1/2004 | | 9,204 |
| | 1/18/2005 | 4/1/2007 | | 9,188 |
| Person: | | | | |
| | 9/27/2005 | 4/1/2007 | | 9,188 |
| Person: | | | | |
| | 5/18/2004 | 10/1/2004 | | 9,204 |
| Person: | | | | |
| | 10/10/2003 | 10/1/2004 | | 9,118 |
| Person: | | | | |
| | 1/14/2003 | 10/1/2004 | | 9,118 |
| Person: | | | | |
| | 1/14/2003 | 10/1/2004 | | 9,118 |
| Person: | | | | |
| | 12/14/2004 | 4/1/2007 | | 9,188 |
| Person: | | | | |
| | 4/5/2005 | 4/1/2007 | | 9,188 |
| Person: | | | | |
| | 10/19/2005 | 4/1/2007 | | 9,188 |
| Person: | | | | |
| | 1/14/2003 | 10/1/2004 | | 9,118 |
| Person: | | | | |
| | 12/26/2003 | 10/1/2004 | | 9,118 |
| | 1/14/2003 | 10/1/2004 | | 9,118 |

|  | Start Date | End Date | PIN | Style |
|---|---|---|---|---|
|  | 5/8/2006 | 4/1/2007 |  | 9,188 |
|  | 2/14/2005 | 4/1/2007 |  | 9,188 |
| Person: |  |  |  |  |
|  | 10/30/2003 | 10/1/2004 |  | 9,118 |
|  | 1/14/2003 | 10/1/2004 |  | 9,118 |
|  | 2/11/2005 | 4/1/2007 |  | 9,188 |
| Person: |  |  |  |  |
|  | 4/7/2003 | 10/1/2004 |  | 9,118 |
| Person: |  |  |  |  |
|  | 2/23/2004 | 10/1/2004 |  | 9,118 |
|  | 2/1/2005 | 4/1/2007 |  | 9,188 |
| Person: |  |  |  |  |
|  | 1/14/2003 | 10/1/2004 |  | 9,118 |
| Person: |  |  |  |  |
|  | 12/8/2004 | 4/1/2007 |  | 9,188 |
| Person: |  |  |  |  |
|  | 1/30/2004 | 10/1/2004 |  | 9,118 |
|  | 7/15/2005 | 4/1/2007 |  | 9,188 |
| Person: |  |  |  |  |
|  | 2/12/2004 | 10/1/2004 |  | 9,118 |
| Person: |  |  |  |  |
|  | 10/20/2003 | 10/1/2004 |  | 9,118 |
| Job Title: S |  |  |  |  |
| Person: |  |  |  |  |
|  | 3/21/2003 | 10/1/2004 |  | 9,118 |
|  | 10/20/2003 | 10/1/2004 |  | 9,118 |
|  | 6/9/2005 | 4/1/2007 |  | 9,188 |
| Person: |  |  |  |  |
|  | 2/24/2006 | 4/1/2007 |  | 9,188 |
| Person: |  |  |  |  |
|  | 3/15/2006 | 4/1/2007 |  | 9,188 |
| Person: |  |  |  |  |
|  | 10/14/2003 | 10/1/2004 |  | 9,118 |
| Job Title: T |  |  |  |  |
| Person: |  |  |  |  |
|  | 1/14/2003 | 10/1/2004 |  | 9,118 |
|  | 7/5/2005 | 4/1/2007 |  | 9,188 |
| Job Title: T |  |  |  |  |
| Person: |  |  |  |  |
|  | 1/14/2003 | 10/1/2004 |  | 9,118 |
|  | 1/11/2005 | 4/1/2007 |  | 9,213 |
| Person: |  |  |  |  |
|  | 10/31/2003 | 10/1/2004 |  | 9,118 |
|  | 8/12/2005 | 4/1/2007 |  | 9,213 |
| Department: PLA |  |  |  |  |
| Job Title: P |  |  |  |  |
| Person: |  |  |  |  |
|  | 1/14/2003 | 10/1/2004 |  | 9,118 |
| Person: |  |  |  |  |
|  | 4/21/2004 | 4/1/2007 |  | 9,193 |
| Person: |  |  |  |  |
|  | 11/9/2006 | 4/1/2007 |  | 9,188 |

