HAL P. GAZAWAY, P.C.
8620 Boundary Avenue
Anchorage, Alaska 99504
(907) 338-8111
(907) 338-8118 facsimile

Attorney for Plaintiff

**RECEIVED**
MAR 05 2007
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| RICHARD TRZESNIOWSKI, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| SIGNATURE FLIGHT SUPPORT ) | |
| CORPORATION ) | |
| ) | |
| Defendant. ) | |
| _____) | No. A05-181 CV (TMB) |

**AFFIDAVIT OF JOHN PARROTT**

STATE OF ALASKA          )
                         ) ss.
THIRD JUDICIAL DISTRICT  )

JOHN PARROTT, being first duly sworn upon oath, deposes and states:

1. I make these statements of my own personal knowledge.

HAL P. GAZAWAY, P.C.
ATTORNEY AT LAW
8620 BOUNDARY AVENUE
ANCHORAGE, ALASKA 99504
(907) 338-8111
(907) 338-8118 fax

2. I am the Deputy Director of the Ted Stevens Anchorage International Airport.

3. The airport received a Freedom of Information Act request for the Airport Security identification issued to Signature Flight Support and ASIG. (Exhibit 1)

4. Due to concerns over security, I did not believe the actual documents should be produced. I elected to summarize the information without names and job titles.

5. Attached as Exhibit 2 is a copy of the information I compiled from the records of the Ted Stevens International Airport. The employees are grouped according to employees of ASIG, pages 1 to 8 and Signature pages 1 and 2. Each place that states "person" reflects a different individual for whom we issued a security identification. The start date and end date reflects the duration of each badge. Some employees had more than one security badge. Where that occurs, the column on the left only reflects "person" one time.

6. The current series of badges began in 2004 and therefore most of the information concerning previous series of badges has been deleted from the system.

HAL P. GAZAWAY, P.C.
ATTORNEY AT LAW
8620 BOUNDARY AVENUE
ANCHORAGE, ALASKA 99504
(907) 338-8111
(907) 338-8118 fax

RICHARD TRZESNIOWSKI v SIGNATURE FLIGHT SUPPORT CORPORATION
No. A 05-181 CV (TMB)
AFFIDAVIT OF JOHN PARROTT
Page 2 of 3

FURTHER your affiant sayeth naught.


John Parrott

SUBSCRIBED and SWORN to before me this 28 day of February, 2007.

Notary Public in and for Alaska
My Commission Expires: with office

CERTIFICATE OF SERVICE

I certify that the foregoing AFFIDAVIT OF JOHN PARROTT was mailed / faxed / hand delivered to the following attorney of record addressed as follows:

David A. Devine
GROH EGGERS, LLC
2600 Cordova Street Suite 110
Anchorage, AK 99503

DATED this _____ day of November, 2006.

_____
Brenda J. Faust
Legal Assistant to Hal P. Gazaway, P.C.

RICHARD TRZESNIOWSKI v SIGNATURE FLIGHT SUPPORT CORPORATION
No. A 05-181 CV (TMB)
AFFIDAVIT OF JOHN PARROTT
Page 3 of 3