```
              MINUTES OF THE UNITED STATES DISTRICT COURT
                         DISTRICT OF ALASKA
```

 RICHARD TRZESNIOWSKI   vs.  SIGNATURE FLIGHT SUPPORT CORPORATION

BEFORE THE HONORABLE TIMOTHY M. BURGESS
CASE NO.              3:05-CV-00181-TMB

DEPUTY CLERK/RECORDER:       CAROLINE EDMISTON

APPEARANCES:    PLAINTIFF:    HAL GAZAWAY

                DEFENDANT:    DAVID DEVINE

PROCEEDINGS: ORAL ARGUMENTS ON MOTIONS FOR PARTIAL SUMMARY
             JUDGMENT (DKT 26, 29) Held 03/06/07:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 9:55 a.m. court convened.

Court and counsel heard re Motions for Partial Summary Judgment (DKT 26, 29) and possible settlement discussions.

First Motion for Partial Summary Judgment re Religious Discrimination by Signature Flight Support Corporation (DKT 26) **GRANTED in Part** re count 12 of the Amended Complaint, now dismissed.

Arguments heard.

Court heard; Motions for Partial Summary Judgment (DKT 26 & 29) **UNDER ADVISEMENT,** written ruling to issue as soon as possible.

At 10:51 a.m. court recessed.

DATE:    March 7, 2007      DEPUTY CLERK'S INITIALS:    Ce