HAL P. GAZAWAY, P.C.
8620 Boundary Avenue
Anchorage, Alaska 99504
(907) 338-8111
(907) 338-8118 facsimile

Attorney for Plaintiff



IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| RICHARD TRZESNIOWSKI,           )<br>                                )<br>            Plaintiff,          )<br>                                )<br>    vs.                         )<br>                                )  No. A05-181 CIV (RRB)<br>SIGNATURE FLIGHT SUPPORT )<br>CORPORATION,                    )<br>                                )<br>            Defendant.          )<br>_____) | |

**NOTICE OF ABSENCE**

COMES NOW Hal P. Gazaway, P.C., and hereby notifies the Court that he will be out of the State of Alaska, from Monday, March 19, 2007 until Monday, April 2, 2007.

Mr. Gazaway respectfully requests that no pleadings be filed that will require an answer before his return and that no hearings be set during that time.

DATED this 6th day of March, 2007.

HAL P. GAZAWAY, P.C.
Attorney for Plaintiff

_____
Hal P. Gazaway
Alaska Bar #7410077

**CERTIFICATE OF SERVICE**

I certify that the foregoing NOTICE OF ABSENCE was mailed / ~~faxed / hand delivered~~ to the following attorney(s) of record addressed as follows:

David A. Devine
GROH EGGERS, LLC
3201 C Street Suite 400
Anchorage, AK 99503

DATED this 3rd day of March, 2007.

_____

HAL P. GAZAWAY, P.C.
ATTORNEY AT LAW
8620 BOUNDARY AVENUE
ANCHORAGE, ALASKA 99504
(907) 338-8111
(907) 338-8118 fax

TRZESNIOWSKI v SIGNATURE FLIGHT SUPPORT, Case NO. A05-181 CIV (RRB)
NOTICE OF ABSENCE
PAGE 2 of 2