IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| RICHARD TRZESNIOWSKI,<br><br>        Plaintiff,<br><br>  vs.<br><br>SIGNATURE FLIGHT SUPPORT CORPORATION,<br><br>        Defendant. | Case No.3:05-cv-00181-TMB<br><br><br>O R D E R |

    Plaintiff filed a five-count Amended Complaint alleging discrimination on the part of his former employer, Defendant Signature Flight Support Corporation.   On September 27, 2007, Counts 3, 4 and 5 of the Amended Complaint were DISMISSED WITH PREJUDICE.

    The parties were directed to file a status report within 15 days of the date of that order, advising whether or not the Court's assistance was requested to arrange a settlement conference with another District Court Judge.  To date, no status report has been received by the Court.

    Accordingly, a status conference in this matter has been scheduled on November 15, 2007 at 3:00 p.m. in Courtroom 1.

        Dated at Anchorage, Alaska, this 5th day of November, 2007.

                                          /s/ Timothy Burgess<br>
                                        TIMOTHY M. BURGESS<br>
                                        UNITED STATES DISTRICT JUDGE