```
            MINUTES OF THE UNITED STATES DISTRICT COURT
                        DISTRICT OF ALASKA
```

RICHARD TRZESNIOWSKI      vs. SIGNATURE FLIGHT SUPPORT CORPORATION

BEFORE THE HONORABLE TIMOTHY M. BURGESS

CASE NO.            3:05-CV-00181-TMB

DEPUTY CLERK/RECORDER:    SAMANTHA LARK

APPEARANCES:    PLAINTIFF: HAL P. GAZAWAY

                DEFENDANT: DAVID A. DEVINE

PROCEEDINGS: STATUS CONFERENCE HELD 11/15/2007:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 3:01 p.m. court convened.

Court and counsel heard re discovery and possible settlement.

Court and counsel heard re availability for Settlement Conference.

Court to issue Minute Order re Settlement Judge.

Discovery due **April 14, 2008.**

At 3:08 p.m. court adjourned.

DATE: November 15, 2007          DEPUTY CLERK'S INITIALS: sal

Revised 6/18/07