HAL P. GAZAWAY, P.C.
8620 Boundary Avenue
Anchorage, Alaska 99504
(907) 338-8111
(907) 338-8118 facsimile

Attorney for Plaintiff



RECEIVED
DEC 07 2007
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| RICHARD TRZESNIOWSKI, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> SIGNATURE FLIGHT SUPPORT ) <br> CORPORATION, ) <br> ) <br> Defendant. ) <br> ) | No. A05-181 CIV (RRB) |

**UNOPPOSED MOTION TO EXTEND TIME
TO FILE SETTLEMENT BRIEF**

COMES NOW plaintiff Richard Trzesniowski, by and through his counsel of record, and requests an extension of time to file his supplemental brief. The settlement brief is currently due December 21, 2007, and plaintiff requests that he have until Friday December 28, 2007.

The undersigned has contacted defendant's attorney, David A. Devine. He does not oppose the extension of time. Counsel supports this motion with the attached affidavit.

**HAL P. GAZAWAY, P.C.**
ATTORNEY AT LAW
8620 BOUNDARY AVENUE
ANCHORAGE, ALASKA 99504
(907) 338-8111
(907) 338-8118 fax

DATED this 6th day of December, 2007.

HAL P. GAZAWAY, P.C.
Attorney for Plaintiff

*(signature)*
Hal P. Gazaway
Alaska Bar No. 7410077

**CERTIFICATE OF SERVICE**

I certify that the foregoing
UNOPPOSED MOTION TO EXTEND TIME TO FILE SETTLEMENT BRIEF
was mailed to the following attorney of record
addressed as follows:

David A. Devine
GROH EGGERS, LLC
3201 C Street Suite 400
Anchorage, AK 99503

DATED this 6th day of December, 2007.

*(signature)*
Velda Rolando
Legal Assistant to Hal P. Gazaway, P.C

TRZESNIOWSKI v SIGNATURE FLIGHT SUPPORT, Case NO. A05-181 CIV (RRB)
UNOPPOSED MOTION TO EXTEND TIME TO FILE SETTLEMENT BRIEF
PAGE 2 of 2

HAL P. GAZAWAY, P.C.
ATTORNEY AT LAW
8620 BOUNDARY AVENUE
ANCHORAGE, ALASKA 99504
(907) 338-8111
(907) 338-8118 fax