IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

RICHARD TRZESNIOWSKI, )
)
        Plaintiff, )
)
vs. )
)
SIGNATURE FLIGHT SUPPORT )
CORPORATION )
)
        Defendant. )
_____ ) No. A05-181 CV (TMB)

**AFFIDAVIT OF HAL P. GAZAWAY**

UNITED STATES DISTRICT COURT )
) ss.
STATE OF ALASKA )

    Hal P. Gazaway, being first duly sworn upon oath, deposes and states:

    1.   I represent plaintiff Richard Trzesniowski in the above-captioned matter.

    2.   On December 5, 2007 I received the court's order for the parties to file settlement briefs by December 21, 2007. I have a vacation scheduled for Saturday December 8, 2007 until Tuesday December 25, 2007 with my wife, two of our children, their spouses and four grandchildren in Matzatlan and Texas.

    3.   I have oral argument on a Motion for Summary Judgment set for Friday December 7, 2007 in Palmer and need to complete the documents for the sale of a lodge, bar, liquor store

RECEIVED
DEC 07 2007
CLERK, U.S. [DISTRICT COURT]
ANCHORAGE, A.K.

HAL P. GAZAWAY, P.C.
ATTORNEY AT LAW
8620 BOUNDARY AVENUE
ANCHORAGE, ALASKA 99504
(907) 338-8111
(907) 338-8118 fax

and airport before I leave town on December 8, 2007.

4.  I talked with opposing counsel, David Devine and he consented he would not oppose an extension of time until December 28, 2007 to file our settlement briefs.

FURTHER your affiant sayeth naught.

                                                _____
                                                Hal P. Gazaway

SUBSCRIBED and SWORN to before me this 6th day of December, 2007.



                                      _____
                                      Notary Public in and for Alaska
                                      My Commission Expires: 7/4/2010

CERTIFICATE OF SERVICE
I certify that the foregoing
AFFIDAVIT OF HAL P. GAZAWAY
was mailed to the following
attorney of record addressed as follows:

David A. Devine
GROH EGGERS, LLC
3201 C Street Suite 400
Anchorage, AK 99503

DATED this 6th day of December, 2007.

_____
Velda J. Rolando
Legal Assistant to Hal P. Gazaway, P.C.

RICHARD TRZESNIOWSKI v SIGNATURE FLIGHT SUPPORT CORPORATION
No. A 05-181 CV (TMB)
AFFIDAVIT OF HAL P. GAZAWAY                                    Page 2 of 2

HAL P. GAZAWAY, P.C.
ATTORNEY AT LAW
8620 BOUNDARY AVENUE
ANCHORAGE, ALASKA 99504
(907) 338-8111
(907) 338-8118 fax