HAL P. GAZAWAY, P.C.
8620 Boundary Avenue
Anchorage, Alaska 99504
(907) 338-8111
(907) 338-8118 facsimile

Attorney for Plaintiff

RECEIVED
DEC 07 2007
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| RICHARD TRZESNIOWSKI, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. A05-181 CIV (RRB) |
| ) | |
| SIGNATURE FLIGHT SUPPORT ) | |
| CORPORATION, ) | |
| ) | |
| Defendant. ) | |

**NOTICE OF ABSENCE**

COMES NOW Hal P. Gazaway, P.C., and hereby notifies the Court that he will be out of the State of Alaska, from Friday, December 7, 2007 until Wednesday, December 26, 2007.

Mr. Gazaway respectfully requests that no pleadings be filed that will require an answer before his return and that no hearings be set during that time.

DATED this 3rd day of December, 2007.

HAL P. GAZAWAY, P.C.
Attorney for Plaintiff

_____
Hal P. Gazaway
Alaska Bar #7410077

**CERTIFICATE OF SERVICE**

I certify that the foregoing NOTICE OF ABSENCE
was mailed to the following
attorney of record addressed as follows:

David A. Devine
GROH EGGERS, LLC
3201 C Street Suite 400
Anchorage, AK 99503

DATED this 4th day of December, 2007.

_____
Velda Rolando

HAL P. GAZAWAY, P.C.
ATTORNEY AT LAW
8620 BOUNDARY AVENUE
ANCHORAGE, ALASKA 99504
(907) 338-8111
(907) 338-8118 fax

TRZESNIOWSKI v SIGNATURE FLIGHT SUPPORT, Case NO. A05-181 CIV (RRB)
NOTICE OF ABSENCE
PAGE 2 of 2