David A. Devine (AK Bar No. 7906015)
GROH EGGERS, LLC
2600 Cordova Street - Suite 110
Anchorage, AK  99503
Phone:  (907) 562-6474
Fax:     (907) 562-6044
Email: DevineD@groheggers.com

Attorneys for Defendant Signature Flight Support Corp.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| RICHARD TRZESNIOWSKI,            )<br>                                                )<br>            Plaintiff,               )<br>                                                )<br>    vs.                                    )<br>                                                )<br>SIGNATURE FLIGHT SUPPORT  )<br>CORPORATION                       )<br>                                                )<br>            Defendant.             )<br>_____) | No.  3:05-cv-0181 (TMB)<br><br><br><br><br><br>**STIPULATION FOR DISMISSAL**<br>     **WITH PREJUDICE** |

COME NOW the Plaintiff, Richard Trzesniowski, and the Defendant, Signature Flight Support Corporation, by and through counsel, and hereby stipulate and agree that all claims and causes of action asserted, or that could have been asserted, by Plaintiff in the above-captioned case are hereby **DISMISSED WITH PREJUDICE**, with each party to bear his/its own costs and attorneys fees.

Dated at Anchorage, Alaska this 28th day of January, 2008.

Law Offices of
GROH EGGERS, LLC
2600 Cordova Street, Suite 110
Anchorage, Alaska 99503
Phone (907) 562-6474
Fax (907) 562-6044

HAL P. GAZAWAY, P.C.

Attorney for Plaintiff Trzesniowski

By: s/ Hal P. Gazaway   by consent
    Hal P. Gazaway (AK Bar No. 7410077)
    HAL P. GAZAWAY, P.C.
    8620 Boundary Avenue
    Anchorage, AK 99504
    Phone: (907) 338-8111
    Fax:    (907) 338-8118
    Email:  None


GROH EGGERS, LLC

Attorneys for Defendant Signature

By: s/ David A. Devine
    David A. Devine (AK Bar No. 7906015)
    GROH EGGERS, LLC
    2600 Cordova Street, Suite 110
    Anchorage, AK  99503
    Phone: (907) 562-6474
    Fax:    (907) 562-6044
    Email: DevineD@groheggers.com