David A. Devine (AK Bar No. 7906015)
GROH EGGERS, LLC
2600 Cordova Street - Suite 110
Anchorage, AK  99503
Phone:  (907) 562-6474
Fax:     (907) 562-6044
Email: DevineD@groheggers.com

Attorneys for Defendant Signature Flight Support Corp.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| RICHARD TRZESNIOWSKI,            )<br>                                                        )<br>            Plaintiff,                         )<br>                                                        )<br>    vs.                                              )<br>                                                        )<br>SIGNATURE FLIGHT SUPPORT )<br>CORPORATION                          )<br>                                                        )<br>            Defendant.                     )<br>_____ ) | No.  3:05-cv-0181 (TMB)<br><br>         (PROPOSED)<br>**ORDER FOR DISMISSAL**<br>    **WITH PREJUDICE** |

Pursuant to stipulation of the parties, **IT IS ORDERED** that all claims and causes of action asserted, or that could have been asserted, by Plaintiff in the above-captioned case are hereby **DISMISSED WITH PREJUDICE**, with each party to bear his/its own costs and attorneys fees.

Dated at Anchorage, Alaska this _____ day of _____, 2008.

_____
Timothy M. Burgess
United States District Judge

Law Offices of
GROH EGGERS, LLC
2600 Cordova Street, Suite 110
Anchorage, Alaska 99503
Phone (907) 562-6474
Fax (907) 562-6044