IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| RICHARD TRZESNIOWSKI,  )<br>)<br>Plaintiff,  )<br>)<br>vs.  )<br>)<br>SIGNATURE FLIGHT SUPPORT  )<br>CORPORATION  )<br>)<br>Defendant.  )<br>_____  ) | 3:05-cv-0181 TMB<br><br>**ORDER FOR DISMISSAL**<br>**WITH PREJUDICE** |

Pursuant to stipulation of the parties, **IT IS ORDERED** that all claims and causes of action asserted, or that could have been asserted, by Plaintiff in the above-captioned case are hereby **DISMISSED WITH PREJUDICE**, with each party to bear his/its own costs and attorneys fees.

Dated at Anchorage, Alaska this 28th day of January, 2008.

/s/ Timothy M. Burgess
Timothy M. Burgess
United States District Judge