12/5/2006

| | Start Date | End Date | PIN | Style |
|---|---|---|---|---|
| **Company: SIGNAT**U R E | | | | |
| **Department:** EA S T | | | | |
| Job Title: A | | | | |
| Person: | 6/20/2006 | 4/1/2007 | | 9,213 |
| Job Title: A | | | | |
| Person: | 2/16/2005 | 4/1/2007 | | 9,213 |
| Job Title: C | | | | |
| Person: | 9/7/2005 | 4/1/2007 | | 9,213 |
| Person: | 5/10/2006 | 4/1/2007 | | 9,213 |
| Person: | 5/10/2004 | 10/1/2004 | | 9,202 |
| Person: | 9/19/2006 | 4/1/2007 | | 9,213 |
| Job Title: L | | | | |
| Person: | 1/9/2004 | 10/1/2004 | | 9,119 |
| Person: | 1/30/2006 | 4/1/2007 | | 9,213 |
| Person: | 2/10/2004 | 10/1/2004 | | 9,119 |
| | 12/23/2004 | 4/1/2007 | | 9,213 |
| | 10/13/2006 | 4/1/2007 | | 9,213 |
| Person: | 9/18/2003 | 10/1/2004 | | 9,119 |
| Person: | 12/16/2002 | 10/1/2004 | | 9,119 |
| Person: | 9/12/2002 | 10/1/2004 | | 9,119 |
| Person: | 8/30/2006 | 4/1/2007 | | 9,213 |
| | 5/7/2004 | 10/1/2004 | | 9,202 |
| | 6/3/2005 | 4/1/2007 | | 9,213 |
| Person: | 10/7/2005 | 4/1/2007 | | 9,213 |
| Person: | 5/10/2005 | 4/1/2007 | | 9,213 |
| Person: | 12/22/2005 | 4/1/2007 | | 9,213 |
| Person: | 7/26/2004 | 10/1/2004 | | 9,202 |
| Person: | 7/26/2002 | 10/1/2004 | | 9,119 |
| Person: | 12/9/2004 | 4/1/2007 | | 9,213 |
| Person: | 6/20/2006 | 4/1/2007 | | 9,213 |
| Person: | 8/15/2006 | 4/1/2007 | | 9,213 |
| Person: | 7/20/2006 | 4/1/2007 | | 9,213 |
| Person: | 1/30/2006 | 4/1/2007 | | 9,213 |

Page 1 of 2      Exhibit 2
Page 10 of 13

| | Start Date | End Date | PIN | Style |
|---|---|---|---|---|
| Person: | | | | |
| | 11/7/2006 | 4/1/2007 | | 9,213 |
| Person: | | | | |
| | 4/9/2003 | 10/1/2004 | | 9,119 |
| | 7/22/2005 | 4/1/2007 | | 9,213 |
| Person: | | | | |
| | 6/20/2006 | 4/1/2007 | | 9,213 |
| Person: | | | | |
| | 6/20/2006 | 4/1/2007 | | 9,213 |
| Person: | | | | |
| | 3/6/2003 | 10/1/2004 | | 9,119 |
| Person: | | | | |
| | 8/30/2006 | 4/1/2007 | | 9,213 |
| | 7/22/2004 | 10/1/2004 | | 9,202 |
| | 7/22/2004 | 4/1/2007 | | 9,213 |
| Person: | | | | |
| | 9/11/2003 | 10/1/2004 | | 9,119 |
| Person: | | | | |
| | 2/5/2004 | 10/1/2004 | | 9,119 |
| Person: | | | | |
| | 8/3/2005 | 4/1/2007 | | 9,213 |
| Person: | | | | |
| | 5/6/2002 | 10/1/2004 | | 9,119 |
| | 4/30/2004 | 4/1/2007 | | 9,213 |
| Person: | | | | |
| | 10/6/2005 | 4/1/2007 | | 9,213 |
| | 10/17/2006 | 4/1/2007 | | 9,213 |
| Person: | | | | |
| | 9/8/2003 | 10/1/2004 | | 9,119 |
| Person: | | | | |
| | 3/19/2002 | 10/1/2004 | | 9,119 |
| | 4/30/2004 | 4/1/2007 | | 9,213 |
| Person: | | | | |
| | 2/15/2005 | 4/1/2007 | | 9,213 |
| Person: | | | | |
| | 10/19/2001 | 10/1/2004 | | 9,118 |
| Person: | | | | |
| | 9/21/2006 | 4/1/2007 | | 9,213 |
| | 1/21/2005 | 4/1/2007 | | 9,213 |
| Job Title: OF | | | | |
| Person: | | | | |
| | 11/26/2002 | 10/1/2004 | | 9,119 |
| Job Title: OP | | | | |
| Person: | | | | |
| | 2/18/2003 | 10/1/2004 | | 9,119 |
| Person: | | | | |
| | 8/14/2006 | 4/1/2007 | | 9,213 |
| | 6/24/2004 | 10/1/2004 | | 9,202 |
| | 6/24/2004 | 4/1/2007 | | 9,213 |
| | 6/24/2004 | 10/1/2004 | | 9,202 |
| Job Title: OF | | | | |
| Person: | | | | |
| | 9/25/2003 | 10/1/2004 | | 9,119 |

| | Start Date | End Date | PIN | Style |
|---|---|---|---|---|
| **Company: SIGNATURE** | | | | |
| **Department: EXECUTIVE** | | | | |
| **Job Title: CS** | | | | |
| Person: | | | | |
| | 5/22/2003 | 10/1/2004 | | 9,119 |
| | 4/30/2004 | 4/1/2007 | | 9,213 |
| Person: | | | | |
| | 8/31/2005 | 4/1/2007 | | 9,213 |
| Person: | | | | |
| | 3/19/2002 | 10/1/2004 | | 9,119 |
| | 8/24/2006 | 4/1/2007 | | 9,213 |
| | 4/30/2004 | 4/1/2007 | | 9,213 |
| Person: | | | | |
| | 5/1/2006 | 4/1/2007 | | 9,213 |
| **Job Title: GE** | | | | |
| Person: | | | | |
| | 5/7/2003 | 10/1/2004 | | 9,119 |
| | 8/24/2006 | 4/1/2007 | | 9,213 |
| | 4/30/2004 | 4/1/2007 | | 9,213 |
| **Job Title: LII** | | | | |
| Person: | | | | |
| | 10/19/2001 | 10/1/2004 | | 9,118 |
| Person: | | | | |
| | 4/6/2006 | 4/1/2007 | | 9,213 |
| Person: | | | | |
| | 5/14/2003 | 10/1/2004 | | 9,119 |
| | 7/28/2004 | 10/1/2004 | | 9,202 |
| Person: | | | | |
| | 7/14/2004 | 10/1/2004 | | 9,202 |
| | 1/28/2005 | 4/1/2007 | | 9,213 |
| Person: | | | | |
| | 9/7/2005 | 4/1/2007 | | 9,213 |
| Person: | | | | |
| | 4/24/2003 | 10/1/2004 | | 9,119 |
| Person: | | | | |
| | 4/7/2006 | 4/1/2007 | | 9,213 |
| Person: | | | | |
| | 9/14/2004 | 4/1/2007 | | 9,213 |
| | 4/21/2006 | 4/1/2007 | | 9,213 |
| Person: | | | | |
| | 3/19/2002 | 10/1/2004 | | 9,119 |
| Person: | | | | |
| | 7/14/2003 | 10/1/2004 | | 9,119 |
| | 12/16/2002 | 10/1/2004 | | 9,119 |
| Person: | | | | |
| | 6/29/2005 | 4/1/2007 | | 9,213 |
| Person: | | | | |
| | 9/7/2005 | 4/1/2007 | | 9,213 |
| Person: | | | | |
| | 5/14/2003 | 10/1/2004 | | 9,119 |
| Person: | | | | |
| | 6/29/2005 | 4/1/2007 | | 9,213 |
| Person: | | | | |
| | 4/6/2006 | 4/1/2007 | | 9,213 |
| Person: | | | | |

12/5/2006

| | Start Date | End Date | PIN | Style |
|---|---|---|---|---|
| | 8/4/2004 | 10/1/2004 | | 9,202 |
| Person: | | | | |
| | 5/1/2006 | 4/1/2007 | | 9,213 |
| Person: | | | | |
| | 9/2/2003 | 10/1/2004 | | 9,119 |
| | 3/22/2002 | 10/1/2004 | | 9,119 |
| | 5/5/2004 | 4/1/2007 | | 9,213 |
| Person: | | | | |
| | 12/16/2002 | 10/1/2004 | | 9,119 